

## BEFORE THE JUDICIAL PANEL ON

## MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: | MDL Docket No. 1850 |
| PET FOOD PRODUCT LIABILITY LITIGATION | |

## CERTIFICATE OF SERVICE

Mark J. Tamblyn
**WEXLER TORISEVA WALLACE LLP**
1610 Arden Way, Suite 290
Sacramento, CA 95815
Telephone: (916) 568-1100
Facsimile: (916) 568-7890

Stuart C. Talley
**KERSHAW CUTTER & RATINOFF LLP**
980 9th Street, 19th Floor
Sacramento, CA 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

*Counsel for Plaintiff Shirley Sexton*

Dockets.Justia.com

I, Rochelle Firebaugh, employed by Wexler Toriseva Wallace, LLP, do hereby state under penalty of perjury that:

1. On April 5, 2007 I caused to be served the following papers:

  **Notice of Potential Tag-Along Actions;**

  **First Amended Rule 7.2(a)(ii) Schedule of Actions; and**

  **Certificate of Service**

2. On April 5, 2007, I caused those papers to be served by Federal Express upon:

  Jeffrey N. Lüthi
  Clerk of the Panel
  Thurgood Marshall Federal Judiciary Building
  One Columbus Circle, NE
  Room G-255, North Lobby
  Washington, D.C. 20002-8004

3. On April 5, 2007, I caused those papers to be served via United States First Class Mail upon:

<u>**SEE ATTACHED SERVICE LIST**</u>

Executed on April 5, 2007, at Sacramento, California.

Rochelle Firebaugh

2

## SERVICE LIST

*Shirley Sexton v. Menu Foods Income Fund, Menu Foods, Inc., a New Jersey Corporation, and Menu Foods Midwest Corporation, a Delaware corporation*
United States District Court, Central District of California, Western Division – Los Angeles
Case No. 2:07-CV-01958-GHK-AJW

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
312 N. Spring Street, #G-8
Los Angeles, CA 90012-4793

Kenneth A. Wexler                                    **Counsel for Plaintiff Shirley Sexton**
**WEXLER TORISEVA WALLACE LLP**
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Stuart C. Talley                                     **Counsel for Plaintiff Shirley Sexton**
**KERSHAW CUTTER & RATINOFF LLP**
980 9th Street, 19th Floor
Sacramento, CA 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Joseph J. DePalma                                    **Counsel for Plaintiff Shirley Sexton**
**LITE DEPALMA GREENBERG & RIVAS LLC**
Two Gateway Center, 12th Floor
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858 or 623-5469

**MENU FOODS INCOME FUND**                           **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

3

## SERVICE LIST, CONTINUED

*Shirley Sexton v. Menu Foods Income Fund, Menu Foods, Inc., a New Jersey Corporation, and*
*Menu Foods Midwest Corporation, a Delaware corporation*
United States District Court, Central District of California, Western Division – Los Angeles
Case No. 2:07-CV-01958-GHK-AJW

**MENU FOODS, INC.**                          **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**MENU FOODS MIDWEST CORPORATION**            **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**             **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

4

## SERVICE LIST, CONTINUED

*Janice Bonier, Guy Britton, and Tammy Matthews v. Menu Foods, Inc., Menu Foods Income Fund, and Menu Foods Midwest Corporation*
United States District Court for the District of New Jersey, Camden Division
Case No. 1:07-CV-01477-NLH-AMD

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
4th & Cooper Streets, Room 1050
Camden, NJ 08101

William M. Audet                                **Counsel for Plaintiffs Janice Bonier, Guy**
Michael McShane                                **Britton, and Tammy Matthews**
Kevin L. Thomason
**AUDET & PARTNERS LLP**
221 Main Street, Suite 1460
San Francisco, CA 34105
Telephone: (415) 568-2555
Facsimile: (415) 568-2556

Michael A. Ferrara, Jr.                         **Counsel for Plaintiffs Janice Bonier, Guy**
**THE FERRARA LAW FIRM LLC**                    **Britton, and Tammy Matthews**
601 Longwood Avenue
Cherry Hill, NJ 08002
Telephone: (856) 779-9500
Facsimile: (415) 568-2556

**MENU FOODS INCOME FUND**                      **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                            **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**MENU FOODS MIDWEST CORPORATION**             **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

5

## SERVICE LIST, CONTINUED

*Janice Bonier, Guy Britton, and Tammy Matthews  v. Menu Foods, Inc., Menu Foods Income Fund, and Menu Foods Midwest Corporation*
United States District Court for the District of New Jersey, Camden Division
Case No. 1:07-CV-01477-NLH-AMD

**MENU FOODS MIDWEST CORPORATION**                    **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**                    **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

6

## SERVICE LIST, CONTINUED

*Mara Brazilian v. Menu Foods Income Fund, Menu Foods Limited, Menu Foods, Inc., Menu Foods Midwest Corporation, and The Iams Company*
United States District Court for the District of Maine
Case No. 2:07-CV-00054-GZS

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**
156 Federal Street
Portland, ME 04101-4152

Daniel J. Mitchell                                      **Counsel for Plaintiff Mara Brazilian**
Leonard M. Gulino
Theodore A. Small
Michael R. Bosse
**BERSTEIN SHUR**
100 Middle Street
P. O. Box 9729
Portland, ME 04104-5029
Telephone: (207) 774-1200

**MENU FOODS INCOME FUND**                  **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                          **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**MENU FOODS MIDWEST CORPORATION**           **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**            **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

7

## SERVICE LIST, CONTINUED

*Carol Brown v. Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation, and Menu Foods South Dakota, Inc.*
United States District Court for the District of Rhode Island
Case No. 1:07-CV-00115-ML-LDA

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**
One Exchange Terrace
Federal Building & Courthouse
Providence, RI 02903

Peter N. Wasylyk                                    **Counsel for Plaintiff Carol Brown**
**LAW OFFICES OF PETER N. WASYLYK**
1307 Chalkstone Avenue
Providence, RI 02908
Telephone: (401) 831-7730
Facsimile: (401) 861-6064

Andrew S. Kierstead                                 **Counsel for Plaintiff Carol Brown**
**LAW OFFICE OF ANDREW S. KIRKSTEAD**
1001SW Fifth Avenue, Suite 1100
Portland, OR 97204
Telephone: (508) 224-6246
Facsimile: (508) 224-4356

Marc Stanley                                        **Counsel for Plaintiff Carol Brown**
**STANLEY MANDEL & IOLA LLP**
3100 Monticello Avenue, Suite 750
Dallas, TX 75205
Telephone: (214) 443-4300
Facsimile: (214) 443-0358

**MENU FOODS INCOME FUND**                          **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                                **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

8

## SERVICE LIST, CONTINUED

*Carol Brown v. Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation, and Menu Foods South Dakota, Inc.*
United States District Court for the District of Rhode Island
Case No. 1:07-CV-00115-ML-LDA

**MENU FOODS MIDWEST CORPORATION**          **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**          **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

9

## SERVICE LIST, CONTINUED

*Troy Gagliardi v. Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation, and Menu Foods South Dakota, Inc.*
United States District Court for the District of New Jersey, Camden Division
Case No. 1:07-CV-01522-NLH-AMD


Clerk of the Court
**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
4th & Cooper Streets, Room 1050
Camden, NJ 08101

Joseph J. DePalma                                    **Counsel for Plaintiff Troy Gagliardi**
**LITE DEPALMA GREENBERG & RIVAS LLC**
Two Gateway Center, 12th Floor
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858 or 623-5469

Paul J. Geller                                       **Counsel for Plaintiff Troy Gagliardi**
Stuart A. Davidson
James L. Davidson
**LERACH COUGHLIN STOIA**
**GELLER RUDMAN & ROBBINS LLP**
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809
Telephone: (561) 750-3000
Facsimile: (561) 750-3364

**MENU FOODS INCOME FUND**                           **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                                 **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110


10

## SERVICE LIST, CONTINUED

*Troy Gagliardi v. Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation, and Menu Foods South Dakota, Inc.*
United States District Court for the District of New Jersey, Camden Division
Case No. 1:07-CV-01522-NLH-AMD

**MENU FOODS MIDWEST CORPORATION**                    **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**                    **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

11

## SERVICE LIST, CONTINUED

*Stacey Heller, Toinette Robinson, David Rapp, and Cecily and Terrence Mitchell*
*v. Menu Foods, a foreign corporation*
United States District Court, Western District of Washington at Seattle
Case No. 2:07-CV-00453-JCC

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
700 Stewart Street
Seattle, WA 98101

Steve W. Berman                                   **Counsel for Plaintiffs**
**HAGENS BERMAN SOBOL SHAPIRO LLP**              **Stacey Heller, Toinette Robinson,**
1301 Fifth Avenue, Suite 2900                     **David Rapp and Cecily and Terrence**
Seattle, WA 98101                                 **Mitchell**
Telephone:  (206) 623-7292
Facsimile   (206) 623-0594

Michael David Myers                               **Counsel for Plaintiffs**
**MYERS & COMPANY PLLC**                          **Stacey Heller, Toinette Robinson,**
1809 Seventh Avenue, Suite 700                    **David Rapp and Cecily and Terrence**
Seattle, WA 98101                                 **Mitchell**
Telephone:  (206) 398-1188
Facsimile:  (206) 400-1112

**MENU FOODS INCOME FUND**                        **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                              **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**MENU FOODS MIDWEST CORPORATION**               **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

12

## SERVICE LIST, CONTINUED

*Stacey Heller, Toinette Robinson, David Rapp, and Cecily and Terrence Mitchell*
*v. Menu Foods, a foreign corporation*
United States District Court, Western District of Washington at Seattle
Case No. 2:07-CV-00453-JCC

**MENU FOODS SOUTH DAKOTA, INC.**                **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

13

## SERVICE LIST, CONTINUED

*Julie Hidalgo v. Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation, and Menu Foods South Dakota, Inc.*
United States District Court for the District of New Jersey, Camden Division
Case No. 1:07-CV-01488-NLH-AMD

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
4th & Cooper Streets, Room 1050
Camden, NJ 08101

Joseph J. DePalma                                    **Counsel for Plaintiff Julie Hidalgo**
Susan D. Pontonriero
**LITE DEPALMA GREENBERG & RIVAS LLP**
Two Gateway Center, 12th Floor
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858

Paul J. Geller                                         **Counsel for Plaintiff Julie Hidalgo**
Stuart A. Davidson
James L. Davidson
**LERACH COUGHLIN STOIA GELLER**
**RUDMAN & ROBBINS LLP**
120 E. Palmetto Road, Suite 500
Boca Raton, FL 33432-4809
Telephone: (561) 750-3000
Facsimile: (561) 750-3364

**MENU FOODS INCOME FUND**                             **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                                    **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

14

## SERVICE LIST, CONTINUED

*Julie Hidalgo v. Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest
Corporation, and Menu Foods South Dakota, Inc.*
United States District Court for the District of New Jersey, Camden Division
Case No. 1:07-CV-01488-NLH-AMD

**MENU FOODS MIDWEST CORPORATION**                    **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**                    **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Certificate of Service

## SERVICE LIST, CONTINUED

*LizaJean Holt v. Menu Foods, Inc.*
United States District Court, Eastern District of Tennessee, Knoxville Division
Case No. 07-CV-00094-TWP

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
800 Market Street
Knoxville, TN 37902

A. James Andrews                              **Counsel for LizaJean Holt**
905 Locust Street
Knoxville, TN 37902
Telephone: (865) 660-3993
Facsimile: (865) 523-4623

Perry A. Craft                                **Counsel for LizaJean Holt**
**CRAFT & SHEPPARD PLC**
The Shiloh Building
214 Centerview Drive, Suite 223
Brentwood, TN 37027
Telephone: (615) 309-1707
Facsimile: (615) 309-1717

Nicole Bass                                   **Counsel for LizaJean Holt**
905 Locust Street
Knoxville, TN 37902
Telephone: (865) 310-6804

**MENU FOODS, INC.**                          **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

16

## SERVICE LIST, CONTINUED

*Dawn Howe v. Menu Foods Limited, Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation, Menu Foods South Dakota, Inc., and Menu Foods Holdings, Inc.*
United States District Court, Central District of California, Western Division – Los Angeles
Case No. 07-CV-0260-SJO-PLA

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
312 N. Spring Street
Los Angeles, CA 90012

Jeff S. Westerman                                          **Counsel for Plaintiff Dawn Howe**
Sabrina S. Kim
**MILBERG WEISS & BERSHAD LLP**
One California Plaza
300 South Grand Avenue, Suite 3900
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

**MENU FOODS INCOME FUND**                    **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                                  **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**MENU FOODS MIDWEST CORPORATION**       **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**          **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

17

## SERVICE LIST, CONTINUED

*Sherry Ingles v. Menu Foods, Inc., Menu Foods Midwest Corporation, and Menu Foods South Dakota, Inc.*

United States District Court, Northern District of California, San Francisco Division
Case No. 07-CV-1809-MMC

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Stuart A. Davidson                                      **Counsel for Plaintiff Sherry Ingles**
**LERACH COUGHLIN STOIA GELLER**
**RUDMAN & ROBBINS LLP**
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809
Telephone: (561) 750-3000
Facsimile: (561) 750-3364

**MENU FOODS INCOME FUND**                              **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                                    **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**MENU FOODS MIDWEST CORPORATION**                      **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**                       **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

18

## SERVICE LIST, CONTINUED

*Jacqueline Johnson v. The Proctor & Gamble Company, Menu Foods, Inc., Menu Foods Income Fund, The Iams Company and John Does 1 through 100*
United States District Court, Western District of Wisconsin
Case No. 07-C-0159-C

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**
120 N. Henry Street, Room 320
P. O. Box 432
Madison, WI 53701-0432

Frank Jablonski                                                 **Counsel for Plaintiff Jacqueline Johnson**
Noah Golden-Kramer
**PROGRESSIVE LAW GROUP, LLC**
354 Main Street
Madison, WI 53703
Telephone:  (608) 258-8511
Facsimile:  (608) 442-9494

Larry D. Drury                                                  **Counsel for Plaintiff Jacqueline Johnson**
**LARRY D. DRURY LTD.**
205 W. Randolph Street, Suite 1430
Chicago, IL 60602
Telephone:  (312) 346-7950
Facsimile:  (312) 346-5777

Ilan Chorowsky                                                  **Counsel for Plaintiff Jacqueline Johnson**
**PROGRESSIVE LAW GROUP, LLC**
*1130 North Dearborn Street, Suite 3110*
Chicago, IL 60610
Telephone:  (312) 643-5893
Facsimile:  (312) 643-5894

**MENU FOODS INCOME FUND**                                       **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

19

## SERVICE LIST, CONTINUED

*Jacqueline Johnson v. The Proctor & Gamble Company, Menu Foods, Inc., Menu Foods Income Fund, The IAMS Company and John Does 1 through 100*
United States District Court, Western District of Wisconsin
Case No. 07-C-0159-C

**MENU FOODS, INC.**                          **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**MENU FOODS MIDWEST CORPORATION**           **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**            **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Certificate of Service

## SERVICE LIST, CONTINUED

*Suzanne E. Johnson and Craig R. Klemann v. Menu Foods, a foreign corporation*
United States District Court, Western District of Washington at Seattle
Case No. 07-CV-455

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
700 Stewart Street
Seattle, WA 98101

Steve W. Berman                          **Counsel for Plaintiffs**
**HAGENS BERMAN SOBOL SHAPIRO LLP**      **Suzanne E. Johnson and**
1301 Fifth Avenue, Suite 2900            **Craig R. Klemann**
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594

Phillip H. Gordon                        **Counsel for Plaintiffs**
Bruce S. Bistline                        **Suzanne E. Johnson and**
**GORDON LAW OFFICES**                   **Craig R. Klemann**
623 West Hays Street
Boise, ID 83702
Telephone:  (208) 345-7100
Facsimile:  (208) 623-0594

**MENU FOODS INCOME FUND**               **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

21

## SERVICE LIST, CONTINUED

*Audrey Kornelius and Barbara Smith v. Menu Foods, a foreign corporation*
United States District Court, Western District of Washington at Seattle
Case No. 07-CV-0454-MJP

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
700 Stewart Street
Seattle, WA 98101

Steve W. Berman                                    **Counsel for Plaintiffs**
**HAGENS BERMAN SOBOL SHAPIRO LLP**                **Audrey Kornelius and Barbara Smith**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Michael David Myers                                **Counsel for Plaintiffs**
**MYERS & COMPANY PLLC**                           **Audrey Kornelius and Barbara Smith**
1809 Seventh Avenue, Suite 700
Seattle, WA 98101
Telephone: (206) 398-1188
Facsimile: (206) 400-1112

**MENU FOODS INCOME FUND**                         **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

22

## SERVICE LIST, CONTINUED

*Dawn Majerczyk v. Menu Foods, Inc.*
United States District Court, Northern District Of Illinois, Eastern Division
Case No. 07-CV-01543-WRA

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
Everett McKinley Dirksen Building, 20th Floor
219 Dearborn Street
Chicago, IL 60604

John Blim                                                     **Counsel for Plaintiff Dawn Majerczyk**
Jay Edelson
Myles McGuire (Of Counsel)
**BLIM & EDELSON LLC**
53 West Jackson Blvd., Suite 1642
Chicago, IL 60604
Telephone: (312) 913-3400
Facsimile: (312) 913-9401

**MENU FOODS, INC.**                                          **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

Certificate of Service

## SERVICE LIST, CONTINUED

*Alexander Nunez v. Menu Food Limited, Menu Foods Inc., Menu Foods Corporation. Midwest*
*Income Fund, Menu Foods South Dakota, Inc. and Menu Foods Holdings, Inc.*
United States District Court for the District of New Jersey, Camden Division
Case No. 07-CV-1490-NLH

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
4th & Cooper Streets, Room 1050
Camden, NJ 08101

Joseph J. DePalma                                    **Counsel for Plaintiff Alexander Nunez**
Susan Pontoriero
**LITE DEPALMA GREENBERG & RIVAS LLC**
Two Gateway Center, 12th Floor
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858 or 623-5469

Jeff S. Westerman                                    **Counsel for Plaintiff Alexander Nunez**
Sabrina S. Kim
**MILBERG WEISS & BERSHAD LLP**
One California Plaza
300 South Grand Avenue, Suite 3900
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

**MENU FOODS INCOME FUND**                           **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                                 **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**MENU FOODS MIDWEST CORPORATION**                   **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

24

## SERVICE LIST, CONTINUED

*Alexander Nunez_v._Menu Food Limited, Menu Foods Inc., Menu Foods Corporation. Midwest Income Fund, Menu Foods South Dakota, Inc. and Menu Foods Holdings, Inc.*
United States District Court for the District of New Jersey, Camden Division
Case No. 07-CV-1490-NLH

**MENU FOODS SOUTH DAKOTA, INC.**                    **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

25

## SERVICE LIST, CONTINUED

*Lauri A. Osborne v. Menu Foods, Inc.,*
United States District Court for the District of Connecticut, New Haven Division
Case No. 3-07-CV-00469-RNC

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
Richard C. Lee United States Courthouse
141 Church Street
New Haven, CT 06510

Bruce E. Newman                                          **Counsel for Plaintiff Lauri A. Osborne**
**NEWMAN CREED & ASSOCIATES**
99 North Street, Route 6
P. O. Box 575
Bristol, CT 06011-0575
Telephone: (860) 583-5200

**MENU FOODS, INC.**                                     **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

26

## SERVICE LIST, CONTINUED

*Paul Richard and Jennifer Richard husband and wife, Charles Kohler and Alicia Kohler husband and wife v. Menu Foods Income Fund, a Canadian open-ended trust, Menu Foods Limited, a Canadian corporation, Menu Foods Holdings, Inc., a Delaware corporation, Menu Foods, Inc., a New Jersey corporation, Menu Foods Midwest corporation, a Delaware corporation, Menu Foods South Dakota, Inc., a Delaware corporation, XYZ corporation*
United States District Court for the District of New Jersey, Camden Division
Case No. 1:07-CV-01457-NLH-AMD

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
4th & Cooper Streets, Room 1050
Camden, NJ 08101

Wendy J. Harrison                                **Counsel for Plaintiffs Paul Richard and**
Guy A. Hanson                                    **Jennifer Richard, Charles Kohler and**
Dana L. Hooper                                   **Alicia Kohler**
**BONNETT FAIRBOURN FRIEDMAN**
**& BALINT PC**
2901 North Central Avenue, Suite 1000
Phoenix, AZ 85012-3311
Telephone: (602) 274-1100
Facsimile: (602) 274-1199

Bruce D. Greenberg                               **Counsel for Plaintiffs**
Allyn Zissel Lite                                **Jennifer Richard, Charles Kohler and**
**LITE DEPALMA GREENBERG & RIVAS LLC**            **Alicia Kohler**
Two Gateway Center, 12th Floor
Newark, NJ 07102-5003
Telephone: (973) 623-3000
Facsimile: (973)623-0858

**MENU FOODS INCOME FUND**                        **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                              **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

27

## SERVICE LIST, CONTINUED

*Paul Richard and Jennifer Richard husband and wife; Charles Kohler and Alicia Kohler husband and wife v. Menu Foods Income Fund, a Canadian open-ended trust, Menu Foods Limited, a Canadian corporation, Menu Foods Holdings, Inc., a Delaware corporation, Menu Foods, Inc., a New Jersey corporation, Menu Foods Midwest corporation, a Delaware corporation, Menu Foods South Dakota, Inc., a Delaware corporation, XYZ corporation*
United States District Court for the District of New Jersey, Camden Division
Case No. 1:07-CV-01457-NLH-AMD

**MENU FOODS MIDWEST CORPORATION**                    **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**                    **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

28

## SERVICE LIST, CONTINUED

*Richard Scott and Barbara Widen v. Menu Foods, Menu Foods Income Fund, Menu Foods Gen Par Limited, Menu Foods Limited Partnership, Menu Foods Operating Partnership, Menu Foods Midwest Corp, Menu Foods South Dakota, Menu Foods, Inc., Menu Foods Holdings, Inc., Wal-Mart Stores, Inc.*

United States District Court, Western District of Arkansas, Fayetteville Division
Case No. 07-CV-5055

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT**
John Paul Hammerschmidt Federal Building, Room 559
35 East Mountain
Fayetteville, AR 72701-5354

Jeremy Y. Hutchinson                              **Counsel for Plaintiffs**
Jack Thomas Patterson III                        **Richard Scott and Barbara Widen**
Stephens Building
111 Center Street, Suite 1315
Little Rock, AR 72201
Telephone:  (501) 372-3480
Facsimile:  (501) 372-3488

Richard Adams                                        **Counsel for Plaintiffs**
James C. Wyly                                         **Richard Scott and Barbara Widen**
Sean F. Rommel
**PATTON ROBERTS MCWILLIAMS**
**& CAPSHAW LLP**
Century Bank Plaza, Suite 400
P. O. Box 6128
Texarkana, TX 75505-6128
Telephone:  (903) 334-7000
Facsimile:  (903) 334-7007

**MENU FOODS INCOME FUND**                   **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

29

## SERVICE LIST, CONTINUED

*Richard Scott and Barbara Widen v.  Menu Foods, Menu Foods Income Fund, Menu Foods Gen Par Limited, Menu Foods Limited Partnership, Menu Foods Operating Partnership, Menu Foods Midwest Corp, Menu Foods South Dakota, Menu Foods, Inc., Menu Foods Holdings, Inc., Wal-Mart Stores, Inc.*

United States District Court, Western District of Arkansas, Fayetteville Division
Case No. 07-CV-5055

**MENU FOODS, INC.**                                **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**MENU FOODS MIDWEST CORPORATION**       **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**         **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

*30*

## SERVICE LIST, CONTINUED

*Charles Ray Sims and Pamela Sims v. Menu Foods Income Fund, Menu Foods Midwest Corporation, Menu Foods South Dakota, Inc., Menu Foods, Inc., Menu Foods Holding, Inc.*
United States District Court, Western District of Arkansas, Fayetteville Division
Case No. 07-CV-05053-JLH

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT**
John Paul Hammerschmidt Federal Building, Room 559
35 East Mountain
Fayetteville, AR 72701-5354

Jason M. Hatfield                                            **Counsel for Plaintiffs**
**LUNDY & DAVIS LLP**                                **Charles Ray Sims and Pamela Sims**
300 N. College Avenue, Suite 309
Fayetteville, AR 72701
Telephone: (479) 527-3921
Facsimile: (479) 587-9196

**MENU FOODS INCOME FUND**                    **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS MIDWEST CORPORATION**       **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**             **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

31

## SERVICE LIST, CONTINUED

*Charles Ray Sims and Pamela Sims v. Menu Foods Income Fund, Menu Foods Midwest Corporation, Menu Foods South Dakota, Inc., Menu Foods, Inc., Menu Foods Holding, Inc.*
United States District Court, Western District of Arkansas, Fayetteville Division
Case No. 07-CV-05053-JLH

**MENU FOODS, INC.**                                        **Defendant**
C/O The Corporation Trust Company
820 Bear Tavern Road
West Trenton, NJ 08628

**MENU FOODS HOLDINGS, INC.**                              **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Certificate of Service

## SERVICE LIST, CONTINUED

*Marion Streczyn v. Menu Foods Income Fund, a foreign corporation; Menu Foods, Inc., a New Jersey corporation, and Does I – X, inclusive*
United States District Court for the District of Nevada, Reno Division
Case No. 3:07-CV-00159-LRH-VPC

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
400 S. Virginia St.
Reno, NV 89501

William M. O'Mara                                       **Counsel for Plaintiff Marion Streczyn**
David C. O'Mara
**THE O'MARA LAW FIRM P.C.**
311 East Liberty Street
Reno, NV 89501
Telephone: (775) 323-1321
Facsimile: (775) 323-4058

**MENU FOODS INCOME FUND**                              **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                                    **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**MENU FOODS MIDWEST CORPORATION**                      **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**                       **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

## SERVICE LIST, CONTINUED

*Michele Suggett and Don James v. Menu Foods, a foreign corporation, The Iams Company, a foreign corporation, Eukanuba, a foreign corporation, Dog Food Producers Numbers 1 – 100 and Cat Food Producers 1 – 100m and Does 1 -100*
United States District Court, Western District of Washington at Seattle
Case No. 07-CV-457-RSM

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
700 Stewart Street
Seattle, WA 98101

Adam P. Karp                                          **Counsel for Plaintiffs Michele Suggett**
**ANIMAL LAW OFFICES**                               **and Don James**
114 W. Magnolia Street, Suite 425
Bellingham, WA 98225
Telephone: (888) 430-0001
Facsimile: (866) 652-3832

**MENU FOODS INCOME FUND**                            **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                                  **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**MENU FOODS MIDWEST CORPORATION**                    **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**                     **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

## SERVICE LIST, CONTINUED

*Suzanne Thomson and Robert Trautmann v. Menu Foods Income Fund (A corporation organized under the laws of Canada); John Does 1 - 100*
United States District Court for the District of New Jersey, Newark Division
Case No. 2:07-CV-01360-PGS-RJH

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

Gregg D. Trautmann                                    **Counsel for Plaintiffs**
**TRAUTMANN & ASSOCIATES**                            **Suzanne Thomson and**
262 East Main Street                                  **Robert Trautmann**
Rockaway, NJ 07866
Telephone: (973) 316-8100

**MENU FOODS INCOME FUND**                            **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                                  **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**MENU FOODS MIDWEST CORPORATION**                    **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**                     **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

35

## SERVICE LIST, CONTINUED

### *Linda Tinker v. Menu Foods, Inc.*
United States District Court for the District of New Jersey, Camden Division
Case No. 1:07-CV-01468-NLH-AMD

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
4th & Cooper Streets, Room 1050
Camden, NJ 08101

Arthur N. Abbey                                 **Counsel for Plaintiff Linda Tinker**
Stephen T. Rodd
Orin Kurtz
**ABBEY SPANIER RODD ABRAMS**
**& PARADIS LLP**
212 East 39th Street
New York, NY 10016
Telephone: (212) 889-0066
Facsimile: (212) 684-5191

Alan E. Sash                                      **Counsel for Plaintiff Linda Tinker**
**MCLAUGHLIN & STERN LLP**
260 Madison Avenue
New York, NY 10016
Telephone: (212) 448-1100
Facsimile: (212) 448-0066

**MENU FOODS INCOME FUND**                        **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                              **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**MENU FOODS MIDWEST CORPORATION**                **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

36

## SERVICE LIST, CONTINUED

*Linda Tinker v. Menu Foods, Inc.*
United States District Court, District of New Jersey, Camden Division
Case No. 1:07-CV-01468-NLH-AMD

**MENU FOODS SOUTH DAKOTA, INC.**                    **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Certificate of Service

## SERVICE LIST, CONTINUED

*Christina Troiano v. Menu Foods and Menu Foods Income Fund*
United States District Court, Southern District of Florida, Fort Lauderdale Division
Case No. 0:07-CV-60428-JIC

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
299 East Broward Boulevard, Room 108
Fort Lauderdale, FL 33301

Stuart A. Davidson                              **Counsel for Plaintiff Christina Troiano**
**LERACH COUGHLIN STOIA**
**GELLER RUDMAN & ROBBINS LLP**
120 E Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809
Telephone:  (561) 750-3000
Facsimile:  (561) 750-3364

Lawrence Kopelman                              **Counsel for Plaintiff Christina Troiano**
**KOPELMAN & BLANKMAN**
350 E. Las Olas Blvd., Suite 980
Ft. Lauderdale, FL 33301
Telephone:  (954) 462-6855
Facsimile:  (954) 462-6899

**MENU FOODS INCOME FUND**                      **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                            **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**MENU FOODS MIDWEST CORPORATION**              **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Certificate of Service

## SERVICE LIST, CONTINUED

*Christina Troiano v. Menu Foods and Menu Foods Income Fund*
United States District Court, Southern District of Florida, Fort Lauderdale Division
Case No. 0:07-CV-60428-JIC

MENU FOODS SOUTH DAKOTA, INC.                    **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

*39*

## SERVICE LIST, CONTINUED

*Tom Whaley v. Menu Foods, a foreign corporation, The Iams Company, a foreign corporation, Dog Food Producers Numbers 1 - 50 and Cat Food Producers 1 - 40*
United States District Court, Western District of Washington at Seattle
Case No. 07-CV-00411-RSM

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
700 Stewart Street
Seattle, WA 98101

Michael David Myers                                    **Counsel for Plaintiff Tom Whaley**
**MYERS & COMPANY PLLC**
1809 Seventh Avenue, Suite 700
Seattle, WA 98101
Telephone: (206) 398-1188
Facsimile: (206) 400-1112

**MENU FOODS INCOME FUND**                             **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                                   **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**MENU FOODS MIDWEST CORPORATION**                     **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**                      **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

40