## SERVICE LIST, CONTINUED

*Larry Wilson v. Menu Foods Income Fund, Menu Foods, Inc., a New Jersey corporation, Menu Foods Holdings, Inc., and Menu Foods Midwest Corporation, a Delaware corporation*
United States District Court for the District of New Jersey, Camden Division
Case No. 07-CV-1456-NLH

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
4th & Cooper Streets, Room 1050
Camden, NJ 08101

Kenneth A. Wexler                                   **Counsel for Plaintiff Larry Wilson**
**WEXLER TORISEVA WALLACE LLP**
One North LaSalle Street, Suite 200
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Stuart C. Talley                                      **Counsel for Plaintiff Larry Wilson**
**KERSHAW, CUTTER & RATINOFF LLP**
980 9th Street, 19th Floor
Sacramento, CA 95814
Telephone (916) 448-9800
Facsimile: (916) 669-4499

Joseph J. DePalma                               **Counsel for Plaintiff Larry Wilson**
**LITE DEPALMA GREENBERG & RIVAS LLC**
Two Gateway Center, 12th Floor
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858 or 623-5469

**MENU FOODS INCOME FUND**              **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

## SERVICE LIST, CONTINUED

*Larry Wilson v. Menu Foods Income Fund, Menu Foods, Inc., a New Jersey corporation, Menu Foods Holdings, Inc., and Menu Foods Midwest Corporation, a Delaware corporation*
United States District Court for the District of New Jersey, Camden Division
Case No. 07-CV-1456-NLH

| | |
|---|---|
| **MENU FOODS, INC.**<br>9130 Griffith Morgan Lane<br>Pennsauken, NJ 08110 | **Defendant** |
| **MENU FOODS MIDWEST CORPORATION**<br>C/O The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | **Defendant** |
| **MENU FOODS SOUTH DAKOTA, INC.**<br>C/O The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | **Defendant** |

## SERVICE LIST, CONTINUED

*Jared Workman, and Mark and Mona Cohen v. Menu Foods Limited, Menu Foods, Inc., Menu Foods Midwest corporation*
United States District Court for the District of New Jersey, Camden Division
Case No. 07-CV-01338-NLH

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
4th & Cooper Streets, Room 1050
Camden, NJ 08101

Donna Siegel Moffa                                      **Counsel for Plaintiffs**
Lisa J. Rodriguez                                        **Jared Workman, Mark and Mona Cohen**
**TRUJILLO RODRIGUEZ & RICHARDS LLC**
8 Kings Highway West
Haddonfield, NJ 08033
Telephone: (856) 795-9002
Facsimile: (865) 795-9887

Sherrie R. Savett                                        **Counsel for Plaintiffs**
Michael T. Fantini                                       **Jared Workman, Mark and Mona Cohen**
Russell D. Paul
**BERGER & MONTAGUE, PC**
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

Robert A. Rovner                                         **Counsel for Plaintiffs**
Jeffrey I. Zimmerman                                     **Jared Workman, Mark and Mona Cohen**
**ROVNER ALLEN ROVNER ZIMMERMAN**
**& NASH**
175 Bustleton Pike
Feasterville, PA 19053-6456
Telephone: (215) 698-1800
Facsimile: (215) 355-0940

**MENU FOODS INCOME FUND**                               **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

## SERVICE LIST, CONTINUED

*Jared Workman, Mark and Mona Cohen v. Menu Foods Limited, Menu Foods, Inc., Menu Foods Midwest corporation*
United States District Court for the District of New Jersey, Camden Division
Case No. 07-CV-01338-NLH

| | |
|---|---|
| **MENU FOODS, INC.**<br>9130 Griffith Morgan Lane<br>Pennsauken, NJ 08110 | **Defendant** |
| **MENU FOODS MIDWEST CORPORATION**<br>C/O The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | **Defendant** |
| **MENU FOODS SOUTH DAKOTA, INC.**<br>C/O The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | **Defendant** |

BEFORE THE JUDICIAL PANEL ON

MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re:<br><br>PET FOOD PRODUCT LIABILITY<br>LITIGATION | MDL Docket No. 1850 |

CERTIFICATE OF SERVICE

Mark J. Tamblyn
**WEXLER TORISEVA WALLACE LLP**
1610 Arden Way, Suite 290
Sacramento, CA 95815
Telephone: (916) 568-1100
Facsimile: (916) 568-7890

Stuart C. Talley
**KERSHAW CUTTER & RATINOFF LLP**
980 9th Street, 19th Floor
Sacramento, CA 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

*Counsel for Plaintiff Shirley Sexton*

1