THE O'MARA LAW FIRM, P.C.
WILLIAM M. O'MARA
NEVADA BAR NO. 00837
BRIAN O. O'MARA, ESQ.
NEVADA BAR NO. 08214
DAVID C. O'MARA, ESQ.
NEVADA BAR NO. 08599
311 East Liberty Street
Reno, NV 89501
Telephone: 775-323-1321
775-323-4082 (fax)

Attorneys for Marion Streczyn

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARION STRECZYN, | ) | Case No. 3:07-cv-00159-LRH-VPC |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| MENU FOODS INCOME FUND, a foreign corporation, and MENU FOODS, INC., a New Jersey Corporation, | ) ) ) ) ) | LOCAL RULE 7.1-1 CERTIFICATE AS TO INTERESTED PARTIES |
| Defendants. | ) ) ) ) | |

Pursuant to Rule 7.1-1 of the Local Rules of Practice of the United States District Court for the District of Nevada, the undersigned, counsel of record for Marion Streczyn, certifies that the following have an interest in the outcome of this case:

1.  Marion Streczyn, individually and on behalf of all others similarly situated who purchased pet food and pet food products produced, manufactured and/or distributed by Menu Foods, Inc., a New Jersey Corporation and Menu Foods Income Fund, a foreign corporation that caused injury, illness, and/or death to Plaintiff's household pets.

2.  Defendant Menu Foods Income Fund, is an unincorporated company with its principal place of business in the Province of Ontario, Canada.

3.  Defendant Menu Foods, Inc. is a New Jersey corporation with its principal place of business in the State of New Jersey, specifically located at 9130 Griffith Morgan Lane, Pennsauken NJ 08110.

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED: April 12, 2007

THE O'MARA LAW FIRM, P.C.
WILLIAM M. O'MARA
BRIAN O. O'MARA
DAVID C. O'MARA

                    /s/ Brian O. O'Mara
                    BRIAN O. O'MARA

311 East Liberty Street
Telephone: 775-323-1321
775-323-4082 (fax)

Attorneys for Plaintiff Marion Streczyn

- 1 -

- 1 -

## CERTIFICATE OF SERVICE

      I hereby certify that on April 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

      */s/ Brian O. O'Mara*
      BRIAN O. OMARA