CHARLES W. SPANN, ESQUIRE
Nevada State Bar No. 1532
PERRY & SPANN
A Professional Corporation
6130 Plumas Street
Reno, NV 89509
Tele: (775) 829-2002
Fax: (775) 829-1808

Attorneys for Defendants, MENU FOODS INCOME FUND, MENU FOODS INC. and MENU FOODS MIDWEST CORPORATION

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

ooo0ooo

| | |
|---|---|
| MARION STRECZYN, | Case No. 3:07-CV-00159-LRH-VPC |
| Plaintiff | |
| vs. | **DEFENDANTS' MOTION TO STAY PROCEEDINGS** |
| MENU FOODS INCOME FUND, a foreign corporation; MENU FOODS, INC., a New Jersey Corporation, et al | |
| Defendants | |

TO: THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendants, MENU FOODS INCOME FUND, MENU FOODS INC. and MENU FOODS MIDWEST CORPORATION (Collectively referred to as "MENU FOODS"), moves this Court to stay all proceedings in this action pending a transfer decision by the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to U.S.C. §1407 and pending a determination of class certification by the transferee court pursuant to Federal Rules of Civil Procedure 23(d)(1). In support thereof, Defendants set forth the following:

**I. INTRODUCTION**

Currently, there are at least fifty-seven (57) actions that seek relief for individualos who purchased allegedly contaminated pet food from Defendants. Federal courts have original jurisdiction over these state and common law based actions pursuant to the Class Action Fairness Act of 2005. 28 U.S.C. §1332(d). Specifically, the pending cases allege that Defendants sold