CHARLES W. SPANN, ESQUIRE
Nevada State Bar No. 1532
PERRY & SPANN
A Professional Corporation
6130 Plumas Street
Reno, NV  89509
Tele:  (775)  829-2002
Fax:   (775)  829-1808

Attorneys for Defendants, MENU FOODS INCOME FUND, MENU FOODS INC. and MENU FOODS MIDWEST CORPORATION

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF NEVADA

ooo0ooo

| | |
|---|---|
| MARION STRECZYN,<br><br>  Plaintiff<br><br>  vs.<br><br>MENU FOODS INCOME FUND, a foreign corporation; MENU FOODS, INC., a New Jersey Corporation, et al<br><br>  Defendants<br>_____/ | Case No. 3:07-CV-00159-LRH-VPC<br><br>**EXHIBITS TO DEFENDANTS' MOTION TO STAY PROCEEDINGS** |

COME NOW the defendants, MENU FOODS INCOME FUND, MENU FOODS INC. and MENU FOODS MIDWEST CORPORATION, and attaches hereto Exhibits õAö through õFö to Defendantsø Motion to Stay Proceedings filed on April 19, 2007, in the above-entitled matter.

Dated this  20th day of April, 2007.

                              PERRY & SPANN
                              A Professional Corporation



                              /s/ Charles W. Spann
                              CHARLES W. SPANN
                              Nevada Bar No. 1532
                              6130 Plumas Street
                              Reno, Nevada 89509

                              Attorneys for Defendants

## CERTIFICATE OF MAILING

Dockets.Justia.com

      I hereby certify that I am an employee of PERRY & SPANN and that on the 20th day of April, 2007, pursuant to FRCP 5(b), I personally served, at Reno, Nevada, a true and correct copy of the foregoing **Exhibits to Defendants Motion to Stay Proceedings** on the clerk or other person in charge, or by leaving it in a conspicuous place at counsel's office as follows:

William M. O'Mara, Esquire
Brian O. O'Mara, Esquire
David C. O'Mara, Esquire
311 E. Liberty Street
Reno, NV  89501

      /s/ Elizabeth A. Rogers
      An employee of PERRY & SPANN