03/26/2007  13:44  916 568 7890
03/26/2007 13:44 FAX 916 568 7890    WEXLER TORISEVA WALLACE    ☒011/017

36. Adequate notice can be given to Class members directly using information maintained in Defendants' records, or through publication notice.

37. Defendants benefited from the sale of its "cuts and gravy" style dog and cat food to Plaintiff and the Class. The benefit to Defendants can be identified from the sale of such pet food to Plaintiff and the Class and that such monies can be restored to Plaintiff and the Class. Such monies are the property of the Plaintiff and the Class. All or a portion of this benefit retained by Defendants is money in which Plaintiff and the Class have an ownership interest. Plaintiff and the Class were injured and lost money as a result of Defendants' unfair, unlawful and fraudulent business practices described herein.

## FIRST CLAIM FOR RELIEF
[Violation of Consumers Legal Remedies Act, Cal. Civ. Code § 1750, *et seq.*]

38. Plaintiff hereby incorporates by reference each of the preceding allegations as though fully set forth herein. Plaintiff asserts this claim against each and every Defendant on behalf of herself and the Class.

39. Defendants are each a "person" as defined by Cal. Civ. Code § 1761(c).

40. Plaintiff and the proposed Class members are "consumers" within the meaning of Cal. Civ. Code § 1761(d).

41. Plaintiff's purchase of dog and cat food manufactured, distributed, marketed and sold by Defendants constitute "transactions" within the meaning of Civil Code section 1761(e) and 1770.

42. Defendants' conduct violated and continues to violate the CLRA in at least the following respects:

    a.    In violation of Section 1770(a)(1) of the CLRA, Defendants misrepresented the source, sponsorship, approval or certification of goods or services; and

03/26/2007  13:44   916 568 7890
03/28/2007  13:45 FAX   916 568 7890        WEXLER TORISEVA WALLACE                    ⌀012/017

b.  In violation of Section 1770(a)(5) of the CLRA, Defendants represented that its goods or services sponsorship, approval, characteristics, uses or benefits which they do not have.

43. Defendants engaged in these unfair or deceptive acts and practices with the intent that they result, and which did result, in the sale of dog and cat food to Plaintiff and the Class.

44. In engaging in unfair or deceptive conduct in violation of the CLRA, Defendants actively concealed and intentionally failed to disclose material facts about the characteristics of their dog and cat food, and further represented that such food was suitable for pet consumption.

45. As a result of Defendants' acts and practices as alleged in this Complaint, Plaintiff seeks an Order enjoining Defendants from continuing to engage in unlawful, unfair or fraudulent business practices, and any other act prohibited by law. Plaintiff has contemporaneous with this filing provided notice to Defendants, and will amend to add claims for damages under the CLRA if Defendants do not take appropriate corrective action.

## SECOND CLAIM FOR RELIEF
### [Negligence]

46. Plaintiff hereby incorporates by reference each of the preceding allegations as though fully set forth herein. Plaintiff asserts this claim against each and every Defendant on behalf of herself and the Class.

47. Defendants owed a duty to Plaintiff and the Class to provide pet food safe and suitable for pet consumption.

48. Through their failure to exercise due care, Defendants were negligent in manufacturing, distributing, marketing and selling pet food to Plaintiff and the Class.

49. Defendants failed to implement adequate quality control and adequate testing of its pet food that they introduced into the stream of commerce for sale to Plaintiff and the Class and for consumption by their pets.

03/26/2007  13:45    916 568 7890
03/26/2007 13:45 FAX  916 568 7890         WEXLER TORISEVA WALLACE                    ☒013/017

50. Defendants knew, or should have known, that their pet food, as described above, presents an unreasonable and unacceptable risk of injury or death to pets, and would result in foreseeable and avoidable damage.

51. The losses and damages described herein were foreseeable and avoidable.

52. Defendants' negligence proximately caused the losses and damages to Plaintiff and the Class.

### THIRD CLAIM FOR RELIEF
[Violation of the California Unfair Competition Law, Business & Professions Code §§ 17200, *et seq.*]

53. Plaintiff hereby incorporates by reference each of the preceding allegations as though fully set forth herein. Plaintiff asserts this claim against each and every Defendant on behalf of herself and the Class.

54. Defendants' acts and practices, described herein, constitute unlawful, unfair or fraudulent business practices in violation of the Unfair Competition Law, Business & Professions Code sections 17200 et seq ("UCL").

55. The utility of Defendants' manufacturing, distribution, marketing and/or sale of contaminated dog and cat food is significantly outweighed by the gravity of the harm they impose on Plaintiff and the Class. Defendants' acts and practices are oppressive, unscrupulous or substantially injurious to consumers.

56. The above-described unfair, unlawful and fraudulent business practices conducted by Defendants present a threat and likelihood of harm and deception to members of the Class in that Defendants have systematically perpetrated and continue to perpetrate the unfair, unlawful and fraudulent conduct upon members of the public by engaging in the conduct described herein.

57. Plaintiff and the Class have suffered harm as a proximate result of the wrongful conduct of the Defendants alleged herein, and therefore bring this claim for relief for restitution and disgorgement. Plaintiff is a person who has suffered

1  injury in fact and has lost money and property as a result of such unfair
2  competition.
3    58. Pursuant to Business and Professions Code sections 17200 and 17203,
4  Plaintiff, on behalf of herself and the Class, seeks an order of this Court: enjoining
5  Defendants from continued manufacture, distribution, marketing and sale of "cuts
6  and gravy" style dog and cat food in an unfair, unlawful and fraudulent manner, and
7  an order enjoining Defendants from collecting money from the Class from the sale
8  of pet food. Plaintiff further requests an order awarding Plaintiff and the Class
9  restitution and disgorgement of profits acquired by Defendants by means of such
10  unlawful acts and practices, so as to deter Defendants and to rectify Defendants'
11  unfair and unlawful practices and to restore any and all monies to Plaintiff and the
12  Class, which are still retained by Defendants, plus interest and attorneys' fees and
13  costs pursuant to, *inter alia*, Code of Civil Procedure section 1021.5.

## FOURTH CLAIM FOR RELIEF
### [For Unjust Enrichment]

15  59. Plaintiff hereby realleges and incorporates by reference all paragraphs
16  previously alleged herein. Plaintiff asserts this claim against each and every
17  Defendant on behalf of herself and the Class.
18
19  60. Defendants have received, and continue to receive, a benefit at the
20  expense of Plaintiff and members of the Class. Defendants have knowledge of this
21  benefit.
22  61. Defendants have charged and collected from consumers, including
23  Plaintiff and members of the Class, money for dog and cat food that endangers the
24  lives of their pets. Defendants thus have received benefits that they have unjustly
25  retained at the expense of Plaintiff and members of the Class.
26  62. As a direct and proximate result of Defendants' unlawful acts and
27  conduct, Plaintiff and members of the Class were deprived of the use of their
28  monies that was unlawfully charged and collected by Defendants, and are therefore

03/26/2007  13:45    916 568 7890
03/26/2007 13:45 FAX  916 568 7890         WEXLER TORISEVA WALLACE                    ⓘ015/017

1 entitled to restoration of their monies.

### FIFTH CLAIM FOR RELIEF
### [Breach Of Express Warranty]

63. Plaintiff hereby realleges and incorporates by reference all paragraphs previously alleged herein. Plaintiff asserts this claim against each and every Defendant on behalf of herself and the Class.

64. Defendants expressly warranted that their "cuts and gravy" style pet food was suitable and safe for pet consumption.

65. Defendants also expressly warranted that "it manufacturer[s] the private-label wet pet-food industry's most comprehensive product program with the highest standards of quality."

66. Plaintiff and the Class were induced by Defendants' marketing, advertising, promotion and labeling of the pet food as suitable "food" to rely upon such express warranty, and, in fact, relied upon the untrue warranty in purchasing the recalled pet food and feeding it to their pets.

67. Plaintiff and the Class were damaged as a proximate result of Defendants' breach of their express warranty.

### SIXTH CLAIM FOR RELIEF
### [Breach Of Implied Warranty]

68. Plaintiff hereby realleges and incorporates by reference all paragraphs previously alleged herein. Plaintiff asserts this claim against each and every Defendant on behalf of herself and the Class.

69. Defendants are merchants under section 2-104 and 2-314 of the Uniform Commercial Code.

70. Through their marketing, advertising, promotion and labeling of their "cuts and gravy" style pet food, Defendants impliedly warranted that such pet food was fit for the ordinary purpose for which it was intended, including to safely nourish pets with risk of illness or death, pursuant to section 2-314 of the Uniform

-14-
CLASS ACTION COMPLAINT

03/26/2007  13:45   916 568 7890
03/26/2007  13:46 FAX  916 568 7890          WEILER TORISEVA WALLACE                     ☒016/017

1   Commercial Code.

2   71. Through their marketing, advertising, promotion and labeling,
3   Defendants knew that Plaintiff and the Class would purchase their pet food for the
4   ordinary purpose of providing nourishment to their pets.

5   72. Defendants manufactured, distributed, marketed, advertised, promoted
6   and sole their pet food for the ordinary purpose for which it was purchased by
7   Plaintiff and the Class.

8   73. Plaintiff and the Class relied upon Defendants' representations and
9   warranties, and purchased and used Defendants' pet food for the ordinary purpose
10  for which it was sold.

11  74. Defendants' pet food purchased by Plaintiff and the Class were unfit for
12  their ordinary purpose when sold. Such food was sold while presenting a risk of
13  risk of illness or death to pets. Defendants have accordingly breached the implied
14  warranty of merchantability by selling such unfit pet food.

15  75. Plaintiff and the Class were damaged as a proximate result of
16  Defendants' breach of warranty.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, on behalf of herself and all others similarly situated, prays for judgment against Defendants as follows:

1. For an order certifying the Class under Rule 23 of the Federal Rules of Civil Procedure and appointing Plaintiff and her counsel of record to represent the Class;

2. For restitution, disgorgement and/or other equitable relief as the Court deems proper;

3. That pursuant to sections 17203 and 17204 of the Business and Professions Code, Defendants be permanently enjoined from performing or proposing to perform any of the aforementioned acts of unfair, unlawful and fraudulent business practices;

03/26/2007 13:46  916 568 7890
03/26/2007 13:46 FAX 916 568 7890    WEXLER TORISEVA WALLACE    ☒017/017

4. For compensatory damages sustained by Plaintiff and all others similarly situated as a result of Defendants' unlawful acts and conduct;

5. For punitive damages pursuant to Civil Code § 1780(a)(4);

7. For a permanent injunction prohibiting Defendants from engaging in the conduct and practices complained of herein;

8. For pre-judgment and post-judgment interest;

9. For reasonable attorneys' fees and costs of suit, including expert witness fees; and

10. For such other and further relief as this Court may deem just and proper.

## JURY DEMAND

To the full extent available, Plaintiff demands a trial by jury.

Dated: March 26, 2007        WEXLER TORISEVA WALLACE LLP

By _____
   Mark J. Tamblyn

1610 Arden Way, Suite 290
Sacramento, California 95815
Telephone: (916) 568-1100
Facsimile: (916) 568-7890

Kenneth A. Wexler
**WEXLER TORISEVA WALLACE LLP**
One North LaSalle St., Suite 2000
Chicago, Illinois 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Stuart C. Talley
**KERSHAW, CUTTER, & RATINOFF, LLP**
980 9th Street, 19th Floor
Sacramento, California 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

*Attorneys for Plaintiff and the Class*

-16-
CLASS ACTION COMPLAINT