Schedule of Matters for Hearing Session, Section A     p. 20
Las Vegas, Nevada

MDL-1850 (Continued)

### Western District of Washington

*Tom Whaley v. Menu Foods, Inc., et al.*, C.A. No. 2:07-411
*Stacey Heller, et al. v. Menu Foods*, C.A. No. 2:07-453
*Audrey Kornelius, et al. v. Menu Foods*, C.A. No. 2:07-454
*Suzanne E. Johnson, et al. v. Menu Foods*, C.A. No. 2:07-455
*Michele Suggett, et al. v. Menu Foods, et al.*, C.A. No. 2:07-457

Schedule of Matters for Hearing Session, Section B  p. 21
Las Vegas, Nevada

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

Oppositions of plaintiffs and defendant Rowan Companies, Inc., to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Western District of Arkansas

*Eddie Joe Wooten, et al. v. CertainTeed Corp., et al.*, C.A. No. 2:07-2004

Northern District of California

*Carla Groce, et al. v. Todd Shipyards Corp., et al.*, C.A. No. 3:07-241
*Geraldine Burton, et al. v. A.W. Chesterton Co., et al.*, C.A. No. 3:07-702

Southern District of Illinois

*Jack Franklin v. CSX Transportation, Inc.*, C.A. No. 3:06-1058

Eastern District of Louisiana

*Melvin Raymond v. Borden, Inc., et al.*, C.A. No. 2:06-11140

Middle District of Louisiana

*Teressa Bell, etc. v. Rowan Companies, Inc., et al.*, C.A. No. 3:06-785
*Aurelie Breau Waguespack, et al. v. Anco Insulations, Inc., et al.*, C.A. No. 3:06-965

Western District of Louisiana

*Daniel Jarrell v. Franks Petroleum, Inc., et al.*, C.A. No. 6:06-2190

Schedule of Matters for Hearing Session, Section B  p. 22
Las Vegas, Nevada

MDL-875 (Continued)

<u>District of Maryland</u>

*Linda Hudson, et al. v. Rapid-American Corp., et al.*, C.A. No. 1:06-3319

<u>Southern District of New York</u>

*Talbot P. Frawley, et al. v. General Electric Co., et al.*, C.A. No. 1:06-15395

<u>MDL-1335 -- In re Tyco International, Ltd., Securities, Derivative & "ERISA" Litigation</u>

Opposition of plaintiffs Scott Davis, et al., to transfer of the following action to the United States District Court for the District of New Hampshire:

<u>Northern District of Illinois</u>

*Scott Davis, et al. v. Dennis Kozlowski, et al.*, C.A. No. 1:07-227

<u>MDL-1373 -- In re Bridgestone/Firestone, Inc., Tires Products Liability Litigation</u>

Opposition of plaintiff Leonie Moise, etc., to transfer of the following action to the United States District Court for the Southern District of Indiana:

<u>Middle District of Florida</u>

*Leonie Moise, etc. v. Bridgestone/Firestone North American Tire, LLC,*
    C.A. No. 2:06-675

Schedule of Matters for Hearing Session, Section B  p. 23
Las Vegas, Nevada

MDL-1373 (Continued)

Oppositions of defendants Bridgestone Firestone North American Tire, LLC and Ford Motor Company to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for the Western District of Arkansas:

Southern District of Indiana

*Susan Janssen, etc. v. Bridgestone/Firestone North American Tire, LLC, et al.,* C.A. No. 1:04-5811 (W.D. Arkansas, C.A. No. 2:04-2164)

MDL-1409 -- In re Currency Conversion Fee Antitrust Litigation

Opposition of plaintiff Kyle Sandera to transfer of the following action to the United States District Court for the Southern District of New York:

Northern District of California

*Kyle Sandera v. Bank of America Corp., et al.,* C.A. No. 3:07-34

MDL-1456 -- In re Pharmaceutical Industry Average Wholesale Price Litigation

Opposition of plaintiff The State of Idaho to transfer of the following action to the United States District Court for the District of Massachusetts:

District of Idaho

*State of Idaho v. Abbott Laboratories,* C.A. No. 1:07-93

Schedule of Matters for Hearing Session, Section B                                  p. 24
Las Vegas, Nevada

MDL-1566 -- In re Western States Wholesale Natural Gas Antitrust Litigation

    Motion of defendant Reliant Energy Services, Inc., to transfer the following action to the United States District Court for the District of Nevada:

    Western District of Wisconsin

    *Arandell Corp., et al. v. Xcel Energy, Inc., et al.*, C.A. No. 3:07-76

MDL-1596 -- In re Zyprexa Products Liability Litigation

    Motions of defendant Eli Lilly & Company to transfer the following actions to the United States District Court for the Eastern District of New York:

    District of South Carolina

    *Samuel Davis v. Eli Lilly & Co.*, C.A. No. 3:06-2312
    *Kimberly J. Johnson, et al. v. Ricardo Jose Fermo, M.D., et al.*, C.A. No. 4:06-2994

MDL-1604 -- In re Ocwen Federal Bank FSB Mortgage Servicing Litigation

    Oppositions of plaintiffs Mary Brown; Linda Fleshman; David Waters, Sr., et al.; Donald Moden, et al.; Annette Miranda; and Stanley C. Beardslee, et al., to transfer of their respective following actions to the United States District Court for the Northern District of Illinois:

    Eastern District of Texas

    *Mary Brown v. Ocwen Loan Servicing, LLC, et al.*, C.A. No. 1:07-92

    Northern District of Texas

    *Linda Fleshman v. Ocwen Loan Servicing, LLC, et al.*, C.A. No. 4:07-108

    Western District of Texas

    *David Waters, Sr., et al. v. Ocwen Financial Corp., et al.*, C.A. No. 1:07-61
    *Donald Moden, et al. v. Ocwen Financial Corp., et al.*, C.A. No. 1:07-62

Schedule of Matters for Hearing Session, Section B    p. 25
Las Vegas, Nevada

MDL-1604 (Continued)

      Western District of Texas (Continued)

    *Annette Miranda v. Ocwen Financial Corp., et al.*, C.A. No. 5:07-34
    *Stanley C. Beardslee, et al. v. Ocwen Loan Servicing, LLC, et al.*, C.A. No. 5:07-137

MDL-1626 -- In re Accutane Products Liability Litigation

    Opposition of defendant Hoffman-La Roche, Inc., to transfer of the following action to the United States District Court for the Middle District of Florida:

      Eastern District of Pennsylvania

    *Darrell W. Borum, Jr. v. Hoffmann-La Roche, Inc., et al.*, C.A. No. 2:07-94

MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

    Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

      Central District of California

    *Ruby Lois Moore Estate, etc. v. Merck & Co., Inc.*, C.A. No. 2:06-7548

      Eastern District of California

    *Mosetta Bernstine v. Merck & Co., Inc., et al.*, C.A. No. 2:07-34
    *Katherine Harrison v. Merck & Co., Inc., et al.*, C.A. No. 2:07-42
    *James Daniels, Jr. v. Merck & Co., Inc., et al.*, C.A. No. 2:07-48
    *Barbara Ford-Daniels v. Merck & Co., Inc., et al.*, C.A. No. 2:07-51
    *Lynn Franklin v. Merck & Co., Inc., et al.*, C.A. No. 2:07-57
    *Irma Franklin v. Merck & Co., Inc., et al.*, C.A. No. 2:07-58
    *Carolyn Lee Wilson v. Merck & Co., Inc., et al.*, C.A. No. 2:07-61
    *Mary Ann Harris v. Merck & Co., Inc., et al.*, C.A. No. 2:07-67
    *John Wilson v. Merck & Co., Inc., et al.*, C.A. No. 2:07-68

Schedule of Matters for Hearing Session, Section B          p. 26
Las Vegas, Nevada

MDL-1657 (Continued)

      Eastern District of California (Continued)

   *Ishmael Haqq v. Merck & Co., Inc., et al.*, C.A. No. 2:07-73
   *David Tenn, etc. v. Merck & Co., Inc., et al.*, C.A. No. 2:07-75
   *Estate of Juanita Battle v. Merck & Co., Inc., et al.*, C.A. No. 2:07-77
   *Denise Denison v. Merck & Co., Inc., et al.*, C.A. No. 2:07-79

      Northern District of California

   *Dorothy Shanks v. Merck & Co., Inc., et al.*, C.A. No. 3:07-65
   *Stanford Johnson v. Merck & Co., Inc., et al.*, C.A. No. 3:07-67
   *Estate of Robert Badke, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:07-69
   *Fred Hardin v. Merck & Co., Inc., et al.*, C.A. No. 3:07-75
   *Jeffrey Nielsen v. Merck & Co., Inc., et al.*, C.A. No. 3:07-76
   *Juliana Nielsen v. Merck & Co., Inc., et al.*, C.A. No. 3:07-77
   *Jacquelyn Johnson v. Merck & Co., Inc., et al.*, C.A. No. 3:07-78
   *Arthur Shanks v. Merck & Co., Inc., et al.*, C.A. No. 4:07-68
   *Earnestine Hardin v. Merck & Co., Inc., et al.*, C.A. No. 4:07-70
   *Shahla Jaferian v. Merck & Co., Inc., et al.*, C.A. No. 5:07-66
   *Estate of Sandra Ellis v. Merck & Co., Inc.*, C.A. No. 5:07-74
   *Nader Jaferian v. Merck & Co., Inc., et al.*, C.A. No. 5:07-79
   *Randolph Dossett v. Merck & Co., Inc., et al.*, C.A. No. 5:07-80
   *Suzanne Dante v. Merck & Co., Inc., et al.*, C.A. No. 5:07-81

      Southern District of California

   *Genevieve Tadman v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2151
   *Del Rorer v. Merck & Co., Inc., et al.*, C.A. No. 3:07-10
   *Carol Krepp v. Merck & Co., Inc., et al.*, C.A. No. 3:07-11
   *Charles Krepp v. Merck & Co., Inc., et al.*, C.A. No. 3:07-12
   *Teresa Rorer v. Merck & Co., Inc., et al.*, C.A. No. 3:07-14
   *Arlene Purvis v. Merck & Co., Inc., et al.*, C.A. No. 3:07-15

      Northern District of West Virginia

   *Helen Jean Anderson, etc. v. Merck & Co., Inc., et al.*, C.A. No. 5:06-151

Schedule of Matters for Hearing Session, Section B      p. 27
Las Vegas, Nevada

MDL-1657 (Continued)

### Southern District of West Virginia

*Paul Noe, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1004
*Leota Faye Dickens v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1005
*Madonna Armentrout, etc. v. Rite Aid of West Virginia, Inc.*, C.A. No. 3:06-1058

MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation
MDL-1699 -- In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana in MDL-1657 and to the United States District Court for the Northern District of California in MDL-1699:

### Northern District of Alabama

*William D. McCluskey, etc. v. Merck & Co., Inc., et al.*, C.A. No. 2:07-232

### Eastern District of California

*Carol Ann Davies, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2768
*Lois Hornsby, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2776
*Bertha Townsend, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2780
*Arthur Bluett, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2787
*Lisa Mathews, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2807
*Geneva Styles, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2812
*Ali Muhilddine, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2814
*Elizabeth A. Cochran v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2817
*Kevin L. Chaney v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2826
*Wendel Vantine, etc. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2851
*Barry Dohner, etc. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2853
*Jerry Strange v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2875

### Southern District of Illinois

*Robert J. Smith, Jr., etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:06-964
*Wilburn Williamson, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1023

Schedule of Matters for Hearing Session, Section B                               p. 28
Las Vegas, Nevada


MDL-1700 -- In re FedEx Ground Package System, Inc., Employment Practices Litigation (No. II)

Opposition of plaintiff Carlos Quintin Gonzalez to transfer of the following action to the United States District Court for the Northern District of Indiana:

Southern District of Florida

*Carlos Quintin Gonzalez v. FedEx Home Delivery, et al.*, C.A. No. 1:06-22964


MDL-1708 -- In re Guidant Corp. Implantable Defibrillators Products Liability Litigation

Oppositions of plaintiffs Mary Alice Miller, etc., and Estefana Silva, et al., to transfer of their respective following actions to the United States District Court for the District of Minnesota:

Middle District of Florida

*Mary Alice Miller, etc. v. Guidant Corp., et al.*, C.A. No. 3:07-41

Southern District of Texas

*Estefana Silva, et al. v. Guidant Corp., et al.*, C.A. No. 7:07-2


MDL-1715 -- In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

Oppositions of plaintiffs Rodney S. Means and David L. Murphy, et al., and defendants Dream House Mortgage Corp., Northwest Title & Escrow Corp., and Litton Loan Servicing LP to transfer of their respective following actions to the United States District Court for the Northern District of Illinois:

Northern District of Indiana

*Rodney S. Means v. Ameriquest Mortgage Co., et al.*, C.A. No. 2:06-409

District of Massachusetts

*Kelly Ann I. Graham, et al. v. Ameriquest Mortgage Co., et al.*, C.A. No. 4:06-40195

Schedule of Matters for Hearing Session, Section B　　　　　　　　　　　　　　p. 29
Las Vegas, Nevada

MDL-1715 (Continued)

  Eastern District of Missouri

 *Paul W. Derda, et al. v. Ameriquest Mortgage Co., et al.*, C.A. No. 4:06-1649

  Eastern District of Texas

 *David L. Murphy, et al. v. Argent Mortgage Co., LLC*, C.A. No. 1:06-781

MDL-1718 -- In re Ford Motor Co. Speed Control Deactivation Switch Products Liability
  Litigation

 Oppositions of plaintiffs Florida Farm Bureau Casualty Insurance Company, etc.; David Giorgini, et al.; and Oscar Reyes, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Michigan:

  Middle District of Florida

 *Florida Farm Bureau Casualty Insurance Co., etc. v. Ford Motor Co., Inc.*,
  C.A. No. 8:06-2307

  Eastern District of Pennsylvania

 *David Giorgini, et al. v. Ford Motor Co.*, C.A. No. 2:06-968

  Southern District of Texas

 *Oscar Reyes, et al. v. Ford Motor Co., et al.*, C.A. No. 4:07-165

Schedule of Matters for Hearing Session, Section B     p. 30
Las Vegas, Nevada

### MDL-1726 -- In re Medtronic, Inc., Implantable Defibrillators Products Liability Litigation

Oppositions of plaintiff Patricia Kavalir and defendant Medtronic, Inc., to transfer of their respective following actions to the United States District Court for the District of Minnesota:

Middle District of Florida

*Hazel E. Ricciotti, etc. v. Medtronic, Inc.*, C.A. No. 8:07-233

Northern District of Georgia

*Claudeena Watt-Austin, et al. v. Boston Scientific Corp., et al.*, C.A. No. 1:07-293

Northern District of Illinois

*Patricia Kavalir v. Medtronic, Inc.*, C.A. No. 1:07-835

### MDL-1742 -- In re Ortho Evra Products Liability Litigation

Opposition of plaintiffs Jacci Morrison, et al., to transfer of the following action to the United States District Court for the Northern District of Ohio:

Northern District of California

*Jacci Morrison, et al. v. Ortho-McNeil Corp., et al.*, C.A. No. 3:07-8

### MDL-1760 -- In re Aredia and Zometa Products Liability Litigation

Oppositions of plaintiffs Joan LeCompte, et al., and Beatrice Rios to transfer of their respective following actions to the United States District Court for the Middle District of Tennessee:

District of New Jersey

*Joan LeCompte, et al. v. Novartis Pharmaceuticals Corp.*, C.A. No. 2:07-357

Southern District of Texas

*Beatrice Rios v. Novartis Pharmaceuticals Corp., et al.*, C.A. No. 6:07-2