**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

3:07-cv-159

|  |  |
|---|---|
| IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) MDL Docket No. 1850 |

FILED ENTERED
APR 20 2007
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
DEPUTY

RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

**PROOF OF SERVICE**

Pursuant to Rule 5.2 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and the Federal Rules of Civil Procedure, I hereby certify that on April 9, 2007, I caused a copy of (i) Response of **Plaintiffs Jared Workman, Mark and Mona Cohen and Peggy Schneider to 3 Motions For Transfer and Centralization of all Pet Food Products Liability Litigation under 28 U.S.C. § 1407,** (ii) **Plaintiffs' Memorandum of Law in Response to 3 Motions for Transfer and Cetralization and for the Transfer and Consolidation of all Pet Food Products Liability Litigation to the District of New Jersey Under 28 U.S.C. § 1407,** and (iii) **Proof of Service** to be served via U.S. Mail on all parties on the accompanying Service List including the Clerk of each district court where an affected action is pending.

I further certify that on April 9, 2007 I caused the original and four copies of the above documents, along with computer generated disk, to be sent via UPS Overnight Mail for filing with the clerk of the Judicial Panel on Multidistrict Litigation.

Dated: April 9, 2007

_____
Russell D. Paul

414807