%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ NEVADA _____

MARION STRECZYN

**SUMMONS IN A CIVIL ACTION**

V.

MENU FOODS, INC., a New Jersey Corporation,
et al.

CASE NUMBER:    3:07-cv-00159-LRH-VPC

TO: (Name and address of Defendant)

MENU FOODS, INC.
9130 GRIFFITH MORGAN LANE
PENNSAUKEN, NJ 08110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BRIAN O. O'MARA, ESQ.
O'MARA LAW FIRM, P.C.
311 E. LIBERTY STREET
RENO, NEVADA 89501

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Lance S. Wilson

April 3, 2007

Clerk

_Lance S. Wilson_

Date

# AFFIDAVIT OF SERVICE

County: __Camden__                                                    State: __NJ__

**MARION STRECZYN**                                    CASE # 3:07-CV-00159-LRH-VCP

**PLAINTIFF**

V.

**MENU FOODS INCOME FUND, A FOREIGN
CORPORATION: MENU FOODS, INC., A NEW
JERSEY CORPORATION: AND DOES I-X,
INCLUSIVE,**

**DEFENDANTS**

I __JAMES MAGEE__, being duly sworn according to law depose and say that I am
<span>NAME OF PROCESS SERVER</span>
a competent adult not a party to the above referenced matter, and that on __APRIL 20, 2007__ at __11:15__ A.M.
I personally served a true and correct attested copy of

### SUMMONS AND COMPLAINT

at the following address:

### 9130 GRIFFITH MORGAN LANE, PENNSAUKEN, NEW JERSEY 08110
<span>ADDRESS WHERE DEFENDANT SERVED</span>

### SEAN CONKLIN
<span>NAME OF PERSON SERVED</span>

## SEX: MALE  RACE: WHITE  APPROX. HEIGHT: 6'2"  APPROX. WEIGHT: 240  LBS.
<span>DESCRIPTION OF PERSON SERVED</span>

in the above captioned matter

Server _____
<span>SIGNATURE OF PROCESS SERVER</span>

Sworn to and subscribed before me

this 20 day of April, 2007

_____
NOTARY

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
LAURA C. KEE, Notary Public
Abington Twp., Montgomery County
My Commission Expires Jan. 26, 2008

*AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | APRIL 20, 2007 |
| NAME OF SERVER (PRINT)  JAMES MAGEE | TITLE | PROCESS SERVER |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served:

9130 GRIFFITH MORGAN LANE, PENNSAUKEN, NJ 08110

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/20/07
Date

Signature of Server

604 Ryan Ave, WESTVILLE, NJ 08093
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure