| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Kelly Finestone<br><br>**Defendants:**<br>Menu Foods Inc., Petco Animal Supplies Inc., and The IAMS Company | C.D. California | 2:2007cv02338 | Christina A. Snyder |
| **Plaintiffs:**<br>Dawn Howe<br><br>**Defendants:**<br>Menu Foods Limited, Menu Foods Inc., Menu Foods Midwest Corporation, Menu Foods Income Fund, Menu Foods South Dakota, Inc., Menu Foods Holdings, Inc. and Menu Foods Operating Trust | C.D. California | CV 07-2060 GHK (AJWx) | George H. King |
| **Plaintiffs:**<br>Dennis Townsend and Glenna Townsend<br><br>**Defendants:**<br>Chemnutra Inc., Menu Foods Holdings Inc., Menu Foods Inc., Menu Foods Income Fund, Menu Foods Limited, Menu Foods Midwest Corporation, Menu Foods South Dakota Inc., Nestle Holdings Inc. Nestle Purina Petcare Co., Nestle SA, Nestle USA Inc. | C.D. California | ED CV 07-398 GHK (AJWx) | George H. King |
| **Plaintiffs:**<br>Richard Chamberlain<br><br>**Defendants:**<br>Chemnutra Inc., Nestle Holdings Inc. Nestle Purina Petcare Co., Nestle SA, Nestle USA Inc. and Xuzhou Anying Biologic Technology Development Company Ltd. | C.D. California | 2:07-cv-02476-FMC-SS | Florence-Marie Cooper |

Dockets.Justia.com

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Sherry Ingles<br><br>**Defendants:**<br>Menu Foods Income Fund, Menu Foods Midwest Corporation, Menu Foods South Dakota Inc., Menu Foods, Inc., | N.D. California | 3:2007cv01809 | Maxine M. Chesney |
| **Plaintiffs:**<br>Robert Payne and Steve Bartilucci<br><br>**Defendants:**<br>Menu Foods, Inc., The Proctor & Gamble Company, Petco Animal Supplies, Inc., and Safeway, Inc. | S.D. California | 3:2007cv00705 | John A. Houston |
| **Plaintiffs:**<br>Diane Swarberg<br><br>**Defendants:**<br>The Iams Company, and Menu Foods Holding Inc. | S.D. California | 3:2007cv00706 | Barry Ted Moskowitz |
| **Plaintiffs:**<br>Emily Tompkins<br><br>**Defendants:**<br>Menu Foods Midwest Corporation, Menu Foods Income Fund, Menu Foods Limited, Menu Foods Inc., Menu Foods Holdings, Inc., The Procter & Gamble Company, The Iams Company, Safeway Inc., The Kroger Co., Petco Animal Supplies, Inc., Petco Animal Supplies Stores, Inc. | D. Colorado | 1:2007cv00736 | John L. Kane |
| **Plaintiffs:**<br>Lauri A. Osborne<br><br>**Defendants:**<br>Menu Foods, Inc. | D. Connecticut | 3:2007cv00469 | Robert N. Chatigny |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Maria Teresa Ferrarese<br><br>**Defendants:**<br>Menu Foods Inc., Menu Foods Midwest Corporation, Menu Foods Income Fund and Menu Foods Limited | M.D. Florida | 2:2007cv00235 | John E. Steele |
| **Plaintiffs:**<br>Satoru Waldhauer<br><br>**Defendants:**<br>Menu Foods Inc., Menu Foods Income Fund and Wal-Mart Corporation | N.D. Florida | 3:2007cv00131 | M. Casey Rodgers |
| **Plaintiffs:**<br>Christina Troiano<br><br>**Defendants:**<br>Menu Foods, Inc. and Menu Foods Income Fund | S.D. Florida | 0:2007cv60428 | James I. Cohn |
| **Plaintiffs:**<br>Stephen Donnelly and Jennifer Hirni<br><br>**Defendants:**<br>Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Holdings, Inc., Menu Foods Midwest Corporation, Chemnutra Inc., Chemnutra LLC, Xuzhou Anying Biologic Technology Development Company Ltd., Suzhou Textile Import and Export Company | S.D. Florida | 1:2007cv20955 | Joan A. Lenard |
| **Plaintiffs:**<br>Larry Klimes, Paul Lavoie and Richard Mueller<br><br>**Defendants:**<br>Menu Foods | D. Idaho | 1:2007cv00160 | Mikel H. Williams |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Dawn Majerczyk<br><br>**Defendants:**<br>Menu Foods, Inc. | N.D. Illinois | 1:2007cv01543 | Wayne R. Anderson |
| **Plaintiffs:**<br>Mara Brazilian<br><br>**Defendants:**<br>Menu Foods Inc., Menu Foods Income Fund, Menu Foods Limited, Menu Foods Midwest Corporation | D. Maine | 2:2007cv00054 | George Z. Singal |
| **Plaintiffs:**<br>Lidia Rodrigues<br><br>**Defendants:**<br>Menu Foods Inc., Menu Foods Midwest Corporation, Menu Foods Income Fund and Menu Foods Limited | D. Massachusetts | 1:2007cv10745 | Edward R. Harrington |
| **Plaintiffs:**<br>Stephanie Rozman<br><br>**Defendants:**<br>ChemNutra, Inc., Menu Foods Holdings, Inc., Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Limited, Menu Foods Limited, Menu Foods Midwest Corporation, Nutro Products, Inc., PetsMart, Inc., and Petco Animal Supplies Stores, Inc. | D. Minnesota | 0:2007cv01808 | Ann D. Montgomery |
| **Plaintiffs:**<br>Marion Streczyn<br><br>**Defendants:**<br>Menu Foods Income Fund, and Menu Foods, Inc., | D. Nevada | 3:2007cv00159 | Larry R. Hicks |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Jared Workman, and Mark and Mona Cohen<br><br>**Defendants:**<br>Menu Foods Limited, Menu Foods Inc., and Menu Foods Midwest Corporation | D. New Jersey | 1:2007cv01338 | Noel L. Hillman |
| **Plaintiffs:**<br>Suzanne Thomson and Robert Trautman<br><br>**Defendants:**<br>Menu Foods Income Fund and Menu Foods Inc. | D. New Jersey | 1:2007cv01360 | Noel L. Hillman |
| **Plaintiffs:**<br>Larry Wilson<br><br>**Defendants:**<br>Menu Foods Holdings, Inc., Menu food Income Fund, Menu Foods Midwest Corporation, Menu Foods, Inc., Suzhou Textile Import and Export Company | D. New Jersey | 1:2007cv01456 | Noel L. Hillman |
| **Plaintiffs:**<br>Paul Richard and Jennifer Richard, Charles Kohler and Alicia Kohler<br><br>**Defendants:**<br>Menu Foods Income Fund, Menu Foods Limited, Menu Foods Holdings, Inc., Menu Foods, Inc., Menu Foods Midwest Corporation, Menu Foods South Dakota, Inc., ABC Partnerships, XYZ Corporations | D. New Jersey | 1:2007cv01457 | Noel L. Hillman |
| **Plaintiffs:**<br>Linda Tinker<br><br>**Defendants:**<br>Chemnutra, Inc., Menu Foods Income Fund, Menu Foods, Inc. | D. New Jersey | 1:2007cv01468 | Noel L. Hillman |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Janice Bonier, Guy Britton, Tammy Matthews<br><br>**Defendants:**<br>Menu Foods Income Funds, Menu Foods, Inc. and Menu Foods Midwest Corporation | D. New Jersey | 1:2007cv01477 | Noel L. Hillman |
| **Plaintiffs:**<br>Julie Hidalgo<br><br>**Defendants:**<br>Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation and Menu Foods South Dakota Inc. | D. New Jersey | 1:2007cv01488 | Noel L. Hillman |
| **Plaintiffs:**<br>Alexander Nunez<br><br>**Defendants:**<br>Menu Foods Limited, Menu Foods Inc., Menu Foods Midwest Corporation, Menu Foods Income Fund, Menu Foods South Dakota, Inc. and Menu Foods Holdings, Inc. | D. New Jersey | 1:2007cv01490 | Noel L. Hillman |
| **Plaintiffs:**<br>Mark Golding<br><br>**Defendants:**<br>Menu Foods Limited, Menu Foods Inc., Menu Foods Midwest Corporation, Menu Foods Income Fund, Menu Foods South Dakota, Inc. and Menu Foods Holdings, Inc. | D. New Jersey | 1:2007cv01521 | Noel L. Hillman |
| **Plaintiffs:**<br>Troy Gagliardi<br><br>**Defendants:**<br>Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation and Menu Foods South Dakota Inc. | D. New Jersey | 1:2007cv01522 | Noel L. Hillman |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Kami Turturro<br><br>**Defendants:**<br>Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation and Menu Foods South Dakota Inc. | D. New Jersey | 1:2007cv01523 | Noel L. Hillman |
| **Plaintiffs:**<br>Peggy Schneider<br><br>**Defendants:**<br>Menu Foods, Inc., Menu Foods Limited and Menu Foods Midwest Corporation | D. New Jersey | 1:2007cv01533 | Noel L. Hillman |
| **Plaintiffs:**<br>Leslie Berndl and Jim and Terri Moses<br><br>**Defendants:**<br>Menu Foods, Inc., Menu Foods Income Funds, and Menu Foods Midwest Corporation | D. New Jersey | 1:2007cv01553 | Noel L. Hillman |
| **Plaintiffs:**<br>Jayme Pittsonberger<br><br>**Defendants:**<br>Menu Foods, Inc., Menu Foods Midwest Corporation, Menu Foods Income Fund and Menu Foods Limited | D. New Jersey | 1:2007cv01561 | Noel L. Hillman |
| **Plaintiffs:**<br>David Carter<br><br>**Defendants:**<br>Menu Foods, Inc., Menu Foods Midwest Corporation, Menu Foods Income Fund and Menu Foods Limited | D. New Jersey | 1:2007cv01562 | Noel L. Hillman |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Jim Bullock<br><br>**Defendants:**<br>Menu Foods, Inc., Menu Foods Midwest Corporation, Menu Foods Income Fund and Menu Foods Limited | D. New Jersey | 1:2007cv01579 | Noel L. Hillman |
| **Plaintiffs:**<br>Christina Johnson<br><br>**Defendants:**<br>Menu Foods, Inc. | D. New Jersey | 1:2007cv01610 | Noel L. Hillman |
| **Plaintiffs:**<br>James Conner and Frances Nash<br><br>**Defendants:**<br>Menu Foods, Inc., Menu Foods Income Funds, and Menu Foods Midwest Corporation | D. New Jersey | 1:2007cv01623 | Noel L. Hillman |
| **Plaintiffs:**<br>Matt Long<br><br>**Defendants:**<br>Menu Foods Income Fund, Menu Foods Limited, Menu Foods Holidings, Inc., Menu Foods, Inc., Menu Foods Midwest Corporation, Chemnutra, Inc. | D. New Jersey | 1:2007cv01624 | Noel L. Hillman |
| **Plaintiffs:**<br>Chantelle Conti and Cheri Cutler<br><br>**Defendants:**<br>Menu Foods Limited, Menu Foods Inc., and Menu Foods Midwest Corporation | D. New Jersey | 1:2007cv01638 | Noel L. Hillman |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Steven Freeman<br><br>**Defendants:**<br>Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation and Menu Foods South Dakota Inc. | D. New Jersey | 1:2007cv01646 | Noel L. Hillman |
| **Plaintiffs:**<br>Karen Pirches and Dinitrise Hicks<br><br>**Defendants:**<br>Menu Foods Income Fund, Menu Foods Midwest Corporation, Menu Foods South Dakota, Inc., Menu Foods, Inc., Menu Food Limited | D. New Jersey | 1:2007cv01685 | Noel L. Hillman |
| **Plaintiffs:**<br>Diana Diedrich<br><br>**Defendants:**<br>Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation and Menu Foods South Dakota Inc. | D. New Jersey | 1:2007cv01700 | Noel L. Hillman |
| **Plaintiffs:**<br>Todd Sokolwski<br><br>**Defendants:**<br>Menu Foodds, Inc., Menu Foods Income Fund, and The Iams Company | D. New Jersey | 1:2007cv01709 | Noel L. Hillman |
| **Plaintiffs:**<br>Michele McCullough<br><br>**Defendants:**<br>Menu Foods Income Fund, Menu Foods, Inc, Menu Foods Holdings, Inc., and Menu Foods Midwest Corporation | D. New Jersey | 1:2007cv01710 | Noel L. Hillman |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Steve Colquitt and Marianna Cutter<br><br>**Defendants:**<br>Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation and Menu Foods South Dakota Inc. | D. New Jersey | 1:2007cv01738 | Noel L. Hillman |
| **Plaintiffs:**<br>Luke deBarathy<br><br>**Defendants:**<br>Menu Foods Income Fund, Menu Foods, Inc, Menu Foods Holdings, Inc., Menu Foods Midwest Corporation, Xuzhou Anying Biologic Technology Development Company Ltd., Suzhou Textile Import and Export Company | D. New Jersey | 1:2007cv01739 | Noel L. Hillman |
| **Plaintiffs:**<br>Loren and Kay Byers, and Camilla Brankov<br><br>**Defendants:**<br>Menu Foods Income Fund, Menu Foods, Inc., Menu Foods Midwest Corporation, Menu Food Limited, Menu Foods Operating Limited Partnership and Menu Foods South Dakota Corporation | D. New Jersey | 1:2007cv01747 | Noel L. Hillman |
| **Plaintiffs:**<br>Lynne Carestio<br><br>**Defendants:**<br>Menu Foods Limited, Menu Foods, Inc., and Menu Foods Midwest Corporation | D. New Jersey | 1:2007cv01762 | Noel L. Hillman |
| **Plaintiffs:**<br>Gregory Boehm<br><br>**Defendants:**<br>Menu Foods, Inc., Menu Foods Genpar Limited (aka Menu Foods Limited) and Menu Foods Income Fund | N.D. Ohio | 1:2007cv01018 | Peter C. Economus |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Carol Brown<br><br>**Defendants:**<br>Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation and Menu Foods South Dakota Inc. | D. Rhode Island | 1:2007cv00115 | Mary M. Lisi |
| **Plaintiffs:**<br>Lizajean Holt, donna Lefebvre, Debra LeRoy and Kim Leonard<br><br>**Defendants:**<br>Menu Foods, Inc. | E.D. Tennessee | 3:2007cv00094 | Thomas W. Phillips |
| **Plaintiffs:**<br>Barbara Light<br><br>**Defendants:**<br>Menu Foods Income Fund | E.D. Tennessee | 3:2007cv00098 | Thomas W. Phillips |
| **Plaintiffs:**<br>Tom Whaley<br><br>**Defendants:**<br>Menu Foods, The Iams Company, Dog Food Producers Numbers 1-50 and Cat Food Producers Numbers 1-50 | W.D. Washington | 2:2007cv00411 | Ricardo S. Martinez |
| **Plaintiffs:**<br>Stacey Heller, Toinette Robinson, David Rapp, and Cecily and Terrence Mitchell<br><br>**Defendants:**<br>Menu Foods | W.D. Washington | 2:2007cv00453 | John C. Coughenour |
| **Plaintiffs:**<br>Audrey Kornelius and Barbara Smith<br><br>**Defendants:**<br>Menu Foods | W.D. Washington | 2:2007cv00454 | Marsh J. Pechman |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Suzanne F. Johnson and CraigR. Klemann<br><br>**Defendants:**<br>Menu Foods | W.D. Washington | 2:2007cv00455 | John C. Coughenour |
| **Plaintiffs:**<br>Michele Suggett and Don James<br><br>**Defendants:**<br>Menu Foods, The Iams Company, Eukanuba, Dog Food Producers Numbers 1-50 and Cat Food Producers Numbers 1-50 | W.D. Washington | 2:2007cv00457 | Ricardo S. Martinez |

**EXHIBIT "A"**

**PRESS RELEASE**

**MENU FOODS INCOME FUND**

**Menu Foods Income Fund**
TSX:                    MEW.UN        **Stock Quote   Stock Chart**

**Other Recent News**

**March 16, 2007**

## Menu Foods Income Fund Announces Precautionary Dog and Cat Food Recall

TORONTO, ONTARIO--(CCNMatthews - March 16, 2007) -

NOT FOR RELEASE OVER US NEWSWIRE SERVICES

Attention Business/Financial Editors

Menu Foods Income Fund (the "Fund") (TSX:MEW.UN) today announced the precautionary recall of a portion of the dog and cat food it manufactured between December 3, 2006 and March 6, 2007. The recall is limited to "cuts and gravy" style pet food in cans and pouches manufactured at two of the Fund's United States facilities. These products are both manufactured and sold under private-label and are contract-manufactured for some national brands.

Over the past several days, the Fund has received feedback in the United States (none in Canada) raising concerns about pet food manufactured since early December, and its impact on the renal health of the pets consuming the products. Shortly after receipt of the first complaint, the Fund initiated a substantial battery of technical tests, conducted by both internal and external specialists, but has failed to identify any issues with the products in question. The Fund has, however, discovered that timing of the production associated with these complaints, coincides with the introduction of an ingredient from a new supplier. The Fund stopped using this ingredient shortly after this discovery and production since then has been undertaken using ingredients from another source.

At the same time, the Fund's largest customer, for which it manufactures on a contract basis, received a small number of consumer complaints and has initiated its own recall. Furthermore, for the time being, the customer has put future orders for cuts and gravy products on hold. This customer's cuts and gravy purchases in 2006 represented approximately 11% of the Fund's annual revenue.

"We take these complaints very seriously and, while we are still looking for a specific cause, we are acting to err on the side of caution" said Paul K. Henderson, President and CEO, Menu Foods. "We will do whatever is necessary to ensure that our products maintain the very highest quality standards."

While the number of complaints has been relatively small, Menu is taking this proactive step out of an abundance of caution, because the health and well-being of pets is paramount to the Fund.

In addition to changing suppliers, for production after March 6, the Fund has increased testing of all raw materials and finished goods. It is also working closely with regulatory authorities and its customers to learn more and will take whatever additional actions are appropriate. The Fund estimates that based on currently available information, this recall could cost between $30 million and $40 million, which will be financed from a combination of internally generated cash flow and bank credit facilities. Furthermore, the Fund is aggressively producing product, utilizing a different supplier for the ingredient in question, to replenish customers as quickly as possible.

In order to determine whether cat and dog food in their possession is subject to recall, consumers should refer to the list of brand names ("listed products") at www.menufoods.com/recall. This will be available by 6 a.m. Saturday March 17, 2007. Products not identified on the website can continue to be used.

Menu is the leading North American private-label/contract manufacturer of wet pet food products sold by supermarket retailers, mass merchandisers, pet specialty retailers and other retail and wholesale outlets. In 2006, the Fund produced more than one billion containers.

**CONTACT INFORMATION**

Menu Foods Income Fund

Menu Foods Income Fund
Consumers
1-866-895-2708
Website: www.menufoods.com

# EXHIBIT "B"



**PRESS RELEASE**

**Menu Foods Income Fund**

**TSX:** MEW.UN

**INDUSTRY:** Financial Services - Personal Finance, Retail - Consumer Interest

**MARCH 24, 2007 - 14:09 ET**

## Menu Foods Initiates Market Withdrawal of All Varieties of Recalled Wet Pet Food to Ensure Consumer Protection

TORONTO, ONTARIO--(CCNMatthews - March 24, 2007) - As a result of reports from the FDA and various media outlets that some recalled lots of "cuts and gravy" style wet pet food remain on store shelves, Menu Foods has asked all retail outlets to immediately remove all impacted varieties of wet pet food posted at www.menufoods.com , regardless of the date code.

Menu Foods remains concerned that consumers are able to purchase recalled items.

There is no known risk from items not listed on the recall list but an abundance of caution is called for in this situation. FDA has been apprised of this action.

| CONTACT INFORMATION |

**EXHIBIT "C"**

**All Menu Foods pet food with ChemNutra wheat gluten voluntarily recalled**

TORONTO, April 5 /PRNewswire/ - In response to a news release - issued by ChemNutra Inc. during the evening of April 3, 2007 - Menu Foods today voluntarily expanded its pet food recall for selected "cuts and gravy" pet food products, manufactured back to November 8, 2006.

ChemNutra Inc., a former supplier of wheat gluten to Menu Foods, announced a recall of all wheat gluten it imported from Xuzhou Anying Biologic Technology Development Co. in Wangdien, China. As a result, Menu Foods today announced an expansion of its recall to include all products manufactured with wheat gluten purchased from ChemNutra Inc. which Menu Foods' records show was first used on November 8, 2006 and last used on March 6, 2007.

As a result of actions previously taken by Menu Foods, the vast majority of the products affected by this expansion are already off retailers' shelves. No new brands have been added. A total of 20 varieties have been added to the recall list and the additional varieties are listed below. All Menu Foods products not made with the recalled wheat gluten are safe to consume.

A complete and updated list of recalled products is available at the Menu Foods website at http://www.menufoods.com.

## Cat Food

| Brand | Look For This Date The Bottom of Can or Back of Pouch | Variety Description | Can or Pouch | Size | UPC |
|---|---|---|---|---|---|
| **Authority** | | | | | |
| | Nov/20/09 Nov/21/09 | Adult Sliced Chicken/Sauce Formula 3oz | Can | 3oz | 37257-37359 |
| **Nutro Max Cat Gourmet Classics** | | | | | |
| | Nov/21/08 Nov/22/08 | Pouch Kitten Chicken/Tomato 3oz | Pouch | 3oz | 79105-36263 |
| | Nov/21/08 Nov/22/08 | Pouch Senior Whitefish/Crab 3oz | Pouch | 3oz | 79105-36265 |
| **Pet Pride** | | | | | |
| | Nov/21/09 Nov/22/09 | Flaked Tuna 3oz | Can | 3oz | 11110-80472 |
| | Nov/20/09 | Sliced Chicken/Heart/Liver 3oz | Can | 3oz | 11110-86261 |

| | | | | | |
|---|---|---|---|---|---|
| Nov/21/09 | | | | | |
| Nov/20/09<br>Nov/21/09 | Sliced Turkey/Gravy 3oz | Can | 3oz | 11110-86257 | |
| Nov/20/09<br>Nov/21/09 | Sliced Beef/Gravy 3oz | Can | 3oz | 11110-86264 | |

**Sophistacat**

| | | | | |
|---|---|---|---|---|
| Nov/21/09<br>Nov/22/09 | Flaked Chicken/Tuna 3oz | Can | 3oz | 37257-01287 |
| Nov/20/09<br>Nov/21/09 | Sliced Beef/Gravy 3oz | Can | 3oz | 37257-01243 |
| Nov/20/09<br>Nov/21/09 | Sliced Chicken/Heart/Liver 3oz | Can | 3oz | 37257-01285 |
| Nov/20/09<br>Nov/21/09 | Sliced Salmon/Chicken 3oz | Can | 3oz | 37257-01286 |

**Science Diet Feline Savory Cuts Can** ( Hill's Pet Nutrition April 5, 2007 Comment on Industry News )

| | | | | |
|---|---|---|---|---|
| Jun/19/08<br>Jun/20/08 | Sliced Beef/Gravy 3oz | Can | 3oz | 52742-44120 |
| Jun/19/08<br>Jun/20/08 | Sliced Chicken/Grvy 3oz | Can | 3oz | 52742-44110 |
| Jun/19/08<br>Jun/20/08 | Sliced Oceanfish/Sauce 3oz | Can | 3oz | 52742-44010 |
| Jun/19/08<br>Jun/20/08 | Sliced Senior Chicken/Gravy 3oz | Can | 3oz | 52742-46000 |

# Dog Food

| Brand | Look For This Date The Bottom of Can or Back of Pouch | Variety Description | Can or Pouch | Size | UPC |
|---|---|---|---|---|---|

**Grreat Choice**

| | | | | |
|---|---|---|---|---|
| Nov/14/09<br>Nov/15/09 | London Grill Cuts 13.2oz | Can | 13.2oz | 37257-37002 |

**Pet Pride**

| | | | | |
|---|---|---|---|---|
| Nov/28/08<br>Nov/29/08 | Pouch Chicken Teriyaki/Gravy 5.3oz | Pouch | 5.3oz | 11110-84172 |
| Dec/01/08 | Pouch With Stew 5.3oz | Pouch | 5.3oz | 11110-88124 |

Dec/02/08

**Springfield Prize**

| | Chicken Cuts/Gravy | | | | |
|---|---|---|---|---|---|
| Nov/14/09 | 13.2oz | Can | 13.2oz | 41380-13901 |
| Nov/15/09 | | | | |

**Stater Brothers**

| | Chicken Cuts/Gravy | | | | |
|---|---|---|---|---|---|
| Nov/14/09 | 13.2oz | Can | 13.2oz | 74175-12240 |
| Nov/15/09 | | | | |

**EXHIBIT "D"**

**Menu Foods voluntarily recalls additional pet food made with ChemNutra wheat gluten**

TORONTO, April 10 /PRNewswire/ - Prompted by reports from the US Food and Drug Administration as to the presence of melamine in cans of cuts and gravy pet food produced in Menu Foods' Canadian production facility, Menu Foods undertook an accounting of all recalled wheat gluten supplied by ChemNutra Inc. to Menu Foods in the United States.

As the result of that review, Menu Foods has identified a single interplant transfer of the ChemNutra supplied wheat gluten, shipped from Menu Foods' plant in Emporia, Kansas, to its plant in Streetsville, Ontario. This wheat gluten was subsequently used in the production of pet food in December, 2006 and January, 2007, which is being recalled by Menu Foods.

The new varieties in the United States and Canada have been added to the recall list. The latest recall group is listed below, and a complete list of recalled products, including the new items can be reviewed at http://www.menufoods.com.

## Cat Food

| Brand | Look For This Date On The Bottom of Can or Back of Pouch | Variety Description | Can / Pouch | Size | UPC |
|---|---|---|---|---|---|
| **Americas Choice, Preferred Pet** | | | | | |
| | Jan/2/10 | Flaked Tuna 3oz | Can | 3oz | 54807-59114 |
| **Your Pet** | | | | | |
| | Dec/19/09 Jan/24/10 | Sliced Beef/Gravy 3oz | Can | 3oz | 72036-29026 |
| | Nov 06 09 | Sliced Variety Pack 3oz | Can | 3oz | 72036-40013 |
| **Pet Pride** | | | | | |
| | Dec/19/09 Jan/24/10 | Sliced Beef/Gravy 3oz | Can | 3oz | 11110-86264 |
| | Nov 06 09 Dec 05 09 Dec 06 09 Jan 23 10 Jan 24 10 | Sliced Variety Pack 3oz | Can | 3oz | 11110-86003 |

**Laura Lynn**

| | | | | |
|---|---|---|---|---|
| Jan/2/10 | Flaked Tuna 3oz | Can | 3oz | 86854-02407 |
| Dec/19/09 | Sliced Beef/Gravy 3oz | Can | 3oz | 86854-02406 |

**Nutriplan**

| | | | | |
|---|---|---|---|---|
| Dec/19/09 | Sliced Beef/Gravy 3oz | Can | 3oz | 41130-06755 |

**Price Chopper**

| | | | | |
|---|---|---|---|---|
| Dec/19/09 | Sliced Beef/Gravy 3oz | Can | 3oz | 41735-12828 |

**Publix**

| | | | | |
|---|---|---|---|---|
| Jan/2/10 | Flaked Tuna 3oz | Can | 3oz | 41415-08327 |
| Dec/19/09 | Sliced Beef/Gravy 3oz | Can | 3oz | 41415-08827 |
| Jan/2/10 | | | | |
| Jan/24/10 | | | | |

**Stop & Shop Companion**

| | | | | |
|---|---|---|---|---|
| Jan/2/10 | Flaked Tuna 3oz | Can | 3oz | 88267-00286 |

**Winn Dixie**

| | | | | |
|---|---|---|---|---|
| Dec/19/09 | Sliced Beef/Gravy 3oz | Can | 3oz | 21140-19419 |

**Nutro Products**

| All Dates | Chicken Cacciatore 3oz | Can | 3oz | 79105-35205 |
|---|---|---|---|---|
| All Dates | Orleans Seafood Jambalaya 3oz | Can | 3oz | 79105-35206 |
| All Dates | Beef Ragout 3oz | Can | 3oz | 79105-35207 |
| All Dates | Alaskan Halibut/Rice 3oz | Can | 3oz | 79105-35221 |
| All Dates | Kitten Chicken/Lamb 3oz | Can | 3oz | 79105-35202 |
| All Dates | California Chicken 3oz | Can | 3oz | 79105-30011 |
| All Dates | Lamb/Turkey Cutlets 3oz | Can | 3oz | 79105-30014 |
| All Dates | Salmon/Whitefish 3oz | Can | 3oz | 79105-30013 |
| All Dates | Beef/Egg 3oz | Can | 3oz | 79105-30015 |
| All Dates | Turkey/Chicken Liver 3oz | Can | 3oz | 79105-30016 |
| All Dates | Seafood/Tomato/Bisque 3oz | Can | 3oz | 79105-30017 |
| All Dates | Hunters Stew with Duck 3oz | Can | 3oz | 79105-30018 |
| All Dates | Hunters Stew with Venison 3oz | Can | 3oz | 79105-30019 |

# EXHIBIT "E"

**April 17, 2007**

**Menu Foods Refines Recall List**

TORONTO, ONTARIO--(April 17, 2007) - Menu Foods

Attention Business/Financial Editors

Menu Foods has previously recalled wet cat and dog food produced with adulterated wheat gluten supplied by ChemNutra Inc. Over the past several days, Menu Foods continued a detailed analysis of production records at its Emporia, Kansas, plant as part of the US Food and Drug Administration's ongoing investigation of this adulterated wheat gluten. As a result of this work, Menu Foods advises the public:

- One additional item has been added to the recall list and is shown below

- Two additional production dates of eight varieties of pet food have been added to the recall list. These eight varieties of pet food had previously been withdrawn from the market and should already be off the retailer shelves.

An updated list of the recalled products, including this addition, is available at the Menu Foods website at http://www.menufoods.com.

**Dog Food**

| Brand | Look For This Date On The Bottom of Can or Back of Pouch | Variety Description | Can / Pouch | Size | UPC |
|-------|------|------|------|------|------|
| Natural Life | Nov/22/09 | Vegetarian 13.2oz | Can | 13.2oz | 12344-07114 |

Menu Foods
Consumers
1-866-895-2708
Website: www.menufoods.com

# EXHIBIT "F"


**PURINA.**
Your Pet, Our Passion.™

🖨 CLICK TO PRINT                                                                              ☒ CLOSE

# Purina to voluntarily withdraw Mighty Dog® 5.3 ounce pouch products in response to Menu Foods recall

**No other Purina products affected**

St. Louis, Missouri, March 16, 2007
Nestlé Purina PetCare Company today announced that as a precautionary measure, it is voluntarily withdrawing its 5.3 ounce Mighty Dog® brand pouch products that were produced by Menu Foods, Inc. from December 3, 2006** through March 14, 2007. This withdrawal is in response to the recall initiated earlier today by Menu Foods, a contract manufacturer that does limited business with Purina as well as with other pet food manufacturers. Only Mighty Dog 5.3 ounce pouch products are being withdrawn by Nestlé Purina, including those pouches contained in multi-packs. Importantly, no Mighty Dog canned products, or any other Purina products are affected by Menu's recall.

While Purina has no indication of any product quality or safety issues specifically related to our Mighty Dog pouch products, Purina is taking this proactive action out of an abundance of caution in response to the Menu Foods recall.

Consumers who have the indicated Mighty Dog 5.3 ounce pouch products should discontinue feeding them to their dogs and can receive the full replacement value of the withdrawn products by calling 1-800-551-7392.

The Mighty Dog pouch products and pouches in multi-pack cartons have code dates of 6312 through 7073, followed by the plant code 1798. This information should be checked on the bottom or back panel of the individual pouches. Specifically, if the code following the "Use By" date begins with four numbers from 6312 to 7073 followed by the plant code 1798, then the pouch is included in this voluntary withdrawal.

Purina regrets any inconvenience and apologizes for any concern caused by this product withdrawal. The Company will continue to take any and all actions necessary to ensure the quality and safety of our products.

** On April 5, 2007, Menu Foods amended its recall to include all cuts and gravy pet food products produced by Menu from November 8, 2006, through March 14, 2007. This amendment does not affect Nestlé Purina's voluntary recall of Mighty Dog brand pouch products, as directions previously given by Nestlé Purina were to remove all Mighty Dog pouch products from retail shelf, regardless of date code.

Linking Policy | Privacy Policy | Terms & Conditions

All trademarks and other intellectual property on this site
are owned by Société des Produits Nestlé S.A., Vevey, Switzerland

**EXHIBIT "G"**



**PURINA**
Your Pet. Our Passion.™

 CLICK TO PRINT

⊠ CLOSE

# An Update from Nestlé Purina PetCare Company About the Menu Foods Recall

March 23, 2007

We at Nestlé Purina PetCare Company know the reports of pet food recalls and withdrawals over the past week have been very concerning and at times confusing for pet owners, who want to ensure the safety of the food they are feeding their beloved pets.

We want to take this opportunity to reassure you that *Mighty Dog* pouch products are the **ONLY** *Purina®* brand products affected by Menu Foods' recall. Nestlé Purina stands behind the high-quality of our pet foods, **and all Purina brand cat food products and all other Purina brand dog food products, including** *Mighty Dog* **canned products, can continue to be fed to your pets with complete confidence.**

On Friday, March 16, Nestlé Purina PetCare issued its press release announcing the voluntary withdrawal of our *Mighty Dog®* brand pouch-packaged products that were produced by Menu Foods from Dec. 3, 2006**, through March 14, 2007. While we had no indication of any product quality or safety issues specifically related to our *Mighty Dog* pouch products at that time, we are proactively withdrawing these products as a precautionary measure, because the well-being of pets and the safety and efficacy of our products are our top priorities.

We also want to apologize for any difficulty you may have had in reaching us by phone this week. While we have dedicated numerous additional phone lines, people and other resources exclusively for this purpose, we understand that the volume of calls still has occasionally exceeded our system capacity.

We have prepared some Frequently Asked Questions that may be helpful to your understanding of this situation, and we will update these questions as more information becomes available. If you have other questions or concerns, please continue to call our Office of Consumer Affairs directly at 1-800-551-7392.

Linking Policy | Privacy Policy | Terms & Conditions

All trademarks and other intellectual property on this site
are owned by Société des Produits Nestlé S.A., Vevey, Switzerland

# EXHIBIT "H"



**PURINA.**
Your Pet, Our Passion.™

 CLICK TO PRINT                         CLOSE

# Alpo® Brand Prime Cuts In Gravy Canned Dog Food Voluntary Nationwide Recall

## No Dry Purina Products Involved

St. Louis, Missouri, March 30, 2007

Nestlé Purina PetCare Company today announced it is voluntarily recalling all sizes and varieties of its ALPO® Prime Cuts in Gravy wet dog food with specific date codes. The Company is taking this voluntary action after learning today that wheat gluten containing melamine, a substance not approved for use in food, was provided to Purina by the same company that also supplied Menu Foods. The contamination occurred in a limited production quantity at only one of Purina's 17 pet food manufacturing facilities.

Earlier today the FDA announced the finding of melamine in products related to the March 16 Menu Foods recall, and advised Purina of the source of the contaminated supply. Purina then determined that it had received some quantity from the suspect supplier. The company proactively notified the FDA and immediately began this recall process

Purina is confident that the contaminated wheat gluten has been isolated to this limited production quantity of ALPO Prime Cuts canned products.

The recalled 13.2-ounce and 22-ounce ALPO Prime Cuts cans and 6-, 8-, 12- and 24-can ALPO Prime Cuts Variety Packs have four-digit code dates of 7037 through 7053, followed by the plant code 1159. Those codes follow a "Best Before Feb. 2009" date.** This information should be checked on the bottom of the can or the top or side of the multi-pack cartons.

Purina's 5.3-ounce *Mighty Dog®* pouch products, manufactured by Menu Foods, were previously withdrawn from the market as a precaution on March 16 as part of the Menu Foods recall. ONLY *Mighty Dog* pouch products and specific date codes of ALPO Prime Cuts canned dog food are being recalled.

Importantly, no Purina brand dry pet foods are affected by the recall - including ALPO Prime Cuts dry. In addition, no other Purina dog food products, no Purina cat food products, Purina treat products or Purina Veterinary Diet products are included in this recall, nor have been impacted by the contaminated wheat gluten supply.

Consumers should immediately stop feeding ALPO Prime Cuts products with the above-listed date codes to their dogs and consult with a veterinarian if they have any health concerns with their pet.

Purina guarantees all of its products, and consumers can receive the full replacement value of the recalled products. Consumers can visit us at www.purina.com or call 1-800-218-5898 to receive more information.

Purina is fully cooperating with the FDA and made the decision to voluntarily recall this product in consultation with the FDA.

At Purina, nothing is more important to us than the health and well-being of the pets whose nutrition has been entrusted to us by their owners, and we deeply regret this unfortunate situation. We will continue to take any and all actions necessary to ensure the quality and safety of our products

** Due to a product name change in early 2007, this voluntary recall also covers one item with the same date code labeled as ALPO® Prime Entrees in Gravy with Chicken, Rotini Pasta & Vegetables.

Recall questions? View our FAQ page

Press Release - March 28, 2007

Press Release - March 23, 2007
Press Release - March 16, 2007

Linking Policy | Privacy Policy | Terms & Conditions

All trademarks and other intellectual property on this site
are owned by Société des Produits Nestlé S.A., Vevey, Switzerland

EXHIBIT "I"

# Del Monte Pet Products Voluntarily Withdraws Specific Product Codes of Pet Treats and Wet Dog Food Products in the United States

## » Recalled Products in Canada Click Here

April 6, 2007—As a precautionary measure, Del Monte Pet Products is voluntarily recalling select product codes of its pet treat products sold under the *Jerky Treats®, Gravy Train® Beef Sticks* and *Pounce Meaty Morsels®* brands as well as select dog snack and wet dog food products sold under private label brands. A complete list of affected brands and products is below.

No other Del Monte Pet Products treats, biscuits or wet dog food products are impacted by this recall, and no Del Monte dry cat food, dry dog food, wet cat food or pouched pet foods are subject to this voluntary recall.

The Company took this voluntary recall action immediately after learning from the FDA that wheat gluten supplied to Del Monte Pet Products from a specific manufacturing facility in China contained melamine. Melamine is a substance not approved for use in food. The FDA made this finding as part of its ongoing investigation into the recent pet food recall. Del Monte Pet Products has proactively engaged and fully cooperated with the FDA since the start of its investigation.

Del Monte Pet Products has not used wheat gluten from this manufacturing facility in China in any other pet products except those described below. The adulterated ingredients were used in a limited production quantity over the last three months for those items identified by specific product codes below. This recall removes all Del Monte Pet Products with wheat gluten procured from this manufacturing facility from retail shelves. Del Monte did not use product from this supplier prior to the recall period in question and has since discontinued sourcing product from this manufacturing facility.

Consumers should discontinue feeding the products with the Product Codes detailed below to their pets.

Del Monte Pet Products are 100% guaranteed and all voluntarily recalled products will be refunded.

Del Monte Pet Products customers can contact our Consumer Hotline at (800) 949-3799 for further information about the recall and for instructions on obtaining a product refund. Consumers can also click on the **"Contact Us"** button and submit the Contact Us form, including UPC number, product name, Best By Date, and manufacturing code information (located under the Best By date). Consumers may also write to us at:

Del Monte
P.O. Box 80
Pittsburgh PA 15230-0080

## Following is a COMPLETE and UPDATED list of Del Monte Pet Products and Best Buy Dates that have been voluntarily recalled in the United States.

### BRANDED

| | | Production Code/Best By Date | | | | |
|---|---|---|---|---|---|---|
| **Jerky Treats Beef Flavor Dog Snacks\*** | Code: | TP7B06 | TP7B07 | TP7B08 | TP7B09 | TP7B10 |
| *\* Jerky Treats No Wheat Beef (production code TP7B06) is not* | Best By: | Aug 06 08 | Aug 07 08 | Aug 08 08 | Aug 09 08 | Aug 10 08 |
| *part of the recall* | Code: | TP7B15 | TP7B16 | TP7CO5 | TP7C06 | |
| | Best By: | Aug 15 08 | Aug 16 08 | Sep 02 08 | Sep 03 08 | |
| **Gravy Train Beef Sticks Dog Snacks** | Code: | TP7B19 | TP7B20 | | | |
| | Best By: | Aug 19 08 | Aug 20 08 | | | |
| **Pounce Meaty Morsels Moist Chicken Flavor Cat Treats** | Code: | TP7C12 | | | | |
| | Best By: | Sep 09 08 | | | | |

**PRIVATE LABEL**

**Production Code/Best By Date**

**Ol' Roy Beef Flavor Jerky Strips Dog Treats**

| Code: | TP7B06 | TP7B07 | TP7B08 | TP7C05 | TP7C06 |
|---|---|---|---|---|---|
| Best By: | Aug 06 08 | Aug 07 08 | Aug 08 08 | Sep 02 08 | Sep 03 08 |
| Code: | TP7C07 | TP7C08 | | | |
| Best By: | Sep 04 08 | Sep 05 08 | | | |

**Ol' Roy Beef Flavor Snack Sticks Dog Treats**

| Code: | TP7B19 | TP7B20 | TP7B21 | TP7C08 | TP7C09 |
|---|---|---|---|---|---|
| Best By: | Aug 19 08 | Aug 20 08 | Aug 21 08 | Sep 05 08 | Sep 06 08 |
| Code: | TP7C10 | | | | |
| Best By: | Sep 07 08 | | | | |

**Ol' Roy with Beef Hearty Cuts in Gravy Dog Food**

| Code: | BC6M21 |
|---|---|
| Best By: | Dec 21 09 |

**Ol' Roy with Beef Hearty Strips in Gravy Dog Food**

| Code: | BC7A19 |
|---|---|
| Best By: | Jan 19 10 |

**Ol' Roy Country Stew Hearty Cuts in Gravy Dog Food**

| Code: | BC6M15 |
|---|---|
| Best By: | Dec 15 09 |

**Dollar General Beef Flavored Jerky Strips Dog Treats**

| Code: | TP7CO5 | TP7C06 | TP7C07 | TP7C08 | |
|---|---|---|---|---|---|
| Best By: | Sep 02 08 | Sep 03 08 | Sep 04 08 | Sep 05 08 | |

**Dollar General Beef Flavored Beef Sticks Dog Treats**

| Code: | TP7B20 | TP7B21 | TP7C08 | TP7C09 | TP7C10 |
|---|---|---|---|---|---|
| Best By: | Aug 20 08 | Aug 21 08 | Sep 05 08 | Sep 06 08 | Sep 07 08 |

**Happy Tails Beef Flavor Jerky Strips**

| Code: | TP7B08 | TP7B09 |
|---|---|---|
| Best By: | Aug 08 08 | Aug 09 08 |

**Happy Tails Meaty Cuts with Beef in Gravy Dog Food**

| Code: | BC7A29 |
|---|---|
| Best By: | Jan 29 10 |

**Happy Tails Beef Flavor Beef Sticks**

| Code: | TP7C08 | TP7C09 |
|---|---|---|
| Best By: | Sep 05 08 | Sep 06 08 |

# Recalled Products in Canada

## DLM Foods Canada Corp. Voluntarily Withdraws *Jerky Treats* Dog Snacks Beef Flavour with the Best Before Date of 16.08.08

TORONTO, April 2, 2007 - As a precautionary measure, DLM Foods Canada Corp. is voluntarily withdrawing *Jerky Treats®* Dog Treats Beef Flavour with the best before date of 16.08.08. Consumers should discontinue feeding this product and return affected products to their store for a refund. No other DLM Foods Canada Corp. products are subject to this voluntary withdrawal.

The Company took this voluntary withdrawal action after learning from the U.S. Food & Drug Administration (FDA) that wheat gluten supplied to DLM Foods Canada Corp. from a specific manufacturing facility in China contained melamine. Melamine is a substance not approved for use in food in the United States. The FDA made this finding as part of its ongoing investigation into the recent pet food recall in the United States. DLM Foods Canada Corp. conferred with the Canadian Food Inspection Agency today to coordinate the details of this voluntary withdrawal as it applied to the Canadian market.

The adulteration occurred in a limited production quantity indicated by the one best before date of *Jerky Treats* Dog Treats Beef Flavour product line mentioned above. This withdrawal removes all DLM Foods Canada Corp. pet products

with wheat gluten procured from this manufacturing facility from retail shelves.

No other DLM Foods Canada Corp. products are subject to this voluntary withdrawal. The affected products comprise less than one-tenth of one percent of DLM Foods Canada Corp. annual pet food and pet treat production.

DLM Foods Canada Corp. has not used wheat gluten from this manufacturing facility in China in any other pet products except those described above.

DLM Foods Canada Corp. products are 100% guaranteed and all returned product will be refunded. For further information about DLM Foods Canada Corp. consumers can contact our Consumer Affairs at 1-866-657-6929.

As part of the pet community, we value the health and well-being of pets, and we deeply regret this situation. We will continue to take any and all actions necessary to ensure the quality and safety of our products.

**EXHIBIT "J"**

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | Numerical Standing | |
| OVERALL CASELOAD STATISTICS | Filings* | | 12,909 | 14,630 | 16,938 | 14,720 | 15,440 | 15,342 | U.S. | Circuit |
| | Terminations | | 13,680 | 16,173 | 15,269 | 15,800 | 16,936 | 16,906 | | |
| | Pending | | 12,401 | 13,180 | 14,720 | 13,129 | 14,525 | 16,142 | | |
| | % Change in Total Filings | Over Last Year | | -11.8 | | | | | 83 | 13 |
| | | Over Earlier Years | | | -23.8 | -12.3 | -16.4 | -15.9 | 81 | 13 |
| | Number of Judgeships | | 28 | 28 | 28 | 28 | 27 | 27 | | |
| | Vacant Judgeship Months** | | 53.9 | 24.8 | 2.3 | 23.6 | 63.9 | 57.3 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 461 | 523 | 605 | 526 | 572 | 568 | 36 | 7 |
| | | Civil | 397 | 450 | 515 | 451 | 490 | 521 | 18 | 4 |
| | | Criminal Felony | 36 | 45 | 60 | 49 | 58 | 47 | 84 | 14 |
| | | Supervised Release Hearings** | 28 | 28 | 30 | 26 | 24 | - | 30 | 11 |
| | Pending Cases | | 443 | 471 | 526 | 469 | 538 | 598 | 26 | 7 |
| | Weighted Filings** | | 518 | 565 | 651 | 590 | 584 | 557 | 24 | 6 |
| | Terminations | | 489 | 578 | 545 | 564 | 627 | 626 | 32 | 7 |
| | Trials Completed | | 12 | 13 | 12 | 14 | 12 | 14 | 79 | 11 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 12.4 | 10.3 | 8.2 | 9.4 | 8.6 | 9.1 | 82 | 14 |
| | | Civil** | 7.2 | 7.4 | 7.3 | 7.5 | 7.9 | 7.1 | 10 | 2 |
| | From Filing to Trial** (Civil Only) | | 21.3 | 20.5 | 17.8 | 21.2 | 20.0 | 21.0 | 29 | 4 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 1,240 | 809 | 624 | 609 | 650 | 541 | | |
| | | Percentage | 11.6 | 7.2 | 5.0 | 5.4 | 5.2 | 3.8 | 79 | 14 |
| | Average Number of Felony Defendants Filed Per Case | | 1.6 | 1.5 | 1.4 | 1.4 | 1.4 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 64.08 | 47.33 | 49.01 | 49.49 | 54.63 | 61.75 | | |
| | | Percent Not Selected or Challenged | 55.7 | 48.3 | 49.4 | 51.6 | 55.5 | 58.8 | | |

| 2006 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 11104 | 994 | 211 | 2833 | 274 | 58 | 754 | 1330 | 497 | 1425 | 1188 | 80 | 1460 |
| Criminal* | 999 | 3 | 151 | 234 | 88 | 228 | 54 | 46 | 43 | 43 | 25 | 35 | 49 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers. while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# EXHIBIT "K"