2007 MAY -7 P 2:57

**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE PET FOODS PRODUCTS LIABILITY LITIGATION | No. MDL DOCKET NO. 1850<br>3:07-cv-00159-LRH-VPC |

NOTICE OF APPEARANCE

In compliance with Rule 5.2(c), the following attorney is designated to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiffs listed above.

BERDING & WEIL LLP
DANIEL L. ROTTINGHAUS
3240 Stone Valley Road West
Alamo, CA 94507
Telephone: (925) 838-2090
Facsimile: (925) 820-5592

DATED: May 4, 2007

BERDING & WEIL LLP

DANIEL L. ROTTINGHAUS
3240 Stone Valley Road West
Alamo, CA 94507
Telephone: (925) 838-2090
Facsimile: (925) 820-5592
Email: dlr@berding-weil.com
jbc@berding-weil.com
srw@berding-weil.com
pnh@berding-weil.com
Counsel for Plaintiffs, DIANE SWARBERG

O:\WDOCS\6005\91\PLD\00435379.DOC

Dockets.Justia.com

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1.    This declarant is and was, at all times herein-mentioned, employed in the County of Contra Costa, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 3240 Stone Valley Road West, Alamo, California 94507.

2.    That on May 4, 2007, declarant served the NOTICE OF APPEARANCE by depositing a true copy thereof in a United States mailbox at Alamo, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached service list.

3.    That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed May 4, 2007 at Alamo, California.

Michele Poloka

O:\WDOCS\6005\91\PL.DPOS\00435269.DOC

MENU FOODS

MDL Docket No. 1850

Service List

Counsel for Defendants

| Lead Attorney Representing Actions in New Jersey | Menu Foods Midwest Corporation |
|---|---|
| Gerald H. Hanson<br>HILL WALLACK<br>202 Carnegie Center<br>Princeton, NJ 08543-5226<br>Telephone: 609-924-0808<br>Email: ghb@hillwallack.com | Menu Foods, Inc.<br>Menu Foods Income Fund<br>Menu Foods Limited<br>Menu Foods South Dakota, Inc.<br>Menu Foods Holdings, Inc. |
| Lead Attorney Representing Actions in Arkansas | Menu Foods |
| Christy Comstock<br>21 West Mountain Street, Suite 300<br>Fayetteville, AR 72701<br>Telephone: 479-582-3382<br>Email: ccomstock@joneslawfirm.com | Menu Foods Holdings, Inc.<br>Menu Foods Midwest Corporation<br>Menu Foods South Dakota Inc.<br>Menu Foods, Inc.<br>Menu Foods Income Fund<br>Menu Foods Gen Par Limited<br>Menu Foods Limited Partnership<br>Menu Foods Operating Partnership |
| Lead Attorney Representing Actions in Arkansas | Wal-Mart Stores, Inc. |
| Marshall S. Ney<br>MITCHELL, WILLIAMS, SELIG, GATES &<br>WOODYARD, PLLC<br>5414 Pinnacle Point Drive, Suite 500<br>Rogers, AR 72758<br>Telephone: 479-273-9561<br>Facsimile: 479-273-0527<br>Email: mney@mwsgw.com | |

| | |
|---|---|
| Lead Attorney Representing Actions in Washington | Menu Foods |

Jeffrey T. Kestle
Gary A. Trabolsi
GARDNER BOND TRABOLSI ST LOUIS &
CLEMENT
2200 6th Avenue, Suite 600
Seattle, WA 98121
Telephone:  206-256-6309
Email:  jkestle@gardnerbond.com
        gtrabolsi@gardnerbond.com

| | |
|---|---|
| Lead Attorney Representing Actions in Colorado | Menu Foods Holdings, Inc.<br>Menu Foods, Inc.<br>Menu Foods Income Fund<br>Menu Foods Limited<br>Menu Foods Midwest Corporation |

Rachel Laine Carnaggio
GODFREY & LAPUYADE, P.C.
9557 S. Kingston Court
Englewood, CO 80112-5952
Telephone:  303-228-0700
Facsimile:  303-228-0701
Email:  carnaggio@godlap.com

| | |
|---|---|
| Lead Attorney Representing Actions in Connecticut | Menu Foods Inc. |

Matthew G. Conway
Jennifer Katz
CONWAY & STOUGHTON
818 Farmington Avenue
West Hartford, CT 06119
Telephone:  860-523-8000
Facsimile:  860-523-8002
Email: mconway@conwaystoughton.com
       jkatz@conwaystoughton.com

| | |
|---|---|
| Lead Attorney Representing Actions in Florida | Menu Foods Income Fund<br>Menu Foods, Inc. |

Robert Dewitt McIntosh
ADORNO & YOSS
888 SE 3rd Avenue, Suite 500
Fort Lauderdale, FL 33335-9002
Telephone:  954-523-5885
Facsimile:  954-760-9531
Email:  rdm@adorno.com

| | |
|---|---|
| Lead Attorney Represented Actions in Idaho | Menu Foods (Canada) |

Stephen R. Thomas
MOFFATT THOMAS BARRETT ROCK & FIELDS
P.O. Box 829
Boise, ID 83701
Telephone: 208-345-2000
Facsimile: 208-385-5384
Email: srt@moffatt.com

| | |
|---|---|
| Lead Attorneys Representing Actions in Illinois | Menu Foods Acquisition Inc. |
| | Menu Foods Holdings, Inc. |
| | Menu Foods Income Fund |
| | Menu Foods Limited |
| | Menu Foods Limited Partnership |
| | Menu Foods Midwest Corporation |
| | Menu Foods Operating Trust |
| | Menu Foods, Inc. |

Edward B. Ruff, III
Priya K. Jesani
Michael Patrick Turiello
PRETZEL & STOUFFER, Chtd.
One South Wacker Drive
Suite 2200
Chicago, IL 60606-4673
Telephone: 312-346-1973
Email: eruff@pretzel-stouffer.com
       pjesani@pretzel-stouffer.com

| | |
|---|---|
| Lead Attorney Representing Actions in Nevada | Menu Foods, Inc. |
| | Menu Foods Income Fund |

Charles W. Spann
PERRY & SPANN
6130 Plumas Street
Reno, NV 89509
Telephone: 775-829-2002
Facsimile: 705-829-1808
Email: cspann@perryspann.com

| | |
|---|---|
| Lead Attorney Representing Actions in Rhode Island | Menu Foods Income Fund |
| | Menu Foods Midwest Corporation |
| | Menu Foods South Dakota, Inc. |
| | Menu Foods, Inc. |

Thomas C. Angelone
HODOSH, SPINELLA & ANGELONE PC
One Turks Head Place, Suite 1050
Providence, RI 02903
Telephone: 401-274-0200
Facsimile: 401-274-7538
Email: angelonelaw@aol.com

| | |
|---|---|
| Lead Attorney Representing Actions in Maine | Menu Foods Inc. |
| | Menu Foods Income Fund |
| | Menu Foods Limited |
| | Menu Foods Midwest Corporation |

Paul C. Catsos
THOMPSON & BOWIE
3 Canal Plaza
P.O. Box 4630
Portland, ME 04112
Telephone: 774-2500
Email: pcatsos@thompsonbowie.com

| | |
|---|---|
| Lead Attorney Representing Actions in Tennessee | Menu Foods Inc.<br>Menu Foods Income Fund |
| Jeffrey R. Thompson<br>O'NEIL, PARKER & WILLIAMSON<br>P.O. Box 217<br>Knoxville, TN 37901-0217<br>Telephone: 865-546-7190<br>Facsimile: 865-546-0789<br>Email: jthompson@opw.com | |
| Lead Attorneys Representing Actions in California | Menu Foods Holding Inc.<br>Menu Foods, Inc. |
| Susan Moriarty Hack<br>HIGGS FLETCHER AND MACK<br>401 West A Street, Suite 2600<br>San Diego, CA 92101<br>Telephone: 619-236-1551<br>Facsimile: 619-696-1410<br>Email: hack@higgslaw.com | |
| | The Iams Company<br>The Proctor & Gamble Company |
| Don Howarth<br>Suzelle M. Smith<br>HOWARTH & SMITH<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>Telephone: 213-955-9400<br>Email: dhowarth@howarth-smith.com<br>            ssmith@howarth-smith.com | |
| Mordecai D. Boone<br>GORDON & REES LLP<br>275 Battery Street, 20th Floor<br>San Francisco, CA 94111<br>Telephone: 415-986-5900<br>Facsimile: 415-986-8054<br>Email: mboone@gordonrees.com | Menu Foods Income Fund<br>Menu Foods Midwest Corporation<br>Menu Foods South Dakota Inc.<br>Menu Foods, Inc. |
| Jean M. Lawler<br>Gina E. Och<br>MURCHISON AND CUMMING<br>Chase Plaza<br>801 S. Grand Avenue, 9th Floor<br>Los Angeles, CA 90017-4613<br>Telephone: 213-623-7400<br>Facsimile: 213-623-6336<br>Email: goch@murchison-cumming.com | Foods, Inc.<br>Menu Foods Income Fund<br>Menu Foods Limited<br>Menu Foods Midwest Corp.<br>Menu Foods Operating Limited<br>Partnership<br>Menu Foods, Inc.<br>Petco Animal Supplies Inc.<br>The Iams Company |

| | |
|---|---|
| Gary L. Justice<br>William E. Wegner<br>GIBSON DUNN AND CRUTCHER<br>333 S. Grand Ave.<br>Los Angeles, CA 90071-3197<br>Telephone: 213-229-7000<br>Email: wwegner@gibsondunn.com | Nutro Products |
| Robert Troyer<br>HOGAN & HARTSON LLP<br>One Tabor Center<br>1200 Seventeenth Street, Suite 1500<br>Denver, CO 80202<br>Telephone: 303-899-7300<br>Facsimile: 303-899-7333 | Nestle |
| Menu Foods Gen Par Limited<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Menu Foods Limited Partnership<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Menu Foods Operating Partnership<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Wal-Mart Stores, Inc.<br>c/o The Corporation Company<br>425 W. Capitol Avenue, Suite 1700<br>Little Rock, AR 72201 |
| Eukanuba<br>One Proctor & Gamble Plaza C-2<br>Cincinnati, OH 45202 | Xuzhou Anying Biologic Technology<br>Development Co. Ltd.<br>c/o Mr. Mao Lujun<br>Wangdian Industrial Pei County Jiangsu<br>Xuzhou, Jiangsu, P. R. China |
| Suzhou Textile Import and Export Company<br>201 Zhuhui Road<br>Suzhou, Jiangsu, China 215006 | Nestle USA, Inc.<br>Nestle Holdings, Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Nestle Purina Petcare Co.<br>c/o CT Corporation System<br>120 South Central Avenue<br>Clayton, MO 63105 | Nestle, S.A.<br>c/o Nestle USA, Inc.<br>800 North Brand Blvd.<br>Glendale, CA 91203 |
| Chemnutra, Inc.<br>c/o National Registered Agents, Inc.<br>160 Greentree Drive, Suite 101<br>Dover, DE 19904 | |

| | |
|---|---|
| David L. Lillehaug<br>FREDRIKSON & BYRON, P.A.<br>200 S. Sixth Street, Suite 4000<br>Minneapolis, MN 55402 | Counsel For The Menu Food Entities |
| Barbara L. Crouch<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>725 S. Figueroa Street, Suite 2800<br>Los Angeles, CA 90017-5406 | Counsel For Petco |
| Charles H. Abbott III<br>GIBSON DUNN & CRUTCHER LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071-3197 | Counsel For Nutro Products, Inc. |
| Gerard H. Hanson<br>HILL WALLACK<br>202 Carnegie Center<br>Princeton, NJ 08543-5226<br>Telephone: 609-924-0808<br>Email: ghh@hillwallack.com | Chemnutra, Inc. |

Counsel for Plaintiffs

| | |
|---|---|
| Jason M. Hatfield<br>LUNDY & DAVIS, LLP<br>300 North College Avenue, Suite 309<br>Fayetteville, AR 72701<br>Telephone: 479-527-3921<br>Facsimile: 479-587-9196<br>Email: jhatfield@luncydavis.com | Sims v. Menu Foods<br>5:07-cv-05053-JLH<br>W.D. Arkansas |

| | |
|---|---|
| Richard A. Adams<br>PATTON, ROBERTS, McWILLIAMS & CAPSHAW<br>2900 Saint Michael Drive, Suite 400<br>Texarkana, TX 75503<br>Telephone: 903-334-7107<br>Facsimile: 903-334-7007<br>Email: radams@pattonroberts.com | Widen v. Menu Foods<br>5:07-cv-05055-RTD<br>W.D. Arkansas |
| Jeremy Y. Hutchinson<br>Jack T. Patterson, II<br>PATTON, ROBERTS, McWILLIAMS & CAPSHAW<br>111 Center Street, Suite 1315<br>Little Rock, AR 72201<br>Telephone: 501-372-3480<br>Facsimile: 501-372-3488<br>Email: jhutchinson@pattonroberts.com | |
| Timothy Chad Hutchinson<br>WILLIAMS & HUTCHINSON, LLP<br>5417 Pinnacle Point Drive, Suite 500<br>Rogers, AR 72758<br>Telephone: 479-464-4944<br>Facsimile: 479-464-4946<br>Email: thutchinson@whs-lawfirm.com | |
| Sean F. Rommel<br>PATTON, ROBERTS, McWILLIAMS, GREER &<br>CAPSHAW, LLP<br>P.O. Box 6128<br>2900 Saint Michael Drive, Suite 400<br>Texarkana, TX 75503<br>Telephone: 903-334-7107<br>Facsimile: 903-334-7007<br>Email: srommel@pattonroberts.com | |
| James C. Wyly<br>PATTON, ROBERTS, McWILLIAMS &<br>CAPSHAW, LLP<br>P.O. Box 6128<br>Texarkana, TX 75505<br>Telephone: 903-334-7000<br>Facsimile: 903-334-7007<br>Email: jwyly@pattonroberts.com | |
| Jason M. Hatfield<br>LUNDY & DAVIS, LLP<br>300 North College Avenue, Suite 309<br>Fayetteville, AR 72701<br>Telephone: 479-527-3921<br>Facsimile: 479-587-9196<br>Email: jhatfield@luncydavis.com | Cooper v. Menu Foods<br>4:07-cv-04036-HFB<br>W.D. Arkansas |

| | |
|---|---|
| William Gene Horton<br>NOLAN, CADDELL & REYNOLDS, PA<br>P.O. Box 184<br>Fort Smith, AR 72902<br>Telephone: 479-782-5297<br>Facsimile: 479-782-5194<br>Email: bhorton@justicetoday.com | Gray v. Menu Foods<br>5:07-cv-05065-RTD<br>W.D. Arkansas |
| Eric Benink<br>KRAUSE KALFAYAN BENINK AND SLAVENS<br>625 Broadway, Suite 635<br>San Diego, CA 92101<br>Telephone: 619-232-0331<br>Facsimile: 619-232-4019 | Payne v. Menu Foods<br>3:07-cv-00705-JAH-CAB |
| Mark J. Tamblyn<br>WEXLER TORISEVA WALLACE<br>1610 Arden Way, Suite 290<br>Sacramento, CA 95815<br>Telephone: 916-568-1100<br>Email: mjt@wtwlaw.us<br><br>Stuart Talley<br>KERSHAW CUTTER RATINOFF & YORK<br>980 9th Street, 19th Floor<br>Sacramento, CA 95814<br>Telephone: 916-448-9800<br>Facsimile: 916-669-4499 | Sexton v. Menu Foods<br>07-cv-01958-GHK-AJW<br>C.D. California |
| Jeff S. Westerman<br>Sabrina S. Kim<br>MILBERG WEISS & BERSHAD LLP<br>One California Plaza<br>300 S. Grand Avenue, Suite 3900<br>Los Angeles, CA 90071<br>Telephone: 213-617-1200<br>Facsimile: 213-617-1200<br>Email: jwesterman@milbergweiss.com<br>skim@milbergweiss.com | Howe v. Menu Foods<br>2:07-cv-02060-SJO-PLA<br>C.D. California |
| Jeff S. Westerman<br>Sabrina S. Kim<br>Cheryl A. Williams<br>Michiyo Michelle Furukawa<br>MILBERG WEISS & BERSHAD LLP<br>One California Plaza<br>300 S. Grand Avenue, Suite 3900<br>Los Angeles, CA 90071<br>Telephone: 213-617-1200<br>Facsimile: 213-617-1200<br>Email: jwesterman@milbergweiss.com<br>skim@milbergweiss.com | Townsend v. Menu Foods<br>5:07-cv-00398-GHK-AJW<br>C.D. California |

| | |
|---|---|
| Jeff S. Westerman<br>Sabrina S. Kim<br>Cheryl A. Williams<br>Michiyo Michelle Furukawa<br>MILBERG WEISS & BERSHAD LLP<br>One California Plaza<br>300 S. Grand Avenue, Suite 3900<br>Los Angeles, CA 90071<br>Telephone: 213-617-1200<br>Facsimile: 213-617-1200<br>Email: jwesterman@milbergweiss.com<br>         skim@milbergweiss.com | Chamberlain v. Nestle SA<br>2:07-cv-02476-FMC-SS<br>C.D. California |
| James L. Davidson<br>Paul L. Geller<br>Stuart Andrew Davidson<br>LERACH COUGHLIN STOIA GELLER RUDMAN<br>& ROBBINS<br>120 E. Palmetto Park Rd., Suite 500<br>Boca Raton, FL 33432<br>Telephone: 561-750-3000<br>Facsimile: 561-750-3364<br>Email: jdavidson@lerachlaw.com<br>         sdavidson@lerachlaw.com<br>         pgeller@lerachlaw.com<br>         shawnw@lerachlaw.com<br><br>Shawn A. Williams<br>LERACH COUGHLIN STOIA GELLER RUDMAN<br>& ROBBINS<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111 | Ingles v. Menu Foods<br>3:07-cv-01809-MMC<br>N.D. California |
| Robert M. Churella<br>Robert K. Friedl<br>Michael L. Kelly<br>KIRTLAND & PACKARD<br>2361 Rosecrans Avenue, 4th Floor<br>El Segundo, CA 90245<br>Telephone: 310-536-1000<br>Email: rmc@kirtland-packard.com<br>         rkf@kirtlandpackard.com<br>         michaelkelly@earthlink.net | Paul Randolph Johnson v. Menu Foods<br>2:07-cv-01987-GHK-AJW<br>C.D. California |

| | |
|---|---|
| Andrew H. Friedman<br>Gregory D. Helmer<br>HELMER AND SMITH<br>723 Ocean Front Walk<br>Venice, CA 90292<br>Telephone: 310-396-7714<br><br>Paul L. Hoffman<br>Michael S. Morrison<br>Michael D. Seplow<br>SCHONBRUN DeSIMONE SEPLOW HARRIS AND<br>HOFFMAN<br>723 Ocean Front Walk, Suite 100<br>Venice, CA 90291-3270<br>Telephone: 310-396-0731<br>Facsimile: 310-399-3366<br>Email: hoffpaul@aol.com | Grady v. Menu Foods<br>2:07-cv-02253-DDP-PLA<br>C.D. California |
| Thomas M. Ferlauto<br>William T. King<br>KING & FERLAUTO<br>1880 Century Park East, Suite 820<br>Los Angeles, CA 90067-1627<br>Telephone: 310-552-3366<br>Email: ferlauto@pacbell.net | Finestone v. Menu Foods<br>2:07-cv-02338-CAS-CW<br>C.D. California |
| Bruce E. Newman<br>Kevin Edward Creed<br>NEWMAN, CREED & ASSOCIATES<br>P.O. Box 575<br>Bristol, CT 06011-0575<br>Telephone: 860-583-5200<br>Facsimile: 860-582-0012<br>Email: bnewman@newmancreedlaw.com<br>    kcreed@newmancreedlaw.com | Osborne v. Menu Foods<br>07-cv-00469-RNC<br>D. Connecticut |
| Debra Lynn Waldhauer - *pro per*<br>Satoru Waldhauer<br>159 N. Audrey Circle NW<br>Fort Walton Beach, FL 32548<br>Telephone: 850-243-8974 | Waldhauer v. Menu Foods<br>3:07-cv-00131-MCR-EMT<br>N.D. Florida |

James Lee Davidson
Paul Jeffrey Geller
Stuart Andrew Davidson
LERACH COUGHLIN STOIA GELLER RUDMAN
& ROBBINS
120 E. Palmetto Park Rd., Suite 500
Boca Raton, FL 33432
Telephone:  561-750-3000
Facsimile:  561-750-3364
Email:  jdavidson@lerachlaw.com
        sdavidson@lerachlaw.com
        pgeller@lerachlaw.com

Lawrence M. Kopelman
KOPELMAN & BLANKMAN
350 E. Las Olas Blvd., Suite 980
Fort Lauderdale, FL 33301
Telephone:  954-462-6855
Facsimile:  954-462-6899

| | |
|---|---|

Troiano v. Menu Foods
0:07-cv-60428-JIC
S.D. Florida

---

Scott Wm. Weinstein
MORGAN & MORGAN, PA
12800 University Drive, Suite 600
P.O. Box 9504
Ft. Myers, FL 33906
Telephone:  239-433-6880
Facsimile:  239-433-6836
Email:  sweinstein@forthepeople.com

Gary E. Mason
THE MASON LAW FIRM, P.C.
1225 19th Street NW, Suite 500
Wasghington, DC 20036
Telephone:  202-429-2290
Facsimile: 202-429-2294
Email:  gmason@masonlawdc.com

Ferrarese v. Menu Foods
2:07-cv-00235-JES-DNF
M.D. Florida

---

Scott Rhead Shepherd
SHEPHERD FINKELMAN MILLER & SHAH
4400 N. Federal Highway
Lighthouse Point, FL 33064-1717
Telephone:  954-943-9191
Facsimile:  954-943-9173
Email:  sshepherd@classactioncounsel.com

Donnelly v. Menu Foods
1:07-cv-20955-JAL
S.D. Florida

| | |
|---|---|
| Bruce S. Bistline<br>Philip Howard Gordon<br>GORDON LAW OFFICES<br>623 W. Hays<br>Boise, ID 83702-5512<br>Telephone: 208-345-7100<br>Facsimile: 208-345-0050<br>Email: bbistline@gordonlawoffices.com<br>       pgordon@gordonlawoffices.com<br><br>Mick Hodges<br>PETERSON HODGES & HARPER<br>P.O. Box 3088<br>Twin Falls, ID 83303-5298<br>Telephone: 208-733-5500<br>Email: mick76hodges@aol.com | Klimes v. Menu Foods<br>1:07-cv-00160-MHW<br>D. Idaho |
| John Blim<br>Jay Edelson<br>BLIM & EDELSON, LLC<br>53 West Jackson Blvd., Suite 1642<br>Chicago, IL 60604<br>Telephone: 312-913-9400<br>Facsimile: 312-913-9401<br>Email: john@blimlaw.com<br>       jay@blimlaw.com<br><br>Gino L. DiVito<br>TABET DiVITO & ROTHSTEIN LLC<br>209 S. La Salle Street, 7th Floor<br>Chicago, IL 60604<br>Telephone: 312-762-9460<br>Email: gdivito@tdrlawfirm.com | Majerczyk v. Menu Foods<br>1:07-cv-01543<br>N.D. Illinois |
| Brian R. Cunha<br>BRIAN CUNHA & ASSOCIATES<br>311 Pine Street<br>Fall River, MA 02720<br>Telephone: 508-675-9500<br>Facsimile: 508-679-6565<br>Email: Brian@briancunha.com | Rodrigues v. Menu Foods<br>1:07-cv-10745-EFH<br>D. Massachusetts |

| | |
|---|---|
| Leonard M. Gulino<br>Daniel J. Mitchell<br>Theodore A. Small<br>Michael R. Bossee<br>BERNSTEIN, SHUR<br>100 Middle Street<br>P.O. Box 9729<br>Portland, ME 04104-5029<br>Email:  lgulino@bssn.com<br>        mbossee@bernsteinshur.com<br>        dmitchell@bernsteinshur.com<br>        tsmall@bernsteinshur.com | Brazilian v. Menu Foods Income Fund<br>2:07-cv-00054-GZS<br>D. Maine |
| Brian O. O'Mara<br>O'MARA LAW FIRM, P.C.<br>311 E. Liberty Street<br>Reno, NV 89501<br>Telephone:  775-323-1321<br>Facsimile:  775-323-4082<br>Email:  brian@omaralaw.net | Streczyn v. Menu Foods<br>3:07-cv-00159-LRH-VPC<br>D. Nevada |
| Bruce Daniel Greenberg<br>Allyn Zissel Lite<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone:  973-623-3000<br>Email:  bgreenberg@ldgrlaw.com<br>        alite@ldgrlaw.com | Richard & Kohler v. Menu Foods<br>1:07-cv-01457-NLH-AMD<br>D. New Jersey |
| Donna Siegel Moffa<br>TRUJILLO RODRIGUEZ & RICHARDS<br>8 Kings Highway West<br>Haddonfield, NJ 08033<br>Telephone:  856-795-9002<br>Email: donna@trrlaw.com<br><br>Sherrie R. Savett<br>Michael T. Fantini<br>Russell D. Paul<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103 | Workman v. Menu Foods<br>1:07-cv-01338-NLH-AMD<br>D. New Jersey |
| Gregg D. Trautmann<br>TRAUTMANN & ASSOCIATES, LLC<br>262 East Main Street<br>Rockaway, NJ 07866<br>Telephone:  973-316-8100<br>Email:  gdt@trautmann.com | Thomson v. Menu Foods<br>1:07-cv-01360-PGS-RJH<br>D. New Jersey |

| | |
|---|---|
| Alan E. Sash<br>McLAUGHLIN & STERN, LLP<br>260 Madison Avenue<br>New York, NY 10016<br>Telephone: 212-448-1100<br>Facsimile: 212-448-0066<br>Email: asash@mclaughlinstern.com<br><br>Arthur N. Abbey<br>Stephen T. Rodd<br>Orin Kurtz<br>ABBEY SPANIER RODD ABRAMS & PARADIS<br>212 East 39th Street<br>New York, NY 10016 | Tinker v. Menu Foods<br>1:07-cv-01468-NLH-AMD<br>D. New Jersey |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone: 973-623-3000<br>Email: jdepalma@ldgrlaw.com<br><br>Mark J. Tamblyn<br>WEXLER TORISEVA WALLACE<br>1610 Arden Way, Suite 290<br>Sacramento, CA 95815<br><br>Kenneth A. Wexler<br>WEXLER TORISEVA WALLACE<br>One North La Salle Street, Suite 2000<br>Chicago, IL 60602<br><br>KERSHAW CUTTER & RATINOFF, LLP<br>980 9th Street, 19th Floor<br>Sacramento, CA 95814 | Wilson v. Menu Foods<br>1:07-cv-01456-NLH-AMD<br>D. New Jersey |
| Michael A. Ferrera, Jr.<br>THE FERRARA LAW FIRM, LLC<br>601 Longwood Avenue<br>Cherry Hill, NJ 08002<br>Telephone: 856-779-9500<br>Email: mferrera@ferreralawfirm.com<br><br>William A. Audet<br>Michael McShane<br>Kevin L. Thomason<br>AUDET & PARTNERS, LLP<br>221 Main Street, Suite 1460<br>San Francisco, CA 94105 | Bonier v. Menu Foods<br>1:07-cv-01477-NLH-AMD<br>D. New Jersey |

Joseph J. DePalma
LITE, DEPALMA, GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102
Telephone: 973-623-3000
Email: jdepalma@ldgrlaw.com

James Lee Davidson
Paul Jeffrey Geller
LERACH COUGHLIN STOIA GELLER RUDMAN
& ROBBINS
120 E. Palmetto Park Rd., Suite 500
Boca Raton, FL 33432

Hidalgo v. Menu Foods
1:07-cv-01488-NLH-AMD
D. New Jersey

---

Joseph J. DePalma
LITE, DEPALMA, GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102
Telephone: 973-623-3000
Email: jdepalma@ldgrlaw.com

Jeff S. Westerman
Sabrina S. Kim
Cheryl A. Williams
Michiyo Michelle Furukawa
MILBERG WEISS & BERSHAD LLP
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071

Nunez v. Menu Foods
1:07-cv-1490-NLH
D. New Jersey

---

Joseph J. DePalma
LITE, DEPALMA, GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102
Telephone: 973-623-3000
Email: jdepalma@ldgrlaw.com

James Lee Davidson
Paul Jeffrey Geller
Stuart Andrew Geller
LERACH COUGHLIN STOIA GELLER RUDMAN
& ROBBINS
120 E. Palmetto Park Rd., Suite 500
Boca Raton, FL 33432

Gagliardi v. Menu Foods
1:07-cv-01522-NLH-AMD
D. New Jersey

| | |
|---|---|
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone:  973-623-3000<br>Email:  jdepalma@ldgrlaw.com<br><br>Jeff S. Westerman<br>Sabrina S. Kim<br>Cheryl A. Williams<br>Michiyo Michelle Furukawa<br>MILBERG WEISS & BERSHAD LLP<br>One California Plaza<br>300 S. Grand Avenue, Suite 3900<br>Los Angeles, CA 90071 | Golding v. Menu Foods<br>1:07-cv-01521-NLH-AMD<br>D. New Jersey |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone:  973-623-3000<br>Email:  jdepalma@ldgrlaw.com<br><br>James Lee Davidson<br>Paul Jeffrey Geller<br>Stuart Andrew Geller<br>LERACH COUGHLIN STOIA GELLER RUDMAN<br>& ROBBINS<br>120 E. Palmetto Park Rd., Suite 500<br>Boca Raton, FL 33432 | Turturro v. Menu Foods<br>1:07-cv-01523-NLH-AMD<br>D. New Jersey |
| Donna Siegel Moffa<br>TRUJILLO RODRIGUEZ & RICHARDS<br>8 Kings Highway West<br>Haddonfield, NJ 08033<br>Telephone:  856-795-9002<br>Email: donna@trrlaw.com<br><br>Sherrie R. Savett<br>Michael T. Fantini<br>Russell D. Paul<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br><br>Robert A. Rovner<br>Jeffrey Zimmerman<br>ROVNER, ALLEN, ZIMMERMAN & NASH<br>175 Bustleton Pike<br>Feasterville, PA 19053-6456 | Schneider v. Menu Foods<br>1:07-cv-01533-NLH-AMD<br>D. New Jersey |

| | |
|---|---|
| Michael A. Ferrera, Jr.<br>THE FERRARA LAW FIRM, LLC<br>601 Longwood Avenue<br>Cherry Hill, NJ 08002<br>Telephone: 856-779-9500<br>Email: mferrera@ferreralawfirm.com | Berndl v. Menu Foods<br>1:07-cv-01553-NLH-AMD<br>D. New Jersey |
| Gary S. Graifman<br>KANTROWITZ, GOLDHAMMER & GRAIFMAN,<br>ESQS.<br>210 Summit Avenue<br>Montvale, NY 07645<br>Telephone: 201-391-7000<br>Email: ggraifman@kgglaw.com<br><br>Robert Kaplan<br>Linda Nussbaum<br>Christine M. Fox<br>KAPLAN FOX & KILSHEIMER LLP<br>805 Third Avenue, 22nd Floor<br>New York, NY 10022 | Pittsonberger v. Menu Foods<br>07-cv-01561-NLH-AMD |
| William J. Pinilis<br>KAPLAN FOX & KILSHEIMER LLP<br>237 South Street<br>Morristown, NJ 07962<br>Telephone: 973-401-1111<br>Email: wpinilis@kaplanfox.com | Carter v. Menu Foods<br>1:07-cv-01562-NLH-AMD<br>D. New Jersey |

William J. Pinilis
KAPLAN FOX & KILSHEIMER LLP
237 South Street
Morristown, NJ 07962
Telephone: 973-401-1111
Email: wpinilis@kaplanfox.com

Laurence D. King
KAPLAN FOX & KILSHEIMER LLP
555 Montgomery Street, Suite 1501
San Francisco, CA 94111

Todd M. Schneider
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104

Gary E. Mason
Donna F. Sollen
THE MASON LAW FIRM, LLP
1225 19th Street, NW Suite 500
Washington, DC 20036

Gary S. Graifman
KANTROWITZ, GOLDHAMMER & GRAIFMAN,
ESQS.
210 Summit Avenue
Montvale, NY 07645

Jeffrey A. Wigodsky
KARP, FROSH, LAPIDUS, WIGODSKY &
NORWIND
1133 Connecticut Ave. NW, Suite 250
Washington, DC 20036

Joseph M. Vanek
VANEK, VICKERS & MASINI
111 S. Wacker Drive, Suite 4050
Chicago, IL 60606

Bullock v. Menu Foods
1:07-cv-01579-NLH-AMD
D. New Jersey

James C. Shah
SHEPHERD, FINKELMAN, MILLER & SHAH,
LLC
475 White Horse Pike
Collingswood, NJ 08107-1909
Telephone: 856-858-1770
Facsimile: 856-858-7012
Email: jshah@classactioncounsel.com

Christina Johnson v. Menu Foods
1:07-cv-01610-NLH-AMD
D. New Jersey

| | |
|---|---|
| Scott A. George<br>SEEGER WEISS, LLP<br>550 Broad Street, Suite 920<br>Newark, NJ 07102<br>Telephone: 973-639-9100<br>Email: sgeorge@seegerweiss.com | Conner v. Menu Foods<br>1:07-cv-01623-NLH-AMD<br>D. New Jersey |
| Donna Siegel Moffa<br>TRUJILLO RODRIGUEZ & RICHARDS<br>8 Kings Highway West<br>Haddonfield, NJ 08033<br>Telephone: 856-795-9002<br>Email: donna@trrlaw.com | Long v. Menu Foods<br>1:07-01624-NLH-AMD<br>D. New Jersey |
| Donna Siegel Moffa<br>TRUJILLO RODRIGUEZ & RICHARDS<br>8 Kings Highway West<br>Haddonfield, NJ 08033<br>Telephone: 856-795-9002<br>Email: donna@trrlaw.com | Conti v. Menu Foods<br>1:07-cv-01638-NLH-AMD<br>D. New Jersey |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone: 973-623-3000<br>Email: jdepalma@ldgrlaw.com | Freeman v. Menu Foods<br>1:07-cv-01646-NLH-AMD<br>D. New Jersey |
| William J. Pinilis<br>KAPLAN FOX & KILSHEIMER LLP<br>237 South Street<br>Morristown, NJ 07962<br>Telephone: 973-401-1111<br>Email: wpinilis@kaplanfox.com | Pirches v. Menu Foods<br>1:07-cv-01685-NLH-AMD<br>D. New Jersey |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone: 973-623-3000<br>Email: jdepalma@ldgrlaw.com | Diedrich v. Menu Foods<br>1:07-cv-01700-NLH-AMD<br>D. New Jersey |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone: 973-623-3000<br>Email: jdepalma@ldgrlaw.com | Sokolwski v. Menu Foods<br>1:07-cv-01709-NLH-AMD<br>D. New Jersey |

| | |
|---|---|
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone: 973-623-3000<br>Email: jdepalma@ldgrlaw.com | McCullouch v. Menu Foods<br>1:07-cv-01710-NLH-AMD<br>D. New Jersey |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone: 973-623-3000<br>Email: jdepalma@ldgrlaw.com | Colquitt v. Menu Foods<br>1:07-cv-01738-NLH-AMD<br>D. New Jersey |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone: 973-623-3000<br>Email: jdepalma@ldgrlaw.com | Debarthy v. Menu Foods<br>1:07-cv-01739-NLH-AMD<br>D. New Jersey |
| Seth R. Lesser<br>LAW OFFICES OF GENE LOCKS, PLLC<br>457 Haddonfield Road, Suite 500<br>Cherry Hill, NJ 08002<br>Telephone: 856-663-8200<br>Email: slesser@lockslawny.com | Byers v. Menu Foods<br>1:07-cv-01747-NLH-AMD<br>D. New Jersey |
| Donna Siegel Moffa<br>TRUJILLO RODRIGUEZ & RICHARDS<br>8 Kings Highway West<br>Haddonfield, NJ 08033<br>Telephone: 856-795-9002<br>Email: donna@trrlaw.com | Carestio v. Menu Foods<br>1:07-cv-07162-NLH-AMD |

John T. Murray
Dennis E. Murray, Sr.
Leslie O. Murray
MURRAY & MURRAY CO., LPA
111 East Shoreline Drive
P.O. Box 19
Sandusky, OH 44870
Telephone:  419-624-3000
Facsimile:  419-624-0707
Email:  jotm@murrayandmurray.com
          dms@murrayandmurray.com
          lom@murrayandmurray.com

Jeremy Gilman
Nicole Dorsky
BENESCH, FRIEDLANDER, COPLAN, ARONOFF
2300 BP Tower
200 Public Square, Suite 2300
Cleveland, OH 44114
Telephone:  216-363-4593
Facsimile:  216-363-4588
Email:  jgilman@bfca.com
          ndorsky@bfca.com

Boehm v. Menu Foods
1:07-cv-01018-PCE
D. Ohio

---

Peter N. Wasylyk
PETER N. WASYLYK - ATTORNEY AT LAW
1307 Chalkstone Avenue
Providence, RI 02908
Telephone:  831-7730
Facsimile:  861-6064
Email:  pnwlaw@aol.com

Brown v. Menu Foods
1:07-cv-00115-ML-LDA
D. Rhode Island

---

Garrett D. Blanchfield, Jr.
Mark Reinhardt
REINHARDT WENDORF & BLANCHFIELD
332 Minnesota Street, Suite E-1250
St. Paul, MN 55101
Telephone:  651-287-2100
Email:  g.blanchfield@rwblawfirm.com
          mreinhardt@comcast.net

Rozman v. Menu Foods Midwest Corp.
0:07-cv-01808-ADM-AJB
Minnesota

---

Andrew S. Kierstead
LAW OFFICE OF ANDREW S. KIERSTEAD
1001 SW Fifth Avenue, Suite 1100
Portland, OR 97204

Marc Stanley
STANLEY MANDEL & IOLA, LLP
3100 Monticello Avenue, Suite 750
Dallas, TX 75205

| | |
|---|---|
| A. James Andrews<br>A. JAMES ANDREWS, ATTORNEY AT LAW<br>905 Locust Street<br>Knoxville, TN 37902<br>Telephone: 865-660-3993<br>Facsimile: 865-523-4623<br>Email: andrewsesq@jcx.net<br><br>Nicole Bass<br>905 Locust Street<br>Knoxville, TN 37902<br><br>Perry A. Craft<br>CRAFT & SHEPPARD<br>214 Centerview Drive, Suite 233<br>Brentwood, TN 37027<br>Telephone: 615-309-1707<br>Facsimile: 615-309-1717<br>Email: perrycraft@craftsheppardlaw.com | Holt v. Menu Foods<br>3:07-cv-00094<br>E.D. Tennessee |
| Dan C. Stanley<br>Robert R. Kurtz<br>STANLEY & KURTZ, PLLC<br>422 S. Gay Street, 3rd Floor<br>Knoxville, TN 37902<br>Telephone: 865-522-9942<br>Facsimile: 865-522-9945<br>Email: rkurtz@lock-net.com<br>        dan@danchanningstanley.com | Light v. Menu Foods<br>3:07-cv-00098<br>E.D. Tennessee |
| Michael David Myers<br>MYERS & COMPANY<br>1809 7th Avenue, Suite 700<br>Seattle, WA 98101<br>Telephone: 206-398-1188<br>Facsimile: 206-398-1189<br>Email: mmyers@myers-company.com<br><br>Adam Karp<br>ANIMAL LAW OFFICES<br>114 W. Magnolia Street, Suite 425<br>Bellingham, WA 98225-4354<br>Telephone: 360-738-7273<br>Facsimile: 360-392-3936<br>Email: adam@animal-lawyer.com | Whaley v. Menu Foods<br>2:07-cv-00411-RSM<br>W.D. Washington |

| | |
|---|---|
| Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO<br>1301 5th Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: 206-623-7292<br>Email: steve@hbsslaw.com<br><br>Michael David Myers<br>MYERS & COMPANY<br>1809 7th Avenue, Suite 700<br>Seattle, WA 98101<br>Telephone: 206-398-1188<br>Facsimile: 206-398-1189<br>Email: mmyers@myers-company.com | Heller v. Menu Foods<br>2:07-cv-00453-JCC<br>W.D. Washington |
| Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO<br>1301 5th Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: 206-623-7292<br>Email: steve@hbsslaw.com<br><br>Michael David Myers<br>MYERS & COMPANY<br>1809 7th Avenue, Suite 700<br>Seattle, WA 98101<br>Telephone: 206-398-1188<br>Facsimile: 206-398-1189<br>Email: mmyers@myers-company.com | Kornelius v. Menu Foods<br>2:07-cv-00454-MJP<br>W.D. Washington |
| Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO<br>1301 5th Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: 206-623-7292<br>Email: steve@hbsslaw.com | Johnson v. Menu Foods<br>2:07-cv-00455-JCC<br>W.D. Washington |
| Adam Karp<br>ANIMAL LAW OFFICES<br>114 W. Magnolia Street, Suite 425<br>Bellingham, WA 98225-4354<br>Telephone: 360-738-7273<br>Facsimile: 360-392-3936<br>Email: adam@animal-lawyer.com | Suggett v. Menu Foods<br>2:07-cv-00457-RSM<br>W.D. Washington |
| Jennifer Reba Thomaidis<br>THOMAIDIS LAW, LLC<br>1866 Vine Street<br>Denver, CO 80206<br>Telephone: 303-322-4355<br>Facsimile: 303-322-4354<br>Email: Jennifer@thomaidislaw.com | Tompkins v. Menu Foods<br>1:07-cv-00736-JLK<br>D. Colorado |

| **COURTS** | |
|---|---|
| Clerk of the Court<br>U.S. District Court, Western District of Arkansas<br>35 E. Mountain Street, Suite 510<br>Fayetteville, AR 72701-5354 | Clerk of the Court<br>U.S. District Court, Central District of California<br>312 N. Spring Street, Rm. G-8<br>Los Angeles, CA 90012 |
| Clerk of the Court<br>U.S. District Court, Northern District of California<br>Phillip Burton United States Courthouse<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102-3434 | Clerk of the Court<br>U.S. District Court, Southern District of California<br>4290 Edward J. Scwartz<br>United States Courthouse<br>940 Front Street<br>San Diego, CA 92101 |
| Clerk of the Court<br>U.S. District Court, District of Colorado<br>Alfred A. Arraj United States Courthouse<br>901 19th Street, 2nd Floor<br>Denver, CO 80294 | Clerk of the Court<br>U.S. District Court, District of Connecticut<br>450 Main<br>Hartford, CT 06103 |
| Clerk of the Court<br>U.S. District Court, Middle District of Florida<br>George C. Young United States Courthouse<br>80 North Hughey Avenue, Suite 300<br>Orlando, FL 32801 | Clerk of the Court<br>U.S. District Court, Northern District of Florida<br>United States Courthouse Annex<br>111 North Adams Street, 3rd Floor<br>Tallahassee, FL 32301 |
| Clerk of the Court<br>U.S. District Court, Southern District of Florida<br>299 E. Broward Blvd., Suite 108<br>Fort Lauderdale, FL 33301 | Clerk of the Court<br>U.S. District Court, District Court of Idaho<br>400 James A. McClure Federal Bldg and<br>United States Courthouse<br>550 West Fort Street<br>Boise, ID 83724-0101 |
| Clerk of the Court<br>U.S. District Court, Northern District of Illinois<br>209 S. Dearborn Street<br>Chicago, IL 60604 | Clerk of the Court<br>U.S. District Court, District Court of Maine<br>Edward T. Gignoux Federal Courthouse<br>156 Federal Street<br>Portland, ME 04101-4152 |

| | |
|---|---|
| Clerk of the Court<br>U.S. District Court, District of Massachusetts<br>John Joseph Moakley United States<br>Courthouse<br>One Courthouse Way, Suite 2300<br>Boston, MA 02210-3002 | Clerk of the Court<br>U.S. District Court, District Court of<br>Minnesota<br>United States Courthouse<br>300 South Fourth Street, Suite 202<br>Minneapolis, MN 55415 |
| Clerk of the Court<br>U.S. District Court, District Court of Nevada<br>Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd. South, 1st Floor<br>Las Vegas, NV 89101-7065 | Clerk of the Court<br>U.S. District Court, Northern District of Ohio<br>Carl B. Stokes United States Courthouse<br>801 West Superior Avenue<br>Cleveland, OH 44113 |
| Clerk of the Court<br>U.S. District Court, District of Rhode Island<br>Federal Building and Courthouse<br>One Exchange Terrace<br>Providence, RI 02903 | Clerk of the Court<br>U.S. District Court, Eastern District of<br>Tennessee<br>Howard H. Baker Jr. United States Courthouse<br>800 Market Street, Suite 130<br>Knoxville, TN 37902-7902 |
| Clerk of the Court<br>U.S. District Court, Western District of<br>Washington<br>700 Stewart Street<br>Seattle, WA 98101 | Clerk of the Court |
| Clerk of the Court | Clerk of the Court |
| Clerk of the Court` | Clerk of the Court |