O'MARA LAW FIRM, P.C.
WILLIAM M. O'MARA, ESQ.
NEVADA BAR NO. 00837
BRIAN O. O'MARA, ESQ.
NEVADA BAR NO. 08214
DAVID C. O'MARA, ESQ.
NEVADA BAR NO. 08599
311 East Liberty Street
Reno, NV 89511
Telephone:   775-323-1321
Fax:         775-323-4082

Attorneys for Plaintiff Marion Streczyn

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ooo0ooo

| | | |
|---|---|---|
| MARION STRECZYN, | ) | Case No. 3:07-CV-00159-LRH-VPC |
| Plaintiff | ) | |
| vs. | ) | |
| MENU FOODS INCOME FUND, a foreign corporation; MENU FOODS, INC., a New Jersey Corporation, et al | ) | STIPULATION AND ORDER GRANTING DEFENDANTS' MOTION TO STAY ALL PROCEEDINGS |
| Defendants | ) | |

WHEREAS, plaintiff Marion Streczyn ("Plaintiff" filed a Class Action Complaint ("Complaint") against Menu Foods Income Fund, a foreign corporation, and Menu Foods, Inc., a New Jersey Corporation (collectively "Defendants") on January 26, 2007;

WHEREAS, on April 19, 2007, Defendants filed Defendants' Motion to Stay Proceedings ("Motion");

WHEREAS, the parties have met and conferred regarding Defendants' Motion;

NOW THEREFORE, Plaintiff and Defendants, by and through their undersigned counsel, hereby STIPULATE AND AGREE as follows:

1. Defendants' Motion shall be **GRANTED** pending the transfer decision by the Judicial Panel on Multidistrict Litigation in the case styled *In re Pet Food Products Liability*

1 | *Litigation*, MDL No. 1850.

2. All parties shall, during the pendency of the stay of this matter, comply with their duty to preserve all evidence that may be relevant to this action. This duty extends to documents, electronic data, and tangible things in the possession, custody and control of the parties to this action, and any employees, agents, contractors, or carriers who possess materials reasonably anticipated to the subject of discovery in this action. "Preservation" is to be interpreted broadly to accomplish the goal of maintaining the integrity of all documents, data and tangible things reasonably anticipated to be the subject of discovery under Fed.R.Civ.P.26, 45 and 56(e) in this action. Preservation includes taking reasonable steps to prevent the partial of full destruction, alteration, testing, deletion, shredding, incineration, wiping, relocation, migration, theft, or mutation of such material, as well as negligent or intentional handling that would make material incomplete or inaccessible. If the business practices of any party involve the routine destruction, recycling, relocation, or mutation of materials, the party must, to the extent practicable for the pendency of this order, either:

    i)    halt such business practices;

    ii)    sequester or remove such material from the business process; or

    iii)    arrange for the preservation of complete and accurate duplicates or copies of such material, suitable for later discovery if requested.

DATED: ~~April~~ May 8, 2007

THE O'MARA LAW FIRM, P.C.
WILLIAM M. O'MARA
BRIAN O. O'MARA
DAVID C. O'MARA

_____
BRIAN O. O'MARA

311 East Liberty Street
Reno, NV 89501
Telephone:   775-323-1321
Fax:   775-323-4082

Attorneys for Plaintiff Marion Streczyn

| | |
|---|---|
| DATED: May 8th, 2007 | PERRY & SPANN<br>CHARLES W. SPANN<br><br>_____<br>CHARLES W. SPANN<br><br>6130 Plumas Street<br>Reno, Nevada 89509<br>Telephone:  775-829-2002<br>Fax:             775-829-1808<br><br>Attorneys for Defendants Menu Foods Income Fund, a foreign corporation, and Menu Foods, Inc., a New Jersey Corporation |

\* \* \*

## ORDER

Pursuant to the Stipulation of the Parties, and good cause appearing, IT IS SO ORDERED.

DATED this 9th day of May, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

- 3 -