

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

3:07CV159

In re Pet Food Litigation                                MDL Docket No. 1850

NOTICE OF APPEARANCE AND NOTICE OF PRESENTATION OF ORAL ARGUMENT

Attorneys Dennis E. Murray, Sr., John T. Murray, Jr., and Leslie O. Murray of Murray & Murray Co., L.P.A., and Jeremy Gilman and Nicole Dorsky of Benesch Friedlander Coplan & Aronoff LLP hereby give notice to the Judicial Panel on Multidistrict Litigation of their appearance on behalf of Gregory T. Boehm in MDL docket No. 1850. Additionally, the undersigned hereby give the Panel notice of their intent to present oral argument in support of Mr. Boehm's Motion to Transfer the Actions under MDL Docket No. 1850 at the hearing scheduled for May 31, 2007 and respectfully request that the Panel allow them the opportunity to present oral argument at the hearing.

Respectfully Submitted,

*[signature]*

Dennis E. Murray Sr.
John T. Murray
Leslie O. Murray
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
P.O. Box 19
Sandusky, Ohio 44870
Telephone: 419-624-3000
FAX: 419-624-0707


Jeremy Gilman (Reg. # 0014144)
Nicole Dorsky (Reg. # 0079202)
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square #2300
Cleveland, OH 44114-2378
Telephone: (216) 363-4500
FAX: (216) 363-4588

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May, 2007, the foregoing was filed via overnight mail. A copy of the foregoing has been served upon all District Court Clerks and Counsel for all parties of this proceeding, by mailing the same to each on the 11th day of May, 2007, by regular mail.

*[signature]*

Dennis E. Murray Sr.
John T. Murray
Leslie O. Murray
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
P.O. Box 19
Sandusky, Ohio 44870
Telephone: 419-624-3000
FAX: 419-624-0707


Jeremy Gilman (Reg. # 0014144)
Nicole Dorsky (Reg. # 0079202)
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square #2300
Cleveland, OH 44114-2378
Telephone: (216) 363-4500
FAX: (216) 363-4588

Attorneys for Plaintiff

Doc 1441276 Ver 1