

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE PET FOOD PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) |

MDL Docket No. 1850

*3: 07CV159-LRH-VTC*

## RESPONSE OF PLAINTIFFS MARK CASHMAN
## AND CIRO AIELLO TO MOTION FOR TRANSFER AND
## COORDINATION PURSUANT TO 28 U.S.C. § 1407

Plaintiffs Mark Cashman and Ciro Aiello (the "Cashman Group"), plaintiffs in a class

action currently pending in the Southern District of New York, styled *Cashman v. Menu Foods*

*Midwest Corp., et al.*, No. 07-cv-3236 (S.D.N.Y), submit their response in support of the request

for Transfer and Coordination or Consolidation of Actions to the District of New Jersey pursuant

to 28 U.S.C. § 1407.

### INTRODUCTION

At last count there were approximately 93 cases pending in the District Courts of United

States against numerous defendants including Menu Foods Midwest Corporation, Menu Foods

Income Fund, Menu Foods Limited, Menu Foods Inc., and Menu Foods Holdings, Inc.

(collectively "Menu Foods"). Menu Foods is a Canadian entity with two

subsidiary/manufacturing facilities in the U.S., one is headquartered and incorporated in New

Jersey and the other is headquartered in Kansas but incorporated in Delaware.

The pending actions are on behalf of persons who purchased contaminated pet food and

pet food products produced, manufactured and/or distributed by defendants that caused injury,

illness and/or death to their household pets. Menu Foods' manufacturing facilities are directly

responsible for manufacturing the tainted pet food and pet food products.

Dockets.Justia.com

Plaintiffs, situated all over the U.S., have moved to have these actions transferred and consolidated to a number of districts including the Western District of Washington, Southern District of Florida, Central District of California, Northern District of California, Western District of Arkansas, and the District of New Jersey. While the of these forums have been proposed merely because plaintiffs have filed suits there, Defendant Menu Foods, custodian of the majority of the evidence required to litigate this case, has its strongest ties to New Jersey and a transfer to that district would promote judicial economy and expediency.

## ARGUMENT

28 U.S.C. § 1407(a) provides, in pertinent part, that when, "civil actions involving one or more common questions of fact are pending in different districts" the Judicial Panel on Multidistrict Litigation may transfer such actions to one forum "upon its determination that transfers for such proceedings will be for the convenience of parties and witnesses and will promote the just and efficient conduct of such actions." 28 U.S.C. § 1407. A motion for transfer pursuant to Section 1407 should be granted where (a) the cases are all federal civil actions pending in different federal judicial districts, (b) one or more common questions of disputed fact exist among the cases, and (c) transfer of the cases will promote efficiencies and conserve the resources of the parties, counsel and the judiciary. *Id.*

When choosing a transferee forum, significant consideration is given to a district that is convenient to witnesses and parties and is easily accessible. *See, e.g., In re Southwestern Bell Tel. Co. Maternity Benefits Litig.*, 400 F.Supp. 1400 (J.P.M.L. 1975). Similarly, where the litigation has a strong nexus to a particular district, that district court is an appropriate transferee forum. *See, e.g., In re Pfizer Inc. Sec., Derivative & "Erisa" Litig.*, 374 F. Supp.2d 1348 (J.P.M.L. 2005). Moreover, the existence of common factual allegations militate in favor of

478448                                    2

transferring actions to a single forum for coordinated pretrial proceedings. *See, e.g., In re Plastics Additives Antitrust Litig.*, 374 F. Supp. 2d 1351 (J.P.M.L. 2005).[1]

Variances in legal theories presented are not a hindrance to coordinated treatment. *See, e.g., In re Fed. Nat. Mort. Ass'n. Sec., Deriv. & ERISA Litig.*, 370 F. Supp. 2d 1359, 1361 (J.P.M.L. 2005) ("Whether the actions be brought by securities holders seeking relief under the federal securities laws, shareholders suing derivatively on behalf of Fannie Mae, or participants in Fannie Mae's retirement savings plans suing for ERISA violations, all actions can be expected to focus on a significant number of common events, defendants, and/or witnesses.").

The Multidistrict Litigation Panel also takes into account the district court's capacity to manage such litigation, *See, Bextra & Celebrex Prods. Liab. Litig.*, 391 F.Supp.2d 1377 (J.P.M.L 2005), and whether a governmental investigation related to the litigation has taken place in that district. *See, e.g., In re Foundry Resins Antitrust Litig.*, 342 F.Supp.2d 1346 (J.P.M.L. 2004).

Lastly, the Panel must consider whether centralization will promote convenience and efficiency and whether it will preserve judicial resources by avoiding duplicative expenses for travel across the country to appear at multiple status and scheduling conferences and hearings in different courts. Having multiple pretrial proceedings handled by different courts is inconsistent with the efficient and expeditious resolution of these actions. *See, e.g., In re Enron Corp. Sec., Deriv. & ERISA Litig.*, 196 F. Supp. 2d 1375, 1376 (J.P.M.L. 2002) ("Centralization under Section 1407 is necessary in order to prevent duplicative discovery, prevent inconsistent pretrial rulings (especially with respect to questions of class certification), and conserve the resources of the parties, their counsel and the judiciary.").

---

[1] *See also In re Royal Ahold N.V., Sec. & "ERISA" Litig.*, 269 F. Supp. 2d 1362, 1363 (J.P.M.L. 2003); *In re Am. Online, Inc. Version 5.0 Software Litig.*, No. 1341, 2000 U.S. Dist. LEXIS 13262, at *3 (J.P.M.L. June 2, 2000); *In re Sunshine Mining Co. Sec. Litig.*, 444 F. Supp. 223, 225 (J.P.M.L. 1978); *In re Air West, Inc. Sec. Litig.*, 384 F. Supp. 609, 611 (J.P.M.L. 1974).

The United States District Court for the District of New Jersey is the forum that most satisfies these above criteria. For example, the United States District Court for the District of New Jersey has the strongest nexus to this litigation because Menu Foods maintains two subsidiary U.S. manufacturing facilities, including one in Pennsauken, New Jersey that is incorporated under New Jersey law under the name Menu Foods Inc.

That New Jersey plant is directly implicated in the manufacture of tainted pet food that is at the core of this litigation. Thus, much of the discovery in the case, including defendants' document production and depositions of defendants' employees, will emanate from or take place in or around Pennsauken, New Jersey, where the manufacturing plant is located. In the same vein, the District of New Jersey is the closest federal court to the location of critical documents and witnesses.

Many of the cases are already being litigated there so defendants can not assert that New Jersey is foreign to them at this stage. Indeed, 31 of the 93 lawsuits filed across the Country are pending in the District of New Jersey - more than in any other district.

It is beyond serious dispute the District of New Jersey has the expertise, experience, and resources to handle this complex litigation. And the District of New Jersey is one of only two fora in which government investigations are pending. The FDA has sent inspectors to investigate the Menu Foods' plants in New Jersey and Kansas.

Accordingly, no other district has any real nexus to defendants, defendants' unlawful actions, the evidence, or the pertinent actors and witnesses to the degree that exists in New Jersey. Thus, there are no compelling reasons to consolidate and transfer theses case to any other forum but New Jersey.

## CONCLUSION

For the reasons stated above, the Panel should take jurisdiction over the currently-pending actions and enter an order transferring them, and any "tag along" actions, to the U.S. District Court for the District of New Jersey.

Dated: May 2 7, 2007                          Respectfully submitted,

                                              WOLF HALDENSTEIN ADLER
                                               FREEMAN & HERZ LLP

                                              _____
                                              Gregory Mark Nespole
                                              Martin E. Restituyo
                                              270 Madison Avenue
                                              New York, NY 10016
                                              Telephone:  212-545-4600
                                              Facsimile:  212-686-0114

## DECLARATION OF SERVICE

Martin Restituyo, Esq., an attorney admitted to practice law before the courts of the State

of New York, hereby declares that on May 24, 2007, I caused the following:

1.    **Response of Plaintiffs Mark Cashman and Ciro Aiello to Motion for**

**Transfer and Coordination Pursuant To 28 U.S.C. § 1407, and**

2.    **Declaration of Service,**

to be served upon all District Court Clerks and Counsel for all parties, in accordance with the

attached Service List, via United States first-class mail.

Dated:   May 24, 2007

_____
Martin Restituyo

478774

**SERVICE LIST**

**Defendants**

Menu Foods Gen Par Limited
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Menu Foods Limited Partnership
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Menu Foods Operating Partnership
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Menu Foods Limited Partnership
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Wal-Mart Stores, Inc.
c/o The Corporation Company
425 W. Capitol Avenue, Suite 1700
Little Rock, AR 72201

Eukanuba
One Proctor & Gamble Plaza C-2
Cincinnati, OH 45202

Xuzhou Anying Biologic Technology
Development Co. Ltd
c/o Mr. Mao Lujun
Wangdian Industrial Pei County Jiangsu
Xuzhou, Jiangsu, P. R. China

Suzhou Textile Import and Export Company
201 Zhuhui Road

Suzhou, Jiangsu, China 215006

Nestle USA, Inc.
Nestle Holdings, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Nestle Purina Petcare Co.
c/o CT Corporation System
120 South Central Avenue
Clayton, MO 63105

Chemnutra, Inc.
c/o National Registered Agents, Inc.
160 Greentree Drive, Suite 101
Dover, DE 19904

Nestle, S.A.
do Nestle USA, Inc.
800 North Brand Blvd.
Glendale, CA 91203

**Counsel for Defendants**

Kim M. Catullo
Allison B. Neidoff
Gibbons P.C.
One Pennsylvania Plaza 37th fl.
NY, NY 10119

Megan Wynne
MORRIS POLICH AND PURDY
1055 West Seventh Street, 24th Fl.
Los Angeles, CA 90017-2503

Gerard Hanson
HILL WALLACK
202 Carnegie Center
Princeton, NJ 08543-5226

Christy Comstock
21 West Mountain Street,
Suite 300
Fayetteville, AR 72701

Marshall S. Ney
MITCHELL, WILLIAMS, SELIG, GATES &
WOODYARD, PLLC
5414 Pinnacle Point Drive, Suite 500
Rogers, AR 72758

Jeffrey T. Kestle
Gary A. Trabolsi
GARDNER BOND TRABOLSI  ST LOUIS & CLEMENT
2200 6th Avenue, Suite 600
Seattle, WA 98121

Rachel Lame Carnaggio
GODFREY & LAPUYADE, P.C.
9557 S. Kingston Court
Englewood, CO 80112-5952

Matthew G. Conway
Jennifer Katz
CONWAY & STOUGHTON
818 Farmington Avenue
West Hartford, CT 06119

Robert Dewitt McIntosh
ADORNO & YOSS
888 SE 3rd Avenue, Suite 500
Fort Lauderdale. FL 33335-9002

Stephen R. Thomas
MOFFATT THOMAS BARRETT ROCK & FIELDS
P.O. Box 829
Boise, ID 83701

Edward B. Ruff, III
Priya K. Jesani
Michael Patrick Turiello
PRETZEL & STOUFFER,
One South Wacker Drive
Suite 2200
Chicago, IL 60606-4673

Thomas C. Angelone
HODOSH. SPINELLA & ANGELONE PC
One Turks Head Place, Suite 1050
Providence, RI 02903

Charles W. Spann
PERRY & SPANN
6130 Plumas Street
Reno, NV 89509

Paul C. Catsos
THOMPSON & BOWIE
3 Canal Plaza
P.O. Box 4630
Portland, ME 04112

Jeffrey R. Thompson
O'NEIL, PARKER & WILLIAMSON
P.O. Box 217
Knoxville, TN 37901-0217

Susan Moriarty Hack
HIGGS FLETCHER AND MACK
401 West A Street, Suite 2600
San Diego, CA 92101

Don Howarth
Suzelle M. Smith
HOWARTH & SMITH
523 West Sixth Street, Suite 728
Los Angeles, CA 90014

Mordecai D. Boone
GORDON & REES LLP
275 Battery Street, 20th Floor
San Francisco, CA 94111

Jean M. Lawler
Gina E. Och
MURCHISON AND CUMMING
Chase Plaza
801 S. Grand Avenue, 9th Floor
Los Angeles, CA 90017-4613

Gary L. Justice
William E. Wegner
GIBSON DUNN AND CRUTCHER
333 S. Grand Ave.
Los Angeles, CA 90071-3197

Robert Troyer

HOGAN & HARTSON LLP
One Tabor Center
1200 Seventeenth Street, Suite 1500
Denver, CO 80202

David L. Lillehaug
Entities FREDRIKSON & BYRON. P.A.
200 S. Sixth Street, Suite 4000
Minneapolis. MN 55402

Barbara L. Croutch
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406

Charles H. Abbott III  Counsel For Nutro Products, Inc.
GIBSON DUNN & CRUTCHER LIP
333 S. Grand Avenue
Los Angeles, CA 90071-3197

**Attorneys for Plaintiffs**

Jason M. Hatfield
LUNDY & DAVIS, LLP
300 North College Avenue
Suite 309 Fayetteville, AR 72701
*Attorneys for Plaintiffs Charles Ray Sims and Pamela Sims*

Richard A. Adams
PATTON, ROBERTS, McWILLIAMS
& CAPSHAW
Arkansas 2900 Saint Michael Drive, Suite 400
Texarkana, TX 75503
*Attorneys for Plaintiffs Richard Scott Widen and Barbra Widen*

Jeremy Y. Hutchinson
Jack T. Patterson, II
PATTON, ROBERTS, McWILLIAMS &
CAPSHAW
111 Center Street, Suite 1315
Little Rock, AR 72201
*Attorneys for Plaintiffs Richard Scott Widen and Barbra Widen*

Timothy Chad Hutchinson
WILLIAMS & HUTCHINSON, LLP
5417 Pinnacle Point Drive,

Suite 500
Rogers, AR 72758
*Attorneys for Plaintiffs Richard Scott Widen and Barbra Widen*

Sean F. Rommel
PATTON, ROBERTS, McWILLIAMS,
GREER & CAPSHAW, LLP
P.O. Box 6128
2900 St. Michael Drive
*Attorneys for Plaintiffs Richard Scott Widen and Barbra Widen*

James C. Wyly
PATTON, ROBERTS, McWILLIAMS
& CAPSHAW, LLP
P. O. Box 6128
Texarkana, TX 75505
*Attorneys for Plaintiffs Richard Scott Widen and Barbra Widen*

William Gene Horton
NOLAN, CADDELL & REYNOLDS, PA
P.O. Box 184
Fort Smith. AR 72902
*Attorneys for Plaintiffs Sandra L. Gray, Nick Jackson, Deena Jackson*

Jeffrey B. Cereghino
BERDING AND WEIL
3240 Stone Valley Road
West Alamo, CA 94507
*Attorneys for Plaintiff Diane Swarberg*

Eric Benink
KRAUSE KALFAYAN BENINK
 AND SLAVENS
Suite 635
San Diego, CA 92101
*Attorneys for Plaintiff Robert Payne*

Mark J. Tamblyn
WEXLER TORISEVA WALLACE
1610 Arden Way, Suite 290
Sacramento, CA 95815
*Attorneys for Plaintiff Larry Wilson*

Stuart Talley
KERSHAW CUITER RATINOFF & YORK
 980 9th Street, 19th floor

6

Sacramento, CA 95814
*Attorneys for Plaintiffs Shirley Sexton, Larry Wilson,  Stephan Donnelly, Jennifer Hirni*

Jeff S. Westerman
Sabrina S. Kim
MILBERG WEISS & BERSHAD LLP
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
*Attorneys for Plaintiffs Mark Golding, Dawn Howe, Dennis Townsend*

Jeff S. Westerman
Sabrina S. Kim
Cheryl A. Williams
Michiyo Michelle Furukawa
MILBERG WEISS & BERSHAD LLP
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles. CA 90071
*Attorneys for Plaintiffs Mark Golding, Dawn Howe, Dennis Townsend*

James L. Davidson
Paul J. Geller
Stuart Andrew Davidson
LERACH COUGHLIN STOIA GELLER RUDMAN
& ROBBINS
120 E. Palmetto Park Rd., Suite 500
Boca Raton, FL 33432
*Attorneys for Plaintiffs Troy Gagliardi, Kami Turturro, Julie Hidalgo, Sherry Ingles, Christina
Troiano*

Shawn A. Williams
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS
100 Pine Street, Suite 2600
San Francisco, CA 94111
*Attorneys for Plaintiff Sherry Ingles*

Robert M. Churella
Robert K. Fried
Michael L. Kelly
KIRTLAND & PACKARD
2361 Rosecrans Ave., 4th Floor
El Segundo, CA 90245
*Attorneys for Plaintiffs Paul Randolph Johnson, Tammy Navarette*

Andrew H. Friedman

Gregory D. Helmer
HELMER AND SMITH
723 Ocean Front Walk
Venice, CA 90292
*Attorneys for Plaintiff Lois Grady*

Paul L. Hoffman
Michael S. Morrison
Michael D. Seplow
SCHONBRUN DeSIMONE SEPLOW
  HARRIS AND HOFFMAN
723 Ocean Front Walk, Suite 100
Venice, CA 90291-3270
*Attorneys for Plaintiff Lois Grady*

Thomas M. Ferlauto
William T. King
KING & FERLAUTO
1880 Century Park East, Suite 820
Los Angeles, CA 90067-1627
*Attorneys for Plaintiff Kelly Finestone*

Bruce E. Newman
Kevin E. Creed
NEWMAN, CREED & ASSOCIATES
P.O. Box 575
Bristol, CT 06011-0575
*Attorneys for Plaintiffs Laurie Osborne*

Debra Lynn Waldhauer
Satoru Waldhauer
159 N. Audrey Circle NW
Fort Walton Beach, FL 32548
*Attorneys for Plaintiffs Debra Lynn Waldhauer, Satoru Waldhauer*

James Lee Davidson
Paul Jeffrey Geller
Stuart Andrew Davidson
LERACH COUGHLIN STOIA GELLER RUDMAN
& ROBBINS
120 B. Palmetto Park Rd., Suite 500
Boca Raton, FL 33432
*Attorneys for Plaintiffs Troy Gagliardi, Kami Turturro, Julie Hidalgo, Sherry Ingles, Christina Troiano*

Lawrence M. Kopelman
KOPELMAN BLANKMAN
350 E. Las Olas Blvd., Suite 980
Fort Lauderdale, FL 33301
*Attorneys for Plaintiff Christina Troiano*

Scott Wm. Weinstein
MORGAN & MORGAN, PA
12800 University Drive, Suite 600
P.O. Box 9504
Ft. Myers, FL 33906
*Attorneys for Plaintiff Maria Teresa Ferrarese*

Gary B. Mason
THE MASON LAW FIRM, P.C.
1225 19th Street NW, Suite 500
Washington, DC 20036
*Attorneys for Plaintiffs Jim Bullock, Jayme Pittsonberger, David Carter*

Scott Rhead Shepherd
SHEPHERD FINKELMAN MILLER & SHAH
400 N. Federal Highway
Lighthouse Point, FL 33064-1717
*Attorneys for Plaintiff Christina Johnson*

Bruce S. Bistline
Philip Howard Gordon
GORDON LAW OFFICES
623 W. Hays
Boise, ID 83702-5512
*Attorneys for Plaintiffs Larry Klimes, Paul Lavoie, Richard Mueller, Suzanne E. Johnson, Craig R. Klemman*

Mick Hodges
PETERSON HODGES & HARPER
P.O. Box 3088
Twin Falls, ID 83303-5298
*Attorneys for Plaintiffs Larry Klimes, Paul Lavoie and Richard Mueller*

John Blim
Jay Edelson
BLIM & EDELSON, LLC
53 West Jackson Blvd., Suite 1642
Chicago, IL 60604
*Attorneys for Plaintiff Dawn Majerczyk*

Gino L. DiVito
TABET DiVITO & ROTHSTEIN LLC
209 S. La Salle Street, 7th Floor
Chicago, IL 60604
*Attorneys for Plaintiff Dawn Majerczyk*

Brian R. Cunha
BRIAN CUNHA & ASSOCIATES
311 Pine Street
Fall River, MA 02720
*Attorneys for Plaintiff Lidia Rodrigues*

Leonard M. Gulino
Daniel J. Mitchell
Theodore A. Small
Michael R. Bosse
BERNSTEIN, SHUR
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
*Attorneys for Plaintiff Mara Brazilian*

Brian O. O'Mara
O'MARA LAW FIRM,
P.C. 311 E. Liberty Street
Reno, NV 89501
*Attorneys for Plaintiff Marion Streczyn*

Bruce Daniel Greenberg
Allyn Zissel Lite
LITE, DEPALMA, GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102
*Attorneys for Plaintiffs  Alexander Nunez, Mark Golding, Paul Richard, Jennifer Richard,
Charles Kohler,
Alicia Kohler, Larry Wilson, Troy Gagliardi, Kami Turturro, Julie Hidalgo, Steven Freeman*

Donna Siegel Moffa
TRUJILLO RODRIGUEZ & RICHARDS
8 Kings Highway West
Haddonfield, NJ 08033
*Attorneys for Plaintiffs Peggy Schneider, Matt Long, Chantelle Conti, Cheri Cutler*

Sherrie R. Savett
Michael T. Fantini
Russell D. Paul

BERGER & MONTAGUE, P.C. 1622 Locust Street
Philadelphia, PA 19103
*Attorneys for Plaintiffs Peggy Schneider, Chantelle Conti, Cheri Cutler*

Gregg D. Trautmann
TRAUTMANN & ASSOCIATES, LLC
262 East Main Street  D. New Jersey
Rockaway, NJ 07866
*Attorneys for Plaintiffs Suzanne Thomson, Robert Trautmann*

Alan E. Sash
MCLAUGHLIN & STERN, LLP
260 Madison Avenue
NewYork, NY 10016
*Attorneys for Plaintiff Linda Tinker*

Arthur N. Abbey Stephen
T. Rodd Orin Kurtz
ABBEY SPANIER RODD ABRAMS & PARADIS
212 East 39th Street
New York, NY 10016
*Attorneys for Plaintiff Linda Tinker*

Laurence D. King
KAPLAN FOX & KILSHEIMER LLP
555 Montgomery Street, Suite 1501
San Francisco, CA 94111
*Attorneys for Plaintiffs Jim Bullock, Jayme Pittsonberger, David Carter*

Kenneth A. Wexler
WEXLER TORISEVA WALLACE
One North La Salle Street, Suite 2000
Chicago, IL 60602
*Attorneys for Plaintiff Larry Wilson*

Michael A. Ferrara, Jr.
THE FERRARA LAW FIRM, LLC
601 Longwood Avenue
Cherry Hill, NJ 08002
*Attorneys for Plaintiffs Leslie Berndl, Jim Moses, Terri Moses, Janice Bonier, Guy Britton,*
*Tammy Mathews*

William M. Audet
Michael McShane
Kevin L. Thomason

AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
*Attorneys for Plaintiffs Leslie Berndl, Jim Moses, Terri Moses, Janice Bonier, Guy Britton,*
*Tammy Mathews*

Robert A. Rovner
Jeffrey Zimmerman
ROVNER, ALLEN, ROVNER ZIMMERMAN & NASH
175 Bustleton Pike
Feasterville, PA 19053-6456
*Attorneys for Plaintiffs Jared Workman, and Mark and Mona Cohen*

Gary S. Graifman
KANTROWITZ, GOLDHAMMER
& GRAIFMAN ESQS.
210 Summit Avenue
Montvale, NY 07645
*Attorneys for Plaintiff Jayme Pittsonberger*

Robert Kaplan
Linda Nussbaum
Christine M. Fox
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
*Attorneys for Plaintiffs Jim Bullock, David Carter, Jayme Pittsonberger*

William J. Pinilis
KAPLAN FOX & KILSHEIMER LLP
237 South Street
Morristown, NJ 07962
*Attorneys for Plaintiffs Jim Bullock and David Carter*

Todd M. Schneider
SCHNEIDER & WALLACE
180 Montgomery Street,
Suite 2000
San Francisco, CA 94104
*Attorneys for Plaintiffs Jim Bullock, David Carter, Jayme Pittsonberger*

Gary B. Mason
Donna F. Sollen
THE MASON LAW FIRM, LLP
1225 19th Street

NW Suite 500
Washington, DC 20036
*Attorneys for Plaintiffs Jim Bullock, David Carter, Jayme Pittsonberger*

Jeffrey A. Wigodsky
KARP, FROSH, LAPIDUS, WIGODSKY & NORWIND
1133 Connecticut Ave. NW, Suite 250
Washington, DC 20036
*Attorneys for Plaintiff Jayme Pittsonberger*

Joseph M. Vanek
VANEK, VICKERS & MASINI
111 S. Wacker Drive,
Suite 4050
Chicago, IL 60606
*Attorneys for Plaintiff Jayme Pittsonberger*

James C. Shah
SHEPHERD, FINKELMAN, MILLER
& SHAH LLC
475 White Horse Pike
Collingswood, NJ 08107- I 909
*Attorneys for Plaintiff Christina Johnson*

Scott A. George
SEEGER WEISS, LLP
550 Broad Street, Suite 920
Newark, NJ 07102
*Attorneys for Plaintiff James Conner, Francis Nash*

Seth R. Lesser
LAW OFFICES OF GENE LOCKS, PLLC
457 Haddonfield Road, Suite 500
Cherry Hill, NJ 08002
*Attorneys for Plaintiff Loren Byers*

John T. Murray
Dennis E. Murray, Sr.
Leslie O. Murray
MURRAY & MURRAY CO., IPA
111 East Shoreline Drive
P.O. Box 19
Sandusky, OH 44870
*Attorneys for Plaintiff Gregory Boehm*

Jeremy Gilman

Nicole Dorsky
BENESCH, FRIEDLANDER, COPLAN, ARONOFF
2300 BP Tower
200 Public Square, Suite 2300
Cleveland, OH 44114
*Attorneys for Plaintiff Gregory Boehm*

Peter N. Wasylyk
PETER N. WASYLYK - ATTORNEY AT LAW
1307 Chalkstone Avenue
Providence, RI 02908
*Attorneys for Plaintiff Carol Brown*

Garrett D. Blanchfield, Jr.
REINHARDT WENDORF & BLANCHFIELD
332 Minnesota Street, Suite E-1250
St. Paul, MN 55101
*Attorneys for Plaintiff Stephanie Rozman*

Andrew S. Kierstead
LAW OFFICE OF ANDREW S. KIERSTEAD 1001 SW Fifth Avenue, Suite 1100
Portland, OR 97204
*Attorneys for Plaintiff Carol Brown*

Marc Stanley
STANLEY MANDEL & IOLA, LLP
3100 Monticello Avenue, Suite 750
Dallas, TX 75205
*Attorneys for Plaintiff Carol Brown*

A. James Andrews
Nicole Bass
A. JAMES ANDREWS, ATTORNEY AT LAW
905 Locust Street
Knoxville, TN 37902
*Attorneys for Plaintiffs Lizajean Holt, Donna Lefebvre, Debra LeRoy, Kim Leonard*

Perry A. Craft
CRAFT & SHEPPARD
214 Centerview Drive, Suite 233
Brentwood, TN 37027
*Attorneys for Plaintiffs Lizajean Holt, Donna Lefebvre, Debra LeRoy, Kim Leonard*

Dan C. Stanley
Robert R. Kurtz

14

STANLEY & KURTZ, PLLC
422 S. Gay Street, 3rd Floor
Knoxville, TN 37902
*Attorneys for Plaintiff Barbara Light*

Michael David Myers
MYERS & COMPANY
1809 7th Avenue, Suite 700
Seattle, WA 98101
Attorneys for Plaintiffs *Tom Whaley, Stacey Heller, Toinette Robinson, David Rapp, Cecily Mitchell Terrance Mitchel, Audrey Kornielius, Barbara Smith*

Adam Karp
ANIMAL LAW OFFICES
114 W. Magnolia Street, Suite 425
Bellingham, WA 98225-4354
*Attorneys for Plaintiffs  Tom Whaley, Stacey Heller, Toinette Robinson, David Rapp, Cecily Mitchell*
*Terrance Mitchel, Audrey Kornielius, Barbara Smith, Michelle Suggett and Don James*

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO
1301 5th Avenue, Suite 2900
Seattle, WA 98101
*Attorneys for Plaintiffs  Larry Klimes,  Paul Lavoie,  Richard Mueller,  Stacey Heller, Toinette Robinson, David Rapp, Cecily MitchellTerrance Mitchel, Audrey Kornielius, Barbara Smith, Craig Klemann*

Jennifer Reba Thomaidis
THOMAIDIS LAW, LLC
1866 Vine Street
Denver, CO 80206
*Attorneys for Plaintiff Emily Tompkins*

**Courts and Districts**

Clerk of the Court
U.S. District Court, Western District of Arkansas
35 B. Mountain Street, Suite 510
 Fayetteville, AR 72701-5354

Clerk of the Court
U.S. District Court, Central District of California
312 N. Spring Street, Rm G-8
Los Angeles, CA 90012

Clerk of the Court

15

U.S. District Court, Northern District of California
Phillip Burton United States Courthouse 450 Golden Gate Avenue, 16th Floor San Francisco, CA 94102-3434

Clerk of the Court
U.S. District Court, Southern District of California
4290 Edward J. Schwartz United States Courthouse
940 Front Street
SanDiego, CA 92101

Clerk of the Court
U.S. District Court, District of Colorado
Alfred A. Arraj United States Courthouse
901 19th Street, 2nd Floor
Denver, CO 80294

Clerk of the Court
U.S. District Court, District of Connecticut
450 Main
Hartford, CT 06103

Clerk of the Court
U.S. District Court, Middle District of Florida
George C. Young United States Courthouse
80 North Hughey Avenue, Suite 300
Orlando, FL 32801

Clerk of the Court
U.S. District Court, Northern District of Florida
United States Courthouse Annex
111 North Adams Street, 3rd Floor
Tallahassee, FL 32301

Clerk of the Court
U.S. District Court, Southern District of Florida
299 B. Broward Blvd., Suite 108
Fort Lauderdale, FL 33301

Clerk of the Court
U.S. District Court, District Court of Idaho
550 West Fort Street, Room 400
Boise, ID 83724

Clerk of the Court
U.S. District Court, Northern District of Illinois
209 S. Dearborn Street

Chicago, IL 60604

Clerk of the Court
U.S, District Court, District Court of Maine
Edward T. Gignoux Federal Courthouse
156 Federal Street
Portland, ME 04101-4152

Clerk of the Court
U.S. District Court, District of Massachusetts
John Joseph Moakley United States Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210-3002

Clerk of the Court
U.S. District Court, District Court of Minnesota
United States Courthouse
300 South Fourth Street, Suite 202
Minneapolis, MN 55415

Clerk of the Court
U.S. District Court, District Court of Nevada
Lloyd D. George United States Courthouse
333 Las Vegas Blvd. South, 1st Floor
Las Vegas, NV 89101-7065

Clerk of the Court
U.S. District Court, Northern District of Ohio
Carl B. Stokes United States Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Clerk of the Court
U.S. District Court, District of Rhode Island Federal Building and Courthouse
One Exchange Terrace
Providence, RI 02903

Clerk of the Court
U.S. District Court, Eastern District of Tennessee
Howard H. Baker Jr. United States Courthouse
800 Market Street, Suite 130
Knoxville, TN 37902-7902

Clerk of the Court
U.S. District Court, Eastern District of Tennessee
Howard H. Baker Jr. United States Courthouse

17

800 Market Street, Suite 130
Knoxville, TN 37902-7902

Clerk of the Court
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007