CHARLES W. SPANN, ESQUIRE
Nevada State Bar No. 1532
PERRY & SPANN
A Professional Corporation
6130 Plumas Street
Reno, NV 89509
Tele: (775) 829-2002
Fax: (775) 829-1808

Attorneys for Defendants, MENU FOODS INCOME FUND, MENU FOODS INC.
and MENU FOODS MIDWEST CORPORATION

### IN THE UNITED STATES DISTRICT COURT

### IN AND FOR THE DISTRICT OF NEVADA

ooo0ooo

| | |
|---|---|
| MARION STRECZYN,<br><br>Plaintiff<br><br>vs.<br><br>MENU FOODS INCOME FUND, a foreign corporation; MENU FOODS, INC., a New Jersey Corporation, et al<br><br>Defendants<br>_____ / | Case No. 3:07-CV-00159-LRH-VPC<br><br>**NOTICE OF MULTIDISTRICT CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407 AND REQUEST TO MAINTAIN STAY** |

On June 19, 2007, the Judicial Panel on Multidistrict Litigation (the "JPML") issued the attached Transfer Order (Exhibit "A"), creating a new multidistrict proceeding entitled *In re Pet Food Products Liability Litigation* (the "MDL"), and assigning the MDL to Judge Noel L. Hillman of the District of New Jersey.

As required by Rules 1.1, 7.4 and 7.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, this case has been identified to the Panel as a "tag-along" case (see attached Exhibit "B," Notice of Related Action submitted to the JPML, dated April 9, 2007.)

In light of the likely imminent transfer of this case, Menu Foods Income Fund and Menu Foods, Inc. request that the current stay of proceedings remain in place pending transfer to the MDL in order to serve the interests of judicial economy. Counsel for Marion Streczyn consented

//

//

1 | to this transfer.

2 | Dated this 5th day of July, 2007.

PERRY & SPANN
A Professional Corporation

*[signature]*

CHARLES W. SPANN
Nevada Bar No. 1532
6130 Plumas Street
Reno, Nevada 89509

Attorneys for Defendants

## CERTIFICATE OF MAILING

Pursuant to Rule 5(b) of the Nevada Rules of Civil Procedure, I hereby certify under penalty of perjury that I am an employee of the law firm of Perry & Spann, and that on the 5th day of July, 2007, I caused to be served, via regular mail, postage prepaid, a true and correct copy of the foregoing **Notice of Multidistrict Consolidation Pursuant to 28 U.S.C., § 1407 and Request to Maintain Stay,** addressed to counsel of record at his their last known address as follows:

William M. O'Mara, Esquire
Brian O. O'Mara, Esquire
David C. O'Mara, Esquire
311 E. Liberty Street
Reno, NV 89501

*[signature]*
An Employee of Perry & Spann

- 2 -