## SERVICE LIST

*Shirley Sexton v. Menu Foods Income Fund, Menu Foods, Inc., a New Jersey Corporation, and Menu Foods Midwest Corporation, a Delaware corporation*
United States District Court, Central District of California, Western Division – Los Angeles
Case No. 2:07-CV-01958-GHK-AJW

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
312 N. Spring Street, #G-8
Los Angeles, CA 90012-4793

Kenneth A. Wexler                                  **Counsel for Plaintiff Shirley Sexton**
**WEXLER TORISEVA WALLACE LLP**
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Stuart C. Talley                                   **Counsel for Plaintiff Shirley Sexton**
**KERSHAW CUTTER & RATINOFF LLP**
980 9th Street, 19th Floor
Sacramento, CA 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Joseph J. DePalma                                  **Counsel for Plaintiff Shirley Sexton**
**LITE DEPALMA GREENBERG & RIVAS LLC**
Two Gateway Center, 12th Floor
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858 or 623-5469

**MENU FOODS INCOME FUND**                         **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

3

Certificate of Service

## SERVICE LIST, CONTINUED

*Shirley Sexton v. Menu Foods Income Fund, Menu Foods, Inc., a New Jersey Corporation, and Menu Foods Midwest Corporation, a Delaware corporation*
United States District Court, Central District of California, Western Division – Los Angeles
Case No. 2:07-CV-01958-GHK-AJW

| | |
|---|---|
| **MENU FOODS, INC.**<br>9130 Griffith Morgan Lane<br>Pennsauken, NJ 08110 | Defendant |
| **MENU FOODS MIDWEST CORPORATION**<br>C/O The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Defendant |
| **MENU FOODS SOUTH DAKOTA, INC.**<br>C/O The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Defendant |

## SERVICE LIST, CONTINUED

*Janice Bonier, Guy Britton, and Tammy Matthews v. Menu Foods, Inc., Menu Foods Income Fund, and Menu Foods Midwest Corporation*
United States District Court for the District of New Jersey, Camden Division
Case No. 1:07-CV-01477-NLH-AMD

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
4th & Cooper Streets, Room 1050
Camden, NJ 08101

William M. Audet                                    **Counsel for Plaintiffs Janice Bonier, Guy**
Michael McShane                                     **Britton, and Tammy Matthews**
Kevin L. Thomason
**AUDET & PARTNERS LLP**
221 Main Street, Suite 1460
San Francisco, CA 34105
Telephone: (415) 568-2555
Facsimile: (415) 568-2556

Michael A. Ferrara, Jr.                             **Counsel for Plaintiffs Janice Bonier, Guy**
**THE FERRARA LAW FIRM LLC**                        **Britton, and Tammy Matthews**
601 Longwood Avenue
Cherry Hill, NJ 08002
Telephone: (856) 779-9500
Facsimile: (415) 568-2556

**MENU FOODS INCOME FUND**                          **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                                **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**MENU FOODS MIDWEST CORPORATION**                  **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

## SERVICE LIST, CONTINUED

*Janice Bonier, Guy Britton, and Tammy Matthews v. Menu Foods, Inc., Menu Foods Income Fund, and Menu Foods Midwest Corporation*
United States District Court for the District of New Jersey, Camden Division
Case No. 1:07-CV-01477-NLH-AMD

**MENU FOODS MIDWEST CORPORATION**　　　　　**Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**　　　　　**Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

## SERVICE LIST, CONTINUED

*Mara Brazilian v. Menu Foods Income Fund, Menu Foods Limited, Menu Foods, Inc., Menu Foods Midwest Corporation, and The Iams Company*
United States District Court for the District of Maine
Case No. 2:07-CV-00054-GZS

| | |
|---|---|
| Clerk of the Court<br>**UNITED STATES DISTRICT COURT**<br>**DISTRICT OF MAINE**<br>156 Federal Street<br>Portland, ME 04101-4152 | |
| Daniel J. Mitchell<br>Leonard M. Gulino<br>Theodore A. Small<br>Michael R. Bosse<br>**BERSTEIN SHUR**<br>100 Middle Street<br>P. O. Box 9729<br>Portland, ME 04104-5029<br>Telephone: (207) 774-1200 | **Counsel for Plaintiff Mara Brazilian** |
| **MENU FOODS INCOME FUND**<br>8 Falconer Drive<br>Streetsville, Ontario<br>Canada<br>L5N 1B1 | **Defendant** |
| **MENU FOODS, INC.**<br>9130 Griffith Morgan Lane<br>Pennsauken, NJ 08110 | **Defendant** |
| **MENU FOODS MIDWEST CORPORATION**<br>C/O The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | **Defendant** |
| **MENU FOODS SOUTH DAKOTA, INC.**<br>C/O The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | **Defendant** |

7

Certificate of Service

## SERVICE LIST, CONTINUED

*Carol Brown v. Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation, and Menu Foods South Dakota, Inc.*
United States District Court for the District of Rhode Island
Case No. 1:07-CV-00115-ML-LDA

Clerk of the Court
UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
One Exchange Terrace
Federal Building & Courthouse
Providence, RI 02903

Peter N. Wasylyk                                           **Counsel for Plaintiff Carol Brown**
LAW OFFICES OF PETER N. WASYLYK
1307 Chalkstone Avenue
Providence, RI 02908
Telephone: (401) 831-7730
Facsimile: (401) 861-6064

Andrew S. Kierstead                                        **Counsel for Plaintiff Carol Brown**
LAW OFFICE OF ANDREW S. KIRKSTEAD
1001SW Fifth Avenue, Suite 1100
Portland, OR 97204
Telephone: (508) 224-6246
Facsimile: (508) 224-4356

Marc Stanley                                               **Counsel for Plaintiff Carol Brown**
STANLEY MANDEL & IOLA LLP
3100 Monticello Avenue, Suite 750
Dallas, TX 75205
Telephone: (214) 443-4300
Facsimile: (214) 443-0358

MENU FOODS INCOME FUND                                     **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

MENU FOODS, INC.                                           **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

8

Certificate of Service

## SERVICE LIST, CONTINUED

*Carol Brown v. Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation, and Menu Foods South Dakota, Inc.*
United States District Court for the District of Rhode Island
Case No. 1:07-CV-00115-ML-LDA

**MENU FOODS MIDWEST CORPORATION**            **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**            **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

## SERVICE LIST, CONTINUED

*Troy Gagliardi v. Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation, and Menu Foods South Dakota, Inc.*
United States District Court for the District of New Jersey, Camden Division
Case No. 1:07-CV-01522-NLH-AMD

| | |
|---|---|
| Clerk of the Court<br>**UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY**<br>4th & Cooper Streets, Room 1050<br>Camden, NJ 08101 | |
| Joseph J. DePalma<br>**LITE DEPALMA GREENBERG & RIVAS LLC**<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone: (973) 623-3000<br>Facsimile: (973) 623-0858 or 623-5469 | **Counsel for Plaintiff Troy Gagliardi** |
| Paul J. Geller<br>Stuart A. Davidson<br>James L. Davidson<br>**LERACH COUGHLIN STOIA**<br>**GELLER RUDMAN & ROBBINS LLP**<br>120 E. Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432-4809<br>Telephone: (561) 750-3000<br>Facsimile: (561) 750-3364 | **Counsel for Plaintiff Troy Gagliardi** |
| **MENU FOODS INCOME FUND**<br>8 Falconer Drive<br>Streetsville, Ontario<br>Canada<br>L5N 1B1 | **Defendant** |
| **MENU FOODS, INC.**<br>9130 Griffith Morgan Lane<br>Pennsauken, NJ 08110 | **Defendant** |

10

Certificate of Service

## SERVICE LIST, CONTINUED

*Troy Gagliardi v. Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation, and Menu Foods South Dakota, Inc.*
United States District Court for the District of New Jersey, Camden Division
Case No. 1:07-CV-01522-NLH-AMD

| | |
|---|---|
| **MENU FOODS MIDWEST CORPORATION**<br>C/O The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | **Defendant** |
| **MENU FOODS SOUTH DAKOTA, INC.**<br>C/O The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | **Defendant** |

## SERVICE LIST, CONTINUED

*Stacey Heller, Toinette Robinson, David Rapp, and Cecily and Terrence Mitchell*
*v. Menu Foods, a foreign corporation*
United States District Court, Western District of Washington at Seattle
Case No. 2:07-CV-00453-JCC

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
700 Stewart Street
Seattle, WA 98101

Steve W. Berman                                           **Counsel for Plaintiffs**
**HAGENS BERMAN SOBOL SHAPIRO LLP**          Stacey Heller, Toinette Robinson,
1301 Fifth Avenue, Suite 2900                     David Rapp and Cecily and Terrence
Seattle, WA 98101                                         Mitchell
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Michael David Myers                                       **Counsel for Plaintiffs**
**MYERS & COMPANY PLLC**                            Stacey Heller, Toinette Robinson,
1809 Seventh Avenue, Suite 700                    David Rapp and Cecily and Terrence
Seattle, WA 98101                                         Mitchell
Telephone: (206) 398-1188
Facsimile: (206) 400-1112

**MENU FOODS INCOME FUND**                        **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                                  **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**MENU FOODS MIDWEST CORPORATION**           **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

## SERVICE LIST, CONTINUED

*Stacey Heller, Toinette Robinson, David Rapp, and Cecily and Terrence Mitchell*
*v. Menu Foods, a foreign corporation*
United States District Court, Western District of Washington at Seattle
Case No. 2:07-CV-00453-JCC

**MENU FOODS SOUTH DAKOTA, INC.**          **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

## SERVICE LIST, CONTINUED

*Julie Hidalgo v. Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation, and Menu Foods South Dakota, Inc.*
United States District Court for the District of New Jersey, Camden Division
Case No. 1:07-CV-01488-NLH-AMD

Clerk of the Court
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
4th & Cooper Streets, Room 1050
Camden, NJ 08101

Joseph J. DePalma                                          **Counsel for Plaintiff Julie Hidalgo**
Susan D. Pontonriero
LITE DEPALMA GREENBERG & RIVAS LLP
Two Gateway Center, 12th Floor
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858

Paul J. Geller                                             **Counsel for Plaintiff Julie Hidalgo**
Stuart A. Davidson
James L. Davidson
LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
120 E. Palmetto Road, Suite 500
Boca Raton, FL 33432-4809
Telephone: (561) 750-3000
Facsimile: (561) 750-3364

MENU FOODS INCOME FUND                                     **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

MENU FOODS, INC.                                           **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

## SERVICE LIST, CONTINUED

*Julie Hidalgo v. Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation, and Menu Foods South Dakota, Inc.*
United States District Court for the District of New Jersey, Camden Division
Case No. 1:07-CV-01488-NLH-AMD

**MENU FOODS MIDWEST CORPORATION**             Defendant
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**              Defendant
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

## SERVICE LIST, CONTINUED

<u>LizaJean Holt v. Menu Foods, Inc.</u>
United States District Court, Eastern District of Tennessee, Knoxville Division
Case No. 07-CV-00094-TWP

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
800 Market Street
Knoxville, TN 37902

A. James Andrews                                    **Counsel for LizaJean Holt**
905 Locust Street
Knoxville, TN 37902
Telephone: (865) 660-3993
Facsimile: (865) 523-4623

Perry A. Craft                                      **Counsel for LizaJean Holt**
**CRAFT & SHEPPARD PLC**
The Shiloh Building
214 Centerview Drive, Suite 223
Brentwood, TN 37027
Telephone: (615) 309-1707
Facsimile: (615) 309-1717

Nicole Bass                                         **Counsel for LizaJean Holt**
905 Locust Street
Knoxville, TN 37902
Telephone: (865) 310-6804

**MENU FOODS, INC.**                                **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

## SERVICE LIST, CONTINUED

*Dawn Howe v. Menu Foods Limited, Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation, Menu Foods South Dakota, Inc., and Menu Foods Holdings, Inc.*
United States District Court, Central District of California, Western Division – Los Angeles
Case No. 07-CV-0260-SJO-PLA

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
312 N. Spring Street
Los Angeles, CA 90012

Jeff S. Westerman                                                **Counsel for Plaintiff Dawn Howe**
Sabrina S. Kim
**MILBERG WEISS & BERSHAD LLP**
One California Plaza
300 South Grand Avenue, Suite 3900
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

**MENU FOODS INCOME FUND**                                       **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                                             **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**MENU FOODS MIDWEST CORPORATION**                               **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**                                **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

17

Certificate of Service

## SERVICE LIST, CONTINUED

*Sherry Ingles v. Menu Foods, Inc., Menu Foods Midwest Corporation, and Menu Foods South Dakota, Inc.*
United States District Court, Northern District of California, San Francisco Division
Case No. 07-CV-1809-MMC

Clerk of the Court
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Stuart A. Davidson                                               **Counsel for Plaintiff Sherry Ingles**
LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809
Telephone: (561) 750-3000
Facsimile: (561) 750-3364

MENU FOODS INCOME FUND                                           **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

MENU FOODS, INC.                                                 **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

MENU FOODS MIDWEST CORPORATION                                   **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

MENU FOODS SOUTH DAKOTA, INC.                                    **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

## SERVICE LIST, CONTINUED

*Jacqueline Johnson v. The Proctor & Gamble Company, Menu Foods, Inc., Menu Foods Income Fund, The Iams Company and John Does 1 through 100*
United States District Court, Western District of Wisconsin
Case No. 07-C-0159-C

Clerk of the Court
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
120 N. Henry Street, Room 320
P. O. Box 432
Madison, WI 53701-0432

Frank Jablonski                                                       **Counsel for Plaintiff Jacqueline Johnson**
Noah Golden-Kramer
PROGRESSIVE LAW GROUP, LLC
354 Main Street
Madison, WI 53703
Telephone: (608) 258-8511
Facsimile: (608) 442-9494

Larry D. Drury                                                         **Counsel for Plaintiff Jacqueline Johnson**
LARRY D. DRURY LTD.
205 W. Randolph Street, Suite 1430
Chicago, IL 60602
Telephone: (312) 346-7950
Facsimile: (312) 346-5777

Ilan Chorowsky                                                       **Counsel for Plaintiff Jacqueline Johnson**
PROGRESSIVE LAW GROUP, LLC
1130 North Dearborn Street, Suite 3110
Chicago, IL 60610
Telephone: (312) 643-5893
Facsimile: (312) 643-5894

MENU FOODS INCOME FUND                                **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

## SERVICE LIST, CONTINUED

*Jacqueline Johnson v. The Proctor & Gamble Company, Menu Foods, Inc., Menu Foods Income Fund, The IAMS Company and John Does 1 through 100*
United States District Court, Western District of Wisconsin
Case No. 07-C-0159-C

| | |
|---|---|
| **MENU FOODS, INC.**<br>9130 Griffith Morgan Lane<br>Pennsauken, NJ 08110 | **Defendant** |
| **MENU FOODS MIDWEST CORPORATION**<br>C/O The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | **Defendant** |
| **MENU FOODS SOUTH DAKOTA, INC.**<br>C/O The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | **Defendant** |