## SERVICE LIST, CONTINUED

*Christina Troiano v. Menu Foods and Menu Foods Income Fund*
United States District Court, Southern District of Florida, Fort Lauderdale Division
Case No. 0:07-CV-60428-JIC

MENU FOODS SOUTH DAKOTA, INC.  **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

## SERVICE LIST, CONTINUED

*Tom Whaley v. Menu Foods, a foreign corporation, The Iams Company, a foreign corporation,*
*Dog Food Producers Numbers 1 - 50 and Cat Food Producers 1 - 40*
United States District Court, Western District of Washington at Seattle
Case No. 07-CV-00411-RSM

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
700 Stewart Street
Seattle, WA 98101

Michael David Myers                          **Counsel for Plaintiff Tom Whaley**
**MYERS & COMPANY PLLC**
1809 Seventh Avenue, Suite 700
Seattle, WA 98101
Telephone: (206) 398-1188
Facsimile: (206) 400-1112

**MENU FOODS INCOME FUND**                    **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                          **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**MENU FOODS MIDWEST CORPORATION**            **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**             **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

## SERVICE LIST, CONTINUED

*Larry Wilson v. Menu Foods Income Fund, Menu Foods, Inc., a New Jersey corporation, Menu Foods Holdings, Inc., and Menu Foods Midwest Corporation, a Delaware corporation*
United States District Court for the District of New Jersey, Camden Division
Case No. 07-CV-1456-NLH

Clerk of the Court
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
4th & Cooper Streets, Room 1050
Camden, NJ 08101

Kenneth A. Wexler                                             **Counsel for Plaintiff Larry Wilson**
WEXLER TORISEVA WALLACE LLP
One North LaSalle Street, Suite 200
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Stuart C. Talley                                              **Counsel for Plaintiff Larry Wilson**
KERSHAW, CUTTER & RATINOFF LLP
980 9th Street, 19th Floor
Sacramento, CA 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Joseph J. DePalma                                             **Counsel for Plaintiff Larry Wilson**
LITE DEPALMA GREENBERG & RIVAS LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858 or 623-5469

MENU FOODS INCOME FUND                                        **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

41

Certificate of Service

## SERVICE LIST, CONTINUED

*Larry Wilson v. Menu Foods Income Fund, Menu Foods, Inc., a New Jersey corporation, Menu Foods Holdings, Inc., and Menu Foods Midwest Corporation, a Delaware corporation*
United States District Court for the District of New Jersey, Camden Division
Case No. 07-CV-1456-NLH

| | |
|---|---|
| **MENU FOODS, INC.**<br>9130 Griffith Morgan Lane<br>Pennsauken, NJ 08110 | **Defendant** |
| **MENU FOODS MIDWEST CORPORATION**<br>C/O The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | **Defendant** |
| **MENU FOODS SOUTH DAKOTA, INC.**<br>C/O The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | **Defendant** |

Certificate of Service

## SERVICE LIST, CONTINUED

*Jared Workman, and Mark and Mona Cohen v. Menu Foods Limited, Menu Foods, Inc., Menu Foods Midwest corporation*
United States District Court for the District of New Jersey, Camden Division
Case No. 07-CV-01338-NLH

Clerk of the Court
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
4th & Cooper Streets, Room 1050
Camden, NJ 08101

Donna Siegel Moffa							**Counsel for Plaintiffs**
Lisa J. Rodriguez							Jared Workman, Mark and Mona Cohen
TRUJILLO RODRIGUEZ & RICHARDS LLC
8 Kings Highway West
Haddonfield, NJ 08033
Telephone: (856) 795-9002
Facsimile: (865) 795-9887

Sherrie R. Savett							**Counsel for Plaintiffs**
Michael T. Fantini							Jared Workman, Mark and Mona Cohen
Russell D. Paul
BERGER & MONTAGUE, PC
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

Robert A. Rovner							**Counsel for Plaintiffs**
Jeffrey I. Zimmerman							Jared Workman, Mark and Mona Cohen
ROVNER ALLEN ROVNER ZIMMERMAN
& NASH
175 Bustleton Pike
Feasterville, PA 19053-6456
Telephone: (215) 698-1800
Facsimile: (215) 355-0940

MENU FOODS INCOME FUND						**Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

43

Certificate of Service

## SERVICE LIST, CONTINUED

*Jared Workman, Mark and Mona Cohen v. Menu Foods Limited, Menu Foods, Inc., Menu Foods Midwest corporation*
United States District Court for the District of New Jersey, Camden Division
Case No. 07-CV-01338-NLH

| | |
|---|---|
| **MENU FOODS, INC.**<br>9130 Griffith Morgan Lane<br>Pennsauken, NJ 08110 | **Defendant** |
| **MENU FOODS MIDWEST CORPORATION**<br>C/O The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | **Defendant** |
| **MENU FOODS SOUTH DAKOTA, INC.**<br>C/O The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | **Defendant** |

**BEFORE THE JUDICIAL PANEL ON**

**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re:<br><br>PET FOOD PRODUCT LIABILITY LITIGATION | MDL Docket No. 1850 |

**CERTIFICATE OF SERVICE**

Mark J. Tamblyn
**WEXLER TORISEVA WALLACE LLP**
1610 Arden Way, Suite 290
Sacramento, CA 95815
Telephone: (916) 568-1100
Facsimile: (916) 568-7890

Stuart C. Talley
**KERSHAW CUTTER & RATINOFF LLP**
980 9th Street, 19th Floor
Sacramento, CA 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

*Counsel for Plaintiff Shirley Sexton*